*Vital Pharmaceuticals, Inc., et al. v.*
*John H. Owoc and Megan E. Owoc; Adv. No. 23-01051-PDR*

## CERTIFICATE OF SERVICE

I, Jordi Guso, certify that service of the:

- *Adversary Complaint for Declaratory Judgment and Turnover of Estate Property* [ECF No. 1];

- *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [ECF No. 4]; and

- *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 5];

was made on March 14, 2023, by:

☒ Mail service: Regular, first class United States mail, and Certified Mail, Return Receipt Requested, postage fully pre-paid; postage fully pre-paid, addressed to:

**John H. Owoc**
**16720 Stratford Court**
**Southwest Ranches, FL 33131**

**Megan E. Owoc**
**16720 Stratford Court**
**Southwest Ranches, FL 33131**

☒ Mail service: Regular, first class United States mail, postage fully pre-paid; postage fully pre-paid, addressed to:

**Justin M. Luna, Esq.**
**Latham, Luna, Eden & Beaudine, LLP**
**201 S. Orange Avenue, Suite 1400**
**Orlando, FL 32801**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing to be true and correct.

| 03/14/2023 | */s/ Jordi Guso* |
|---|---|
| Date | Signature |

| **Print Name:** | Jordi Guso, Esq. |
|---|---|
| | Berger Singerman LLP |
| **Address**: | 1450 Brickell Avenue, Suite 1900 |
| **City:** Miami | State: FL        Zip: 33131 |

11998065-1