**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**
www.flsb.uscourts.gov

**In re:**

**VITAL PHARMACEUTICALS, INC.,**

    **Debtor.**

_____/

**VITAL PHARMACEUTICALS, INC., BANG ENERGY CANADA, INC., JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, JHO REAL ESTATE INVESTMENT, LLC, QUASH SELTZER, LLC, RAINBOW UNICORN VEB, LLC and VITAL PHARMACEUTICALS INTERNATIONAL SALES, INC.,**

    **Plaintiffs,**

**vs.**

**JOHN H. OWOC and MEGAN E. OWOC,**

    **Defendants.**

_____/

Case No. 22-17842-PDR

Chapter 11

Adversary No. 23-01051-PDR

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Justin M. Luna, Esq., and the law firm Latham, Luna, Eden & Beaudine, LLP hereby appear in the above-captioned case as counsel for **JACK OWOC** and **MEGAN E. OWOC** and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following person:

>Justin M. Luna, Esq.
>Latham, Luna, Eden & Beaudine, LLP
>201 S. Orange Ave., Suite 1400
>Orlando, Florida 32801
>Telephone: (407) 481-5804
>Facsimile: (407) 481-5801
>Primary E-Mail:   jluna@lathamluna.com
>Secondary E-Mail: bknotice1@lathamluna.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of: (1) the rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, setoffs, or recoupments to which the above referenced parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above referenced parties expressly reserve.

### CERTIFICATION PER LOCAL RULE 9011-4(B)

I hereby certify that I am admitted to the Bar of the United States Bankruptcy Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

DATED this 15th day of March, 2023.

    /s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorney for Jack Owoc and Megan Owoc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**
www.flsb.uscourts.gov

**In re:**

**VITAL PHARMACEUTICALS, INC.,**

    **Debtor.**

_____/

**VITAL PHARMACEUTICALS, INC., BANG ENERGY CANADA, INC., JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, JHO REAL ESTATE INVESTMENT, LLC, QUASH SELTZER, LLC, RAINBOW UNICORN VEB, LLC and VITAL PHARMACEUTICALS INTERNATIONAL SALES, INC.,**

    **Plaintiffs,**

vs.

**JOHN H. OWOC and MEGAN E. OWOC,**

    **Defendants.**

_____/

**Case No. 22-17842-PDR**

**Chapter 11**

**Adversary No. 23-01051-PDR**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the **NOTICE OF APPEARANCE** has been furnished to all parties receiving electronic notice via CM/ECF or by U.S. First Class, postage prepaid mail to: **Jordi Guso, Esq.,** 1450 Brickell Ave. #1900, Miami, Florida 33131, jguso@bergersingerman.com; **Michael Jordan Niles**, 313 N. Monroe Street, Suite 301, Tallahassee, Florida 32301, mniles@bergersingerman.com;  and **Andrew Sorkin**, 555 Eleventh

Street, NW, Suite 1000, Washington, DC 20004, Andrew.sorkin@lw.com; this 15th day of March, 2023.

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorney for Jack Owoc*