United States Bankruptcy Court

Southern District of Florida

Vital Pharmaceuticals, Inc.,
    Plaintiff

Adv. Proc. No. 23-01051-PDR

Owoc,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 3
Date Rcvd: Mar 16, 2023     Form ID: pdf004     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | Karina Montalvo, DOJ-Ust, 500 Tanca Street Ochoa Building, Suite 301, San Juan, PR 00901 |
| ust | + Roslyn Tompkins, DOJ-Ust, 75 Ted Turner Dr, SW, Ste 362, Atlanta, GA 30303-3330 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 16 2023 23:47:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 16 2023 23:47:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 16 2023 23:47:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2023 23:47:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: pdf004 | Total Noticed: 15 |

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 16 2023 23:47:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jordi Guso, Esq. | on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2023 | Form ID: pdf004 | Total Noticed: 15 |

Justin M Luna
    on behalf of Defendant Megan E. Owoc jluna@lathamluna.com  bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna
    on behalf of Defendant John H. Owoc jluna@lathamluna.com  bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Michael Jordan Niles
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

TOTAL: 10



**ORDERED in the Southern District of Florida on March 16, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | Adv. Pro. No. 23-01051 (PDR) |
| Defendants. | |
| _____/ | |

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**ORDER APPROVING STIPULATION REGARDING DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of the *Stipulation Regarding Debtors' Emergency Motion for Temporary Restraining Order* (the "<u>Stipulation</u>") [ECF No. 9], a copy of which is attached hereto as **<u>Exhibit 1</u>**, and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation, attached hereto as **<u>Exhibit 1</u>**, is **APPROVED**;

2. Defendants are prohibited from altering, amending, or deleting any and all postings currently in place on the Instagram and TikTok accounts bearing the handle @bangenergy.ceo and the Twitter account bearing the handle @BangEnergyCEO ("<u>CEO Accounts</u>");

3. The Defendants are prohibited from posting any content or making any posts of any kind to or from the CEO Accounts until forty-five (45) days after the date of this Order;

4. If the Debtors wish to post on the CEO Accounts concerning the Debtors' products, and such posts do not reference the Defendants, then Defendants will make such posts within nine (9) business hours of receiving the Debtors' request to do so;

5. The Parties will negotiate in good faith a briefing and expedited discovery schedule on a motion for summary judgment to be filed by the Debtors and/or Defendants that will facilitate a summary judgment hearing within 30 days of the filing of the parties' summary judgment motions;

6. By 5:00 p.m. (ET) on March 16, 2023, Defendants shall provide to the Court, under seal, all passwords to the CEO Accounts, and Defendants are prohibited from any further changes to the passwords to the CEO Accounts pending further order of the Court;

7. In the event of an alleged violation of this Order, 24 hours' notice of a hearing to address such alleged violation shall be sufficient;

8. All rights of the Parties to seek or oppose further any relief in the Adversary Proceeding are expressly reserved; and

9. The Court retains jurisdiction over this Order and the relief granted herein.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

3

**EXHIBIT "1"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | Adv. Pro. No. 23-01051 (PDR) |
| Defendants. | |
| _____/ | |

**STIPULATION REGARDING DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER**

WHEREAS, on March 14, 2023, Debtors Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors") in the above-captioned chapter 11 cases, initiated the above-captioned adversary proceeding (the "Adversary Proceeding").

WHEREAS, contemporaneously with the filing of the Complaint [Adv. Proc. Docket No.

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12002093-1

1] in the Adversary Proceeding, the Debtors filed the *Emergency Motion for Temporary Restraining Order and Incorporated Memorandum of Law* [Adv. Proc. Docket. No. 2] (the "Motion"), along with alleged supporting evidence;

WHEREAS, through the Motion, the Debtors seek entry of an order (a) prohibiting John H. Owoc and Megan E. Owoc (collectively, "Defendants") from accessing, using, deleting, or modifying in any way the CEO Accounts (as defined in the Motion), and (b) compelling Defendants to transfer exclusive control of the CEO Accounts over to the Debtors.

WHEREAS, the Court noticed an evidentiary hearing regarding the Motion for March 16, 2023 [Adv. Proc. Docket No. 6].

WHEREAS, the Defendants oppose the relief set forth in the Motion and Adversary Proceeding;

WHEREAS, the Parties have conferred concerning the Motion and the relief sought therein, and have agreed to entry of an Order adjourning the March 16, 2023 hearing pursuant to the terms herein.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, subject to the approval of the Court which the Parties agree to jointly seek, that:

1. Defendants are prohibited from altering, amending, or deleting any and all postings currently in place on the Instagram and TikTok accounts bearing the handle @bangenergy.ceo and the Twitter account bearing the handle @BangEnergyCEO (collectively the "CEO Accounts");

2. The Defendants are prohibited from posting any content or making any posts of any kind to or from the CEO Accounts until forty-five (45) days from the date the Court enters an order approving this Stipulation;

3. If the Debtors wish to post on the CEO Accounts concerning the Debtors' products,

and such posts do not reference the Defendants, then Defendants will make such posts within nine (9) business hours of receiving the Debtors' request to do so;

4. The Parties will negotiate in good faith a briefing schedule on motions for summary judgment to be filed by the Debtors and/or Defendants that will facilitate a summary judgment hearing within 30 days of the filing of the Debtors' summary judgment motion and include expedited discovery to facilitate such a hearing;

5. By 5:00 p.m (ET) on March 16, 2023, Defendants shall provide to the Court, under seal, all passwords to the CEO Accounts, and Defendants are prohibited from any further changes to the passwords to the CEO Accounts pending further order of the Court;

6. In the event of an alleged violation of this Stipulation and order approving this Stipulation, the Parties stipulate and agree that 24 hours' notice of a hearing to address such alleged violation shall be sufficient;

7. All rights of the Parties to seek or oppose further any relief in the Adversary Proceeding are expressly reserved.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: March 16, 2023

Stipulated and agreed to by:

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

– and –

George A. Davis (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Amy C. Quartarolo (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 S. Grand Avenue, Suite 1000
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Email: amy.quartarolo@lw.com

*Co-Counsel for Debtors*

Dated: March 16, 2023

Stipulated and agreed to by:

*/s/ Justin M. Luna*
Justin M. Luna
Florida Bar No. 37131
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 S. Orange Ave., Suite 1400
Orlando, FL 32801
Telephone: (407) 481-5800
Email: bknotice1@lathamluna.com

*Counsel for Defendants, John H. Owoc and Megan E. Owoc*