

**ORDERED in the Southern District of Florida on March 27, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) (Jointly Administered) |
| Debtors.[1] _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | Adv. Pro. No. 23-01051 (PDR) |
| Defendants. _____/ | |

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12026234-1

## ORDER CONTINUING HEARING ON THE EMERGENCY MOTION FOR AN ORDER (I) HOLDING DEFENDANTS IN CONTEMPT OF COURT, (II) IMPOSING SANCTIONS, (III) SETTING HEARING ON DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER, AND (IV) ESTABLISHING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT [ECF NO. 13]

**THIS MATTER** came before the Court on March 23, 2023, at 2:30 p.m. in Fort Lauderdale, Florida, upon the *Emergency Motion For an Order (I) Holding Defendants in Contempt of Court, (II) Imposing Sanctions, (III) Setting Hearing on Debtors' Motion for Temporary Restraining Order, and (IV) Establishing Briefing Schedule on Motion for Summary Judgment* [ECF. No. 13] filed by Vital Pharmaceuticals, Inc. ("Debtor" or "Plaintiff") (the "Motion"). The Court, being duly advised in the premises and for the reasons stated on the record, it is

**ORDERED** that:

1. The Motion is **CONTINUED** for a status hearing to take place on **March 28, 2023, at 11:00 a.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12026234-1