UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,

    Debtor.
_____/

VITAL PHARMACEUTICALS, INC.,
BANG ENERGY CANADA, INC., JHO
INTELLECTUAL PROPERTY
HOLDINGS, LLC, JHO REAL ESTATE
INVESTMENT, LLC, QUASH SELTZER,
LLC, RAINBOW UNICORN VEB, LLC
and VITAL PHARMACEUTICALS
INTERNATIONAL SALES, INC.,

    Plaintiffs,

vs.

JOHN H. OWOC and MEGAN E. OWOC,

    Defendants.
_____/

Case No. 22-17842-PDR

Chapter 11

Adversary No. 23-01051-PDR

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**JUSTIN M. LUNA, ESQUIRE** and the **LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP** (collectively, "Latham Luna"), pursuant to Local Rule 2091-1, hereby move this Court for an entry of an Order permitting them to withdraw as Attorneys of record for Defendants, **JOHN H. OWOC** and **MEGAN E. OWOC**, (the "Defendants") in this proceeding, and for cause would show the Court:

1. Latham Luna was retained by Defendants and filed its Notice of Appearance to serve as their counsel in this case on March 15, 2023.

2. Latham Luna seeks to withdraw as counsel due to non-monetary irreconcilable difference.

3. Latham Luna was informed replacement counsel would be soon stepping in and be attending the hearing that was set for March 28, 2023 for the Defendants. On March 29, 2023, counsel for the Debtor informed the undersigned that no replacement counsel appeared for the Defendants at the hearing.

4. This matter is not presently set for trial, and neither the Plaintiff, nor the Defendants in this matter, will be prejudiced by the granting of this Motion.

5. Defendants should be given at least seven (7) days from the date of the Order granting this Motion within which to retain new counsel, if necessary.

6. The undersigned as conferred with counsel for the Debtors as well as the Defendants who have no objection to the withdrawal.

7. Upon entry of an order granting this Motion, all future pleadings and correspondence should be forwarded directly to the Defendants, at the following address:

**John H. Owoc and Megan E. Owoc**
**16720 Stratford Court**
**Southwest Ranches, FL 33131**
**Jackowoc.ceo@gmail.com**
**Meglizowoc@gmail.com**

**WHEREFORE**, **JUSTIN M. LUNA, ESQUIRE**, and the **LAW FIRM OF LATHAM, LUNA, EDEN & BEAUDINE, LLP**, respectfully move the Court for entry of an Order relieving them of any further responsibilities and obligations as the attorneys of record for the Defendants,

**JOHN H. OWOC** and **MEGAN E. OWOC**, in the above-styled action; and further respectfully request the undersigned attorneys be removed from the electronic service list.

## CERTIFICATION PER LOCAL RULE 9011-4(B)

I hereby certify that I am admitted to the Bar of the United States Bankruptcy Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**RESPECTFULLY SUBMITTED** this 30th day of March, 2023.

        /s/ Justin M. Luna
        **Justin M. Luna, Esq.**
        Florida Bar No. 0037131
        **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
        bknotice@lseblaw.com
        201 S. Orange Ave., Suite 1400
        Orlando, Florida 32801
        Telephone: 407-481-5800
        Facsimile:  407-481-5801

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | |
| | Case No. 22-17842-PDR |
| **VITAL PHARMACEUTICALS, INC.,** | |
| | Chapter 11 |
| Debtor. | |
| _____/ | |
| | |
| **VITAL PHARMACEUTICALS, INC., BANG ENERGY CANADA, INC., JHO INTELLECTUAL PROPERTY HOLDINGS, LLC, JHO REAL ESTATE INVESTMENT, LLC, QUASH SELTZER, LLC, RAINBOW UNICORN VEB, LLC and VITAL PHARMACEUTICALS INTERNATIONAL SALES, INC.,** | |
| | Adversary No. 23-01051-PDR |
| Plaintiffs, | |
| vs. | |
| **JOHN H. OWOC and MEGAN E. OWOC,** | |
| Defendants. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the **MOTION TO WITHDRAW AS COUNSEL** has been furnished to all parties receiving electronic notice via CM/ECF or by U.S. First Class, postage prepaid mail to: **John H. Owoc**, 1600 N. Park Drive, Weston, Florida 33326, jackowoc.ceo@gmail.com; **Megan Owoc**, 1600 N. Park Drive, Weston, Florida 33326,

4

meglizowoc@gmail.com; **Jordi Guso, Esq.,** 1450 Brickell Ave. #1900, Miami, Florida 33131, jguso@bergersingerman.com; **Michael Jordan Niles**, 313 N. Monroe Street, Suite 301, Tallahassee, Florida 32301, mniles@bergersingerman.com;  and **Andrew Sorkin**, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004, Andrew.sorkin@lw.com; this 30th day of March, 2023.

/s/ Justin M. Luna
Justin M. Luna, Esq.