UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**VITAL PHARMACEUTICALS, INC.,**
**et al.,**

    Debtor.
_____/

**Case No: 22-17842-PDR**
**Chapter 11**

**VITAL PHARMACEUTICALS, INC.,**
**BANG ENERGY CANADA, INC., JHO**
**INTELLECTUAL PROPERTY HOLDINGS,**
**LLC, JHO REAL ESTATE INVESTMENT, LLC,**
**QUASH SELTZER, LLC, RAINBOW UNICORN**
**VEB, LLC and VITAL PHARMACEUTICALS**
**INTERNATIONAL SALES, INC.,**

    Plaintiffs,

vs.

**JOHN H. OWOC and MEGAN E. OWOC,**

    Defendants.
_____/

**Adversary No. 23-01051-PDR**

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

    **I HEREBY CERTIFY** that on the 31st day of March., 2023, a true and correct copy of the **NOTICE OF HEARING** (Doc. No. 18) was served via CM/ECF upon entry of the Notice by the Court to all counsel of record receiving CM/ECF service in this case; and via electronic communication and/or U.S. First Class Mail to: John H. Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331, jackowoc.cewo@gmail.com; Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331, meglizowoc@gmail.com; and Elite Island, LLC, 1600 N. Park Drive, Weston, FL 33326.

Dated: March 31, 2023

                                    /s/ Justin M. Luna
                                    Justin M. Luna, Esq.
                                    Latham, Luna, Eden & Beaudine, LLP
                                    201 S. Orange Avenue, Suite 1400
                                    Orlando, Florida 32801
                                    Telephone: (407) 481-5800
                                    Facsimile: (407) 481-5801
                                    Primary E-Mail:   jluna@lathamluna.com
                                    Secondary E-Mail: bknotice1@lathamluna.com