

ORDERED in the Southern District of Florida on April 4, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) (Jointly Administered) |
| Debtors.[1] | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | Adv. Pro. No. 23-01051 (PDR) |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12039437-1

## INCORPORATED MEMORANDUM OF LAW

**THIS MATTER** having come before the Court upon the *Motion for Summary Judgment and Incorporated Memorandum of Law* [ECF No. 20] (the "<u>Summary Judgment Motion</u>") filed by the Plaintiffs/Debtors, Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, inc. (collectively, the "<u>Plaintiffs</u>") on March 31, 2023. The Court, having considered the Summary Judgment Motion, and the Court file, and being otherwise fully advised, does thereupon

**ORDER** that:

1. The deadline for the Defendants, John H. Owoc and Megan E. Owoc (collectively, the "<u>Defendants</u>") to file their response(s) to the Summary Judgment Motion is **<u>April 14, 2023</u>**.

2. The deadline for the Plaintiffs to file their reply to the Defendants' response(s) is **<u>April 21, 2023</u>**.

3. The Court will conduct the hearing to consider the Summary Judgment Motion, the Defendants' response(s), and the Plaintiffs' reply, on **<u>April 25, 2023 at 1:30 p.m. U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301</u>**.

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*