**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051 (PDR) |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jack Owoc and Megan Owoc, c/o Latham, Luna, Eden & Beaudine, LLP, Attn: Justin M. Luna, Esq. at 201 S Orange Ave, Suite 1400, Orlando, FL 32801, and via electronic mail at jluna@lathamluna.com, bknotice1@lathamluna.com:

- **Plaintiffs' Statement of Undisputed Material Facts** (Docket No. 22)

Dated: April 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Serina Tran*
　　　　　　　　　　　　　　　　　　　　　　　　　Serina Tran
　　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 855-493-7375
　　　　　　　　　　　　　　　　　　　　　　　　　Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).