UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Vital Pharmaceuticals, Inc., *et al.*, | Case No. 22-17842-PDR<br>(Jointly Administered) |
| Debtors.<br>_____/ | |
| Vital Pharmaceuticals, Inc., *et al.*, | |
| Plaintiffs, | |
| vs. | Adv. Pro. No. 23-01051-PDR |
| John H. Owoc and Megan E. Owoc, | |
| Defendants.<br>_____/ | |

## JOINT NOTICE FOR SUBSTITUTION OF COUNSEL

Undersigned counsel, pursuant to Local Rule 2091-1(B), give notice of the substitution of counsel and **removing** attorney Justin M. Luna and the law firm of Latham, Luna, Eden & Beaudine, LLP as counsel of record for Defendants John H. Owoc and Megan E. Owoc (the "Parties") in this adversary proceeding and **substituting in** attorney Bradley S. Shraiberg and the law firm of Shraiberg Page P.A. as counsel of record for the Parties.

**The Parties consent to this substitution of counsel.** All future correspondence, pleadings, notices, and other court filings should be directed to:

Bradley S. Shraiberg, Esq.
Shraiberg Page P.A.
2385 NW Executive Center Drive
Suite 300
Boca Raton, Florida 33431
Email: bss@slp.law

{2467/000/00553488}

| LATHAM, LUNA, EDEN & BEAUDINE, LLP | SHRAIBERG PAGE P.A. |
|---|---|
| */s/ Justin M. Luna* | */s/ Bradley S. Shraiberg* |
| Justin M. Luna | Bradley S. Shraiberg |
| Florida Bar No. 37131 | Florida Bar No. 121622 |
| 201 S. Orange Avenue | 2385 NW Executive Center Drive |
| Suite 1400 | Suite 300 |
| Orlando, FL 32801 | Boca Raton, FL 33431 |
| Tel.: (407) 481-5800 | Tel: (561) 443-0800 |
| Fax: (407) 481-5801 | Fax: (561) 998-0047 |
| Email: jluna@lathamluna.com | bss@slp.law |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF to all parties registered to receive such notice on April 12, 2023.

/**s**/ *Bradley S. Shraiberg*