## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051 (PDR) |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Emergency Motion for an Order (I) Holding Defendants in Contempt of Court, (II) Imposing Sanctions, and (III) Setting Hearing on Debtors' Motion for Temporary Restraining Order** (Docket No. 28)

- **Notice of Hearing re Emergency Motion For Contempt of Court, in addition to Motion For Sanctions Against Defendants John H. Owoc and Megan E. Owoc , in addition to Motion to Set Hearing (Re: 2 Miscellaneous Motion, 3 Declaration, 9 Stipulation) (28)** (Docket No. 29)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Re-Notice of Hearing re Emergency Motion For Contempt of Court, in addition to Motion For Sanctions Against Defendants John H. Owoc and Megan E. Owoc , in addition to Motion to Set Hearing (Re: 2 Miscellaneous Motion, 3 Declaration, 9 Stipulation) (28)** (Docket No. 30)

Dated: April 12, 2023

   */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jack Owoc and Megan Owoc | c/o Latham, Luna, Eden & Beaudine, LLP | Attn: Justin M. Luna, Esq. | 201 S Orange Ave, Suite 1400 | Orlando | FL | 32801 |
| John Owoc, Megan Owoc, and Elite Island, LLC | c/o Shraiberg Page, P.A. | Attn: Patrick R. Dorsey, Bradley S. Shraiberg | 2385 NW Executive Center Drive, Suite 300 | Boca Raton | FL | 33431 |

In re: Vital Pharmaceuticals, Inc. et al v. Owoc et al
Case No. 23-01051 (PDR)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Jack Owoc and Megan Owoc | c/o Latham, Luna, Eden & Beaudine, LLP | Attn: Justin M. Luna, Esq. | jluna@lathamluna.com<br>bknotice1@lathamluna.com<br>bknotice@lseblaw.com |
| John Owoc, Megan Owoc, and Elite Island, LLC | c/o Shraiberg Page, P.A. | Attn: Patrick R. Dorsey, Bradley S. Shraiberg | pdorsey@slp.law<br>bss@slp.law |