**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**
www.flsb.uscourts.gov

In re:

**VITAL PHARMACEUTICALS, INC.,**

    **Debtor.**

_____/

**VITAL PHARMACEUTICALS, INC.,**
**BANG ENERGY CANADA, INC., JHO**
**INTELLECTUAL PROPERTY**
**HOLDINGS, LLC, JHO REAL ESTATE**
**INVESTMENT, LLC, QUASH SELTZER,**
**LLC, RAINBOW UNICORN VEB, LLC**
**and VITAL PHARMACEUTICALS**
**INTERNATIONAL SALES, INC.,**

    **Plaintiffs,**

**vs.**

**JOHN H. OWOC and MEGAN E. OWOC,**

    **Defendants.**

_____/

**Case No.  22-17842-PDR**

**Chapter 11**

**Adversary No. 23-01051-PDR**

**NOTICE OF WITHDRAWAL OF UNOPPOSED**
**MOTION TO WITHDRAW AS COUNSEL**

    **JUSTIN M. LUNA, ESQUIRE** and the **LAW FIRM OF LATHAM, LUNA, EDEN &**

**BEAUDINE, LLP** (collectively "Latham Luna"), hereby withdraws its *Unopposed Motion to*

*Withdraw as Counsel* (Doc. No. 17) filed on March 30, 2023. The Motion has been resolved without

the need for Court Intervention.

    DATED this 13th day of April 2023.

1

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC.,

     Debtor.

_____/

VITAL PHARMACEUTICALS, INC.,
BANG ENERGY CANADA, INC., JHO
INTELLECTUAL PROPERTY
HOLDINGS, LLC, JHO REAL ESTATE
INVESTMENT, LLC, QUASH SELTZER,
LLC, RAINBOW UNICORN VEB, LLC
and VITAL PHARMACEUTICALS
INTERNATIONAL SALES, INC.,

     Plaintiffs,

vs.

JOHN H. OWOC and MEGAN E. OWOC,

     Defendants.

_____/

Case No.  22-17842-PDR

Chapter 11

Adversary No. 23-01051-PDR

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the **NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** has been furnished to all parties receiving electronic notice via CM/ECF or by U.S. First Class, postage prepaid mail to: **Jordi Guso, Esq.,** 1450 Brickell Ave. #1900, Miami, Florida 33131, jguso@bergersingerman.com; **Michael Jordan Niles**, 313 N. Monroe Street, Suite 301, Tallahassee, Florida 32301,

3

4

mniles@bergersingerman.com;   and **Andrew Sorkin**, 555 Eleventh Street, NW, Suite 1000,

Washington, DC 20004, Andrew.sorkin@lw.com; this 13th day of April, 2023.


/s/ Justin M. Luna
Justin M. Luna, Esq.