UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]       Case No.: 22-17842-PDR

     Debtors.

Chapter 11
(Jointly Administered)

_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

     Plaintiffs,

v.      Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

     Defendants.

_____/

## AGREED *EX PARTE* MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE AND ANSWER DEADLINES

John H. Owoc aka Jack Owoc and Megan E. Owoc (together, "Defendants") respectfully request that the Court extend the deadlines: (1) to file a summary judgment response and (2) to file a response to the complaint as stated *infra*.

1.      The current deadline to file a response to the *Motion for Summary Judgment* [ECF No. 20] is Friday April 14, 2023.  ECF No. 24 (order establishing briefing schedule).  Defendants request that this deadline be extended through and including Sunday April 16, 2023.

2.      The current deadline to file an answer or other response to the *Complaint* [ECF No.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1] is Thursday April 13, 2023.  Defendants request that this deadline be extended through Tuesday April 18, 2023.

    3.    The cause for these requests includes the recent substitution of Defendants' counsel and Defendants' need to respond to Rule 2004 discovery in the main bankruptcy case.

    4.    The undesigned avers that counsel for Plaintiffs does not oppose the relief requested herein, and is uploading a proposed order to the Court.

**WHEREFORE**, Defendants requests the Court: (1) extend the deadline to file a response to the *Motion for Summary Judgment* [ECF No. 20] through and including Sunday April 16, 2023; (2) extend the deadline to response to the *Complaint* [ECF No. 1] through and including Tuesday April 18, 2023; and (3) grant such other relief is deemed appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on April 13, 2023.

    Respectfully Submitted,

    SHRAIBERG PAGE P.A.
    Attorneys for Defendants
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: pdorsey@slp.law

    By:    /s/ Patrick Dorsey
           Patrick Dorsey, Esq.
           Florida Bar. No. 008584