

ORDERED in the Southern District of Florida on April 13, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]      Case No.: 22-17842-PDR

    Chapter 11
  Debtors.     (Jointly Administered)
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

  Plaintiffs,

v.     Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

  Defendants.
_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO EXTEND**
**SUMMARY JUDGMENT RESPONSE AND ANSWER DEADLINES**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**THIS MATTER** came before the Court without hearing, upon the *Agreed Ex Parte Motion to Extend Summary Judgment Response and Answer Deadlines* (the "Agreed Motion") [ECF No. 36], filed by Defendants, John H. Owoc aka Jack Owoc and Meghan Owoc. The Court, having reviewed the Agreed Motion and being otherwise advised in the premises, and upon the agreement of Plaintiffs and Defendants to the relief requested therein, it is

**ORDERED AND ADJUDGED** as follows:

1. The Agreed Motion [ECF No. 36] is **GRANTED**.

2. The deadline for Defendants to file a response to the *Motion for Summary Judgment* [ECF No. 20] is **EXTENDED** through and including Sunday April 16, 2023.

3. The deadline for Defendants to file a response to the *Complaint* [ECF No. 1] is **EXTENDED** through and including Tuesday April 18, 2023.

# # #

Submitted by:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

*Attorney Dorsey is directed to serve a copy of this order upon all interested parties and to file a certificate of service with the Court.*