UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.

_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.

_____/

Adv. Proc. No. 23-01051-PDR

**DECLARATION OF JOHN. H. OWOC IN SUPPORT
OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, John H. Owoc aka Jack Owoc, hereby declares as follows

under the penalty of perjury:

**A.    Background.**

1.    I am the creator, founder, and sole shareholder of Vital Pharmaceuticals, Inc.

("VPX") and the other debtors and debtors in possession (together with VPX, the "Company" or

the "Debtors") in the above-captioned cases.  I created VPX in 1993, almost thirty (30) years ago

---

[1]    The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the
Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy
Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate
Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and
(vii) Vital Pharmaceuticals International Sales, Inc. (8019).

and I formed VPX on May 7, 1996.

2.      From the formations of the Debtors, until approximately March 9, 2023, I served as the Chief Executive Officer ("CEO") and Chief Science Officer ("CSO") of the Debtors in this action.  I served as the CEO and CSO of VPX for over 29 years.

3.      Unless otherwise noted I am personally familiar with the matters set forth herein.

4.      My story is a stellar example of an American dream – I literally rose from the mattress to a mansion.  When I first started in this industry, I was sleeping on an air mattress in the back of a 350 square foot nutrition supplement retail store called the Vita House.  At VPX's height, it was operating in several million square feet of real estate.  Since a few weeks ago, under my leadership, VPX eclipsed over $6 billion in retail sales.  I was intimately involved on a daily basis, personally developing 100% of the formulas, including the flavoring, and packaging innovations for the past 29 years.  Throughout my life, I have been an avid health conscious fitness enthusiast, weight-lifter, scientist, innovator, inventor, and creator of dietary and nutritional supplement and energy drinks, sports drinks, and nutritional bars, motivational speaker and writer .  I am passionate about creating innovative, delicious, and efficacious products.  As CEO of VPX, I had nearly 30 gold standard studies conducted at prestigious universities such as UCLA, FSU, Baylor, and Nova University regarding the efficacy and functionality of VPX products.  Gold standard studies are double blind placebo controlled human studies.

5.      In addition to the Bang Energy drink, I have also conceptualized, created, and brought to market a bevy of energy drinks and dietary and nutritional supplements including but not limited to the VPX Redline Energy Drink, the Meltdown 1 Keto drink, the Quash drink, Vooz sports drink and a line of dietary and nutritional supplements under the brands Redline, Meltdown and VPX such as protein powder, pre-workouts, vitamins, and ready to eat nutritional bars.  Not

only did I create these successful products, but I also created dozens of unlaunched product innovations and trademarks, which are slated to be released and launched into the nutritional supplement and beverage market long into the future. I am saddened that the bankruptcy process seems to have destroyed these in the few short months that they have taken control of VPX.

6.     I submit this Declaration in support of the *Response to Motion for Summary Judgment* being filed contemporaneously herewith.

**B.     The Jack Owoc Persona.**

7.     I designed each of my endeavors with the essence of my own personal philosophy and belief system, *that is*, in short, that we as human beings have an unlimited capacity to develop our bodies, minds, and spirits, with God's help, to their highest capacity through hard work, cutting edge science, positive thinking, and an adamant refusal to quit, which are characteristics of a "CEO" or "chief operating officer." The foregoing philosophy, when combined with my image, my style, and my overall identity is my persona.

8.     Indeed, I have worked extremely diligently over the course of over 30 years to build and cultivate my persona and have been successful at doing so such that separate and apart from any product and any company, the persona of Jack Owoc is a brand that has value.

9.     It is for this reason, specifically, that when my wife and I decided to heavily incorporate and utilize social media to market the Debtors' products and endeavors, we deliberately and expressly, created our own personal, individual social media accounts that we segregated from the assortment of the Debtors' social media accounts and treated differently.

10.     Moreover, there has never been a concern or suggestion that my personal social media accounts, *i.e.*, the Accounts, would somehow become the property of the Debtors because I am not now, and have never been, a party to any employment agreement with the Debtors.

**C.    The Accounts Have Always Been the Personal Property of Jack Owoc.**

11.    I have three (3) personal social media accounts that are here at issue: an Instagram and TikTok account each bearing the handle @bangenergy.ceo, and a Twitter account bearing the handle @BangEnergyCEO.   These accounts collectively are hereinafter referred to as the "Accounts".

12.    As an initial matter, the Court should be aware that the handles of these accounts expressly reflect the fact that they are my personal, social media accounts.  "Bangenergyceo" is a double entendre, that on the one hand obviously referred to my former position as CEO of the Debtors.  But at the same time, the "Bangenergyceo" refers to the Jack Owoc persona of the explosive, high-intensity, unstoppable leader – literally the Bangenergyceo.  As discussed below, a substantial majority of the postings on the Accounts are expressly designed to, and successfully do in fact, market, cultivate, and curate the Jack Owoc persona – separate and apart from the Debtors' products.

13.    My wife and I conceived of the handles for the Accounts and specifically utilized the handle to refer to and complement the Jack Owoc persona.

14.    My wife personally created the Twitter and Instagram accounts at issue.

15.    My wife and I specifically instructed company personnel to create the TikTok account.

16.    From their inception and continuing up through and until my termination, it was always understood and agreed that the Accounts were exclusively my personal social media accounts and the personal property of Jack Owoc.

17.    More specifically, as the Debtors admit, I have always had exclusive possession, custody, and control of the Accounts.  From their inception and continuing through until the present, the Debtors have never held possession of the passwords for any of the Accounts.

18.    Indeed, prior to my termination, the Debtors had never even requested the passcodes for my Accounts because it was always agreed and understood that these accounts were exclusively my own personal social media accounts.

19.    The only employees of the Debtors who ever had access to the passwords for my Accounts are those whom I, as owner of the Debtors, specifically tasked with assisting me with my accounts.    The marketing department of Debtors' created videos that were posted to my personal TikTok account.

20.    On the other hand, the Debtors have over 20 Instagram accounts, 8 TikTok accounts, 5 Twitter accounts, and over 19 Facebook accounts (all collectively, the "Company Accounts").    It is important to note that for these Company Accounts, there are Company Accounts for the Bang product for all three (3) social media platforms at issue in this Motion for Summary Judgment, *e.g.*:

    a)  Instagram:        @bangenergy,        @banghardseltzer,        @bang.fuelteam, @bang_merch,        @bangenergysweepstakes,        @bangenergy.careers, @bangenergyaustralia,     @bangenergy.germany,     @bangenergy.finland, @bang.chile,        @bangenergy.abcislands,        @bangenergy.denmark, @bangenergynorway,     @bangenergy.costarica,     @bangenergy.bolivia, @bangenergy.sweden,  @bangenergy.colombia,  @bangenergy.southafrica, @bangenergy.france, @bangenergy.switzerland and @bangenergy.eu;

    b)  Twitter: BANGenergy; and

    c)  TikTok: @bangenergy @bang.fuelteam,

which are in the possession and control of Debtors.    As to these Company Accounts, the Debtors have always held possession of the usernames and passwords and continue to do so.    It is

noteworthy to point out that the Company Account @bangenergy on Instagram has 2.2 million followers, while my personal @bangenergyceo Instagram account has less than half of that, 1 million followers.

21.    As to the Accounts, from their inception and continuing through until the present, I have always exercised full, complete, unilateral discretion as to the content that would be posted. No individual was ever permitted to post content to the Accounts without my express consent and approval.

22.    And in fact, on multiple occasions, I specifically *rejected* content suggested by my team during my tenure with the Debtors and/or demanded that it be revised because it did not reflect and complement the Jack Owoc persona.

23.    The Debtors have never had control over any procedures according to which I would post material or direct material to be posted on my Accounts.

24.    The Debtors have never had control over the timing according to which I would post material or direct material to be posted on my Accounts.

25.    As to the Company Accounts however, the Debtors were, and continue to be, free to post whatever content was deemed appropriate for the marketing of their products.

26.    It is true that I personally posted or approved and directed the posting on my Accounts of some marketing content created by the Debtors, most often after I made revisions to the content.   I approved and/or directed such postings to be made for the benefit of the Debtors, but also because I deemed the content to reflect, enhance, and compliment the Jack Owoc persona.

27.    Indeed, the substantial majority of postings on my social media accounts, *i.e.*, the Accounts, are of a personal nature, designed to complement and enhance the Jack Owoc persona, and are not marketing the Debtors' business or product.

28.    For example, of the roughly 99 postings I made or directed to be made to my @Bangenergyceo Instagram account between November 17, 2022 and April 10, 2023, roughly 58 of those postings are clearly personal.  In other words, approximately **59%** of the postings are personal and reflective of my persona only.

29.    Representative samples of the clearly personal Instagram postings to my @Bangenergyceo Instagram account are attached here as **Exhibit 1**.  As can be seen in **Exhibit A,** my personal posts include posting pictures and videos of me and my wife and six (6) children at our home, at church, on vacations in our every-day lives, and especially during holidays and celebratory occasions, such as the birth and birthdays of my young children.  I have posted videos of the most personal nature, such as videos of the events leading up to and immediately after the home water births of each of my youngest five (5) children.  I recently re-posted the video shot of my wife before the birth of our daughter Carrington.  I cannot think of anything more personal in nature than my wife giving birth to our children, in our home.  I also post pictures of me engaged in my hobbies, such as fishing or drumming.  I post comments about being a leader and a husband. I post pictures and videos of me and my family at church and with our pastor, as I am passionate about sharing my walk with Jesus Christ in my life.  During most, if not all of my and my family's activities during these posts, we are wearing Bang apparel, drinking a Bang or a Vooz, or otherwise promoting a VPX product.  In fact, in the recent TBT re-posting of the birth of my daughter, you can see two cans of Bang behind the birthing pool, but that fact does not make this post any less personal of a post.

30.    For further example, of the roughly 146 postings I made or directed to be made to my @Bangenergyceo TikTok account between January 1, 2022 and April 10, 2023, approximately 80 of those postings are clearly personal.  In other words, approximately **55%** of the postings are

personal and reflective of my persona only.

31.    Representative samples of the clearly personal postings to my @Bangenergyceo TikTok account are attached here as **Exhibit 2**.

32.    For further example, of the roughly 39 postings I made or directed to be made to my @Bangenergyceo Twitter account between November 17, 2020 and April 10, 2023, approximately 32 of those postings are clearly personal.  In other words, approximately **82%** of the postings are personal and reflective of my persona only.

33.    Representative samples of the clearly personal postings to my @Bangenergyceo TikTok account are attached here as **Exhibit 3**.

34.    The Debtors' assertion that the "vast majority" of postings made to my Accounts is therefore untrue.  In point of fact, the **majority** of postings that I made or approved or specifically directed be made are personal postings for the benefit of the Jack Owoc persona.

35.    Further, the presence of one of my personal Accounts on the can of one of the Debtors' products reflects no more than a *de facto* mutual licensing agreement between me and the Debtors.  With my termination, that agreement is also effectively terminated.

36.    The mere fact that the value of the Debtors' assets would be increased by wrongfully taking control of my personal social media accounts is irrelevant to the fact that these accounts are now, and always have been, my own personal property.

**D.    I am in Need of Further Discovery.**

37.    The complaint in the above-captioned adversary proceeding was filed approximately one month ago, on March 14, 2023.  ECF No. 1.  I have not yet filed an answer or other response to it.

38.    During the approximately four weeks the complaint has been pending, the Debtors

have filed an emergency motion for temporary restraining order and two emergency motions for

contempt.  ECF Nos. 2, 13 and 28.  These filings have resulted in the Court setting hearings on

March 16, March 28, and April 12, 2023.  ECF Nos. 6, 15 and 30.  I have devoted substantial time,

energy and resources to attending these filings and hearings.

39.    Additionally, the filing date of the complaint, March 14, 2023, is approximately

five (5) days after I was terminated as an officer of the Debtors on March 9, 2023.  Prior to my

termination, my primary email address was a corporate email with the Debtors.  Following the

termination I have been unable to access emails from that account, or other corporate documents

and records of the Debtors.

40.    In order to put forth sufficient evidence for the Court to resolve this matter, I am in

need of discovery that my attorneys' have as of yet been unable to obtain.  This includes, but is

not limited to:

a)    Documents and deposition testimony from John C. Didonato, the Chief
Transformation Officer (the "CTO") of the Debtors who made a declaration
in support of the Motion.  Among other things, the CTO swears that he has
"personal knowledge" that of the more than 6,400 posts on the Instagram
account, "a vast majority…promote the Debtors' products and businesses."
The CTO also swears that he has "personal knowledge" that the content of
the TikTok and Twitter accounts "each include[e] content primarily focused
on promoting the Debtors' products and business."  Those statements are
not credible for the reasons stated hereinabove.

b)    All copies, editions and drafts of the Employee Handbook, including any
employee handbook or agreement purportedly executed by me.  Upon
information and belief I have never signed an employee agreement or
employee handbook with the Debtors.

c)    Documents and deposition testimony from a Fed. R. Civ. P. 30(b)(6)
representative of the Debtors knowledgeable to testify about the allegations
in the Complaint;

d)    Debtors' corporate documents, emails and communications regarding the
Accounts, including communications as to the ownership the Accounts; and

e)    Discovery from relevant social media entities, including Instagram, TikTok and Twitter, for terms and conditions with account holders and any contracts relevant to my Accounts.

41.    I did not authorize my former counsel in this adversary proceeding, Justin Luna, Esq., to enter into the stipulation for temporary restraining order entered at ECF Nos 9 and 10. I anticipate bringing this matter to the Court's further attention via a motion to vacate the temporary restraining order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: _____
                              4/16/2023

DocuSigned by:

235EFE6453A64FF...

_____

John H. Owoc

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on 16th day of April 2023.

Respectfully Submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for Owocs
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

By: ___ /s/ *Bradley S. Shraiberg* _____
Bradley S. Shraiberg
Florida Bar No. 121622

# EXHIBIT 1

## Instagram @bangenergy.ceo

https://www.instagram.com/bangenergy.ceo/



https://www.instagram.com/p/CoF96fesYIx/



https://www.instagram.com/p/Cq39Q0YuZpx/



https://www.instagram.com/p/CqL6ITnJXxy/



https://www.instagram.com/p/CpleXJ3jmix/





bangenergy.ceo ✓ • Follow
Original audio

bangenergy.ceo ✓ CHOOSE VOOZ 🙌

We don't call VOOZ the Hydration Sensation for nothing. It's a truly revolutionary sports hydration drink, featuring:

 NO ARTIFICIAL SWEETENERS. Today's consumer wants to know what they are putting in their bodies. VOOZ is naturally sweetened.
 NO SUGAR. Nearly half of US residents are obese and many blame sugar-filled drinks for contributing to this epidemic.
 4TH FUEL ENERGY TECHNOLOGY. Ketones are like a fourth macro, providing energy for the body, particularly for those on low-carb diets.

Better yet, VOOZ is so good tasting that @MegLiz.Owoc and I serve it to our kids, who can't get enough of it!

So, remember, when you VOOZ, you cruise; when you snooze, you lose! 😎

#Vooz #VoozHydrate #HydrationSensation #bangenergy #bangenergyceo #bestchoiceever #yourbestchoice #thebestchoice #youwillloveit #goodlifechoices #makinggoodchoices #letssee #makingchoices #choises

Liked by alwaysalittle_.sassy_.chaleena and others
MARCH 9

Comments on this post have been limited.

https://www.instagram.com/p/CpirW9yOr_w/



https://www.instagram.com/p/CpgKouKvvvR/



https://www.instagram.com/p/CpdxnlUgKOI/



https://www.instagram.com/p/CpavKZdOlBp/





https://www.instagram.com/p/CpY8VIrDSaR/



https://www.instagram.com/p/CpVxl09vR2d/



https://www.instagram.com/p/CpTOhgavLp-/





https://www.instagram.com/p/CpOL2IAuVwm/



https://www.instagram.com/p/CpLfp7NjJuS/



https://www.instagram.com/p/CpIv7VSuFZM/





https://www.instagram.com/p/CpG3hPAtIV8/



https://www.instagram.com/p/CpDzkEsOMh1/



https://www.instagram.com/p/CpBOs23PjsR/



https://www.instagram.com/p/Co-p4HDO2QO/



**Jack Owoc**
**@BangEnergyCEO**

"Make your declaration and goal very specific and highly individualized. If your declaration is not authentic, failure is inevitable. You do NOT have to be reasonable, but you do have to be real!" – Jack Owoc



https://www.instagram.com/p/Co8FGqBOROs/



https://www.instagram.com/p/Co5c73aOY8b/



[https://www.instagram.com/p/Co0P484PT9H/](https://www.instagram.com/p/Co0P484PT9H/)


bangenergy.ceo ✓ • Follow
Original audio


bangenergy.ceo ✓ A CUP O' JOE TO MAKE YOUR MUSCLES GROW! 💪

☕ If you love starting your day with a cup of coffee, consider giving Bang Keto Coffee a try — the cup o' joe designed to make your muscles grow!

Bang Keto Coffee contains 20 grams of protein — studies have shown that 20-30 grams of protein per serving is the optimum amount for protein synthesis — and C8, a medium-chain triglyceride (MCT) oil, which helps produce ketones that provide energy to the brain. 🧠

MCT oil may also aid in weight loss, as it has been shown to hasten the release of two hormones — peptide YY and leptin — that promote satiety (a feeling of fullness). 😋

Another study found that people who took two tablespoons of MCT oil with their breakfast ate less food for lunch than those taking coconut oil. 🥥

We make products that people WANT! In the comments below, tell me what your favorite flavor of Bang Keto Coffee is!






Liked by __sunshinesoul__ and others
FEBRUARY 18

Comments on this post have been limited.

https://www.instagram.com/p/CoyH5R-sYAb/



https://www.instagram.com/p/CovGT92O3Fg/



https://www.instagram.com/p/CoshfHDOnO6/





https://www.instagram.com/p/CoqIsv7PJJ6/



https://www.instagram.com/p/ConbKs_jT4k/



https://www.instagram.com/p/CoiOW-8OfWG/



https://www.instagram.com/p/CofqNbpj0_b/



https://www.instagram.com/p/CodQwAFP3RC/



https://www.instagram.com/p/Coay2V5PRrc/





**Jack Owoc**
**@BangEnergyCEO**

"You have to have a vision. A vision simply states your intent, aspiration, and purpose. It's what drives you toward your destination!" -Jack Owoc

https://www.instagram.com/p/CoX-jCcuROT/



https://www.instagram.com/p/CoVUmPbOu71/



https://www.instagram.com/p/CoQXBhMOsuO/



https://www.instagram.com/p/CoNrcVoPxyq/



https://www.instagram.com/p/CoLNfTovmJE/



https://www.instagram.com/p/CoI0KYBjBJP/



https://www.instagram.com/p/CoDVFj1jVsx/



https://www.instagram.com/p/Cn-HAEFDlz0/



https://www.instagram.com/p/Cn7BvjRu1Wi/



https://www.instagram.com/p/Cn5Z9dhDK7P/



https://www.instagram.com/p/Cn2gQ3FObSy/



https://www.instagram.com/p/Cnz9JWiOBhN/



https://www.instagram.com/p/CnxkU7Au4J8/



https://www.instagram.com/p/CnukH8wuJCU/





**Jack Owoc**
@BangEnergyCEO

"True brilliance is not what you know, but what you can effectively communicate, teach, and pass on to others!"- Jack Owoc

https://www.instagram.com/p/CnsNBKcvdzN/



https://www.instagram.com/p/Cnpo1gcOGzo/



[https://www.instagram.com/p/CnnKUBJO84N/](https://www.instagram.com/p/CnnKUBJO84N/)




bangenergy.ceo ✓ • Follow
Original audio

bangenergy.ceo ✓ THROWBACK THURSDAY WITH THE CHAMP!
🏆

🏠 It was a lot of fun when @ESPN came to the #OwocMansion
to film Colby Covington preparing to win back his welterweight
belt at #UFC268.

@colbycovmma and I talked about his training and game plan to
get the belt back from Kamaru Usman. 

Colby should be making his
return to the octagon soon. In the comments below, tell me who
you'd like to see him fight next.

Edited · 11w

mr_freeze_2714 Can you please help me find the keto coffee
bangs. I can't find them anywhere in NC and the budweiser rep
said they just haven't gotten them in but, still have bangs. He
said Bud and Pepsi were bad mouthing so stores won't carry it
but, I love them and you're the only sugar free protein + 300
caffeine! Thank you kindly!

11w

            

Liked by **creda_faith** and **others**
JANUARY 19

Comments on this post have been limited.

https://www.instagram.com/p/CnkuZsDvCsT/





bangenergy.ceo ✔ Flo Rida wins $84 Million!

Flo Rida performed at one of our Christmas parties and personally ensured that everyone had a great time.

Interestingly, I live in a community known as the "Beverly Hills of the South" with many other world famous artists and athletes. Flo is just minutes south of me in Miami and Celsius just minutes north of me in Boca Raton.

I congratulate Flo Rida on his huge $84 million award.

The contracts between Celsius and Flo were riddled with mistakes and contractual ambiguities that played a massive role resulting in $84 million that FLOwed South from Boca to Miami.

Celsius has been around many years with limited success until very recently. When's Celsius first contracted with Flo Rida in 2014, annual revenue was only $15 million.

Revenue increased only very modestly after signing Flo Rida and a pair of NASCAR drivers.

According to MacroTrends, Celsius' 2014 annual revenue was



Liked by lisa_samui and others
JANUARY 18

Comments on this post have been limited.

https://www.instagram.com/p/CnkeoTXudL7/



https://www.instagram.com/p/CniVXMuPNn-/



https://www.instagram.com/p/Cnh519hOS5E/



https://www.instagram.com/p/CnfVFbcu1ih/



https://www.instagram.com/p/Cncfh-oORyj/





https://www.instagram.com/p/Cna3ya3qCgy/



https://www.instagram.com/p/CnaNcGOo7KW/



https://www.instagram.com/p/CnXmq83ObuN/



https://www.instagram.com/p/CnXSIGmuPmC/



https://www.instagram.com/p/CnVQQoMP49X/



https://www.instagram.com/p/CnSb-6RPISf/





https://www.instagram.com/p/CnP3aOTow3X/



https://www.instagram.com/p/CnNSLt_PlyW/



https://www.instagram.com/p/CnKp2sRP-kP/





https://www.instagram.com/p/CnILbnpoMzL/



https://www.instagram.com/p/CnF3gKtIe-h/



https://www.instagram.com/p/CnC8oEFI1LG/



https://www.instagram.com/p/CnAfYzlPFHv/



https://www.instagram.com/p/Cm94JMgoH4a/



https://www.instagram.com/p/Cm9d-eaolOV/



https://www.instagram.com/p/Cm7kpGoJJjV/



[https://www.instagram.com/p/Cm24eg3taaS/](https://www.instagram.com/p/Cm24eg3taaS/)



https://www.instagram.com/p/CmnKTpQp1DY/



https://www.instagram.com/p/CmkXvCzpc-b/



https://www.instagram.com/p/CmXO5TaDgTM/



https://www.instagram.com/p/CmUkHSmjCjq/



https://www.instagram.com/p/CmSID5tD3nY/



https://www.instagram.com/p/CmNAjJeDZQT/



https://www.instagram.com/p/CmKWOU4DPjA/



https://www.instagram.com/p/CmFWzmSDqoK/



https://www.instagram.com/p/CmC2cotPVIm/



https://www.instagram.com/p/Cl9qTavp0ZC/



https://www.instagram.com/p/Cl65r27PcyC/



**https://www.instagram.com/p/Cl4p3bpvUiO/**





**https://www.instagram.com/p/Cl1-TwVDBk8/**



https://www.instagram.com/p/ClzZpPzDelh/



https://www.instagram.com/p/Clw2IavDaEm/



https://www.instagram.com/p/CluSyRKDTyd/



https://www.instagram.com/p/Clrv_iqjvGM/



https://www.instagram.com/p/ClpGJ7Cjywm/



 bangenergy.ceo and megliz.owoc
Original audio

 bangenergy.ceo  LOOKING TO THE FUTURE 👀

👁 One of the most exciting things about running a dynamic, cutting-edge business is that it forces me to always look ahead.

Friends, the old adage that "failing to prepare is preparing to fail" is true. 🧨

@MegLiz.Owoc and I are always looking ahead and imagining what the world will look like. It not only provides us an edge in business, but it gives us a blueprint for life.

What will we need to know? What will our kids need to know? 🤔

🏆 The Metaverse is coming, folks, as is what I like to call the "Ultraverse." Will YOU be ready?

#tothefuture #destinedforgreatness #newstarts #newthingstocome #husbandwifeteam #excitingtimesahead #itshappening #comingtogether #itsofficial #pushforward #gettingshitdone #newadventuresawait #striveformore #dontsettle #setgoals #movingup #yougotthis #surroundyourselfwithgoodpeople #loveyourtribe #startliving

      

**205 likes**
DECEMBER 1, 2022

Comments on this post have been limited.

https://www.instagram.com/p/ClmlUrFjcbn/



https://www.instagram.com/p/ClkCvp5Jda_/



https://www.instagram.com/p/CleeS8EP1g4/



[https://www.instagram.com/p/ClZofdBv8af/](https://www.instagram.com/p/ClZofdBv8af/)



https://www.instagram.com/p/ClUhDdTJJpU/



https://www.instagram.com/p/ClR6Ey8jNnu/



https://www.instagram.com/p/ClPUOSzDRbc/



https://www.instagram.com/p/ClMyjisJXI2/



https://www.instagram.com/p/ClJ3dnFj-8W/



https://www.instagram.com/p/ClHqWoKDb-r/



https://www.instagram.com/p/ClE_0vvDmft/



# EXHIBIT 2

- TikTok -- @bangenergy.ceo

    https://www.tiktok.com/@bangenergy.ceo

    

    https://www.tiktok.com/@bangenergy.ceo/video/7207538412906171694

    

    https://www.tiktok.com/@bangenergy.ceo/video/7205700225397263658



https://www.tiktok.com/@bangenergy.ceo/video/7203834237072543018



https://www.tiktok.com/@bangenergy.ceo/video/7203456305942580523



https://www.tiktok.com/@bangenergy.ceo/video/7201576528159870254



https://www.tiktok.com/@bangenergy.ceo/video/7199012036292971818



https://www.tiktok.com/@bangenergy.ceo/video/7198642517867269419



https://www.tiktok.com/@bangenergy.ceo/video/7198281143517596971



https://www.tiktok.com/@bangenergy.ceo/video/7197144338202234155



https://www.tiktok.com/@bangenergy.ceo/video/7196041234077453611



https://www.tiktok.com/@bangenergy.ceo/video/7194926290800102698



https://www.tiktok.com/@bangenergy.ceo/video/7194539641775705386



https://www.tiktok.com/@bangenergy.ceo/video/7192681315701902634



https://www.tiktok.com/@bangenergy.ceo/video/7192307508491406634



https://www.tiktok.com/@bangenergy.ceo/video/7190070472984415534



https://www.tiktok.com/@bangenergy.ceo/video/7188612080197471531



https://www.tiktok.com/@bangenergy.ceo/video/7187889653343702314



https://www.tiktok.com/@bangenergy.ceo/video/7186050083618573611



https://www.tiktok.com/@bangenergy.ceo/video/7185649061998120238



https://www.tiktok.com/@bangenergy.ceo/video/7185269979133021486



https://www.tiktok.com/@bangenergy.ceo/video/7177486730134621482



https://www.tiktok.com/@bangenergy.ceo/video/7172313424850963755



https://www.tiktok.com/@bangenergy.ceo/video/7169628291928984878



https://www.tiktok.com/@bangenergy.ceo/video/7168963934022651178



https://www.tiktok.com/@bangenergy.ceo/video/7166352936920943914



https://www.tiktok.com/@bangenergy.ceo/video/7164852415626431790



https://www.tiktok.com/@bangenergy.ceo/video/7164126608218000682



https://www.tiktok.com/@bangenergy.ceo/video/7163746566715706666



https://www.tiktok.com/@bangenergy.ceo/video/7162986942148332846



https://www.tiktok.com/@bangenergy.ceo/video/7161542483275533614



https://www.tiktok.com/@bangenergy.ceo/video/7159966146215726382



https://www.tiktok.com/@bangenergy.ceo/video/7159647708993637674



https://www.tiktok.com/@bangenergy.ceo/video/7158919826675731755



https://www.tiktok.com/@bangenergy.ceo/video/7157372756454313262



https://www.tiktok.com/@bangenergy.ceo/video/7156613721622711595



https://www.tiktok.com/@bangenergy.ceo/video/7155569945684790570



https://www.tiktok.com/@bangenergy.ceo/video/7154773302802910510



https://www.tiktok.com/@bangenergy.ceo/video/7153606958938049838



https://www.tiktok.com/@bangenergy.ceo/video/7153001454058638638



https://www.tiktok.com/@bangenergy.ceo/video/7152236035676802350



https://www.tiktok.com/@bangenergy.ceo/video/7151485857248054574



https://www.tiktok.com/@bangenergy.ceo/video/7151114321286794539



https://www.tiktok.com/@bangenergy.ceo/video/7149585530190040366



https://www.tiktok.com/@bangenergy.ceo/video/7148888299812326702



https://www.tiktok.com/@bangenergy.ceo/video/7147791691888463150



https://www.tiktok.com/@bangenergy.ceo/video/7146604340885785902



https://www.tiktok.com/@bangenergy.ceo/video/7145539796507725102



https://www.tiktok.com/@bangenergy.ceo/video/7145169243678493994



https://www.tiktok.com/@bangenergy.ceo/video/7144789019761708330



https://www.tiktok.com/@bangenergy.ceo/video/7142838339920579882



https://www.tiktok.com/@bangenergy.ceo/video/7142836742259756331



https://www.tiktok.com/@bangenergy.ceo/video/7142503841114803502



https://www.tiktok.com/@bangenergy.ceo/video/7141370144156159274



https://www.tiktok.com/@bangenergy.ceo/video/7140615193243012394



https://www.tiktok.com/@bangenergy.ceo/video/7140338598951374123



https://www.tiktok.com/@bangenergy.ceo/video/7140339055337819434



https://www.tiktok.com/@bangenergy.ceo/video/7138865902602292526



https://www.tiktok.com/@bangenergy.ceo/video/7138099735637806378



https://www.tiktok.com/@bangenergy.ceo/video/7137280310185577771



https://www.tiktok.com/@bangenergy.ceo/video/7137279067082034475



https://www.tiktok.com/@bangenergy.ceo/video/713542784701496619



https://www.tiktok.com/@bangenergy.ceo/video/7134678080798412078



https://www.tiktok.com/@bangenergy.ceo/video/7133663314768399659



https://www.tiktok.com/@bangenergy.ceo/video/7130965511428508970



https://www.tiktok.com/@bangenergy.ceo/video/7130954045979692330



https://www.tiktok.com/@bangenergy.ceo/video/7129938767040810282



https://www.tiktok.com/@bangenergy.ceo/video/713023487162004 6126



https://www.tiktok.com/@bangenergy.ceo/video/7129496602774998314



https://www.tiktok.com/@bangenergy.ceo/video/7129565524983532846



https://www.tiktok.com/@bangenergy.ceo/video/7127625410732526894



https://www.tiktok.com/@bangenergy.ceo/video/7126692895700094250



https://www.tiktok.com/@bangenergy.ceo/video/7126691884243750186



https://www.tiktok.com/@bangenergy.ceo/video/7126691419234012462



https://www.tiktok.com/@bangenergy.ceo/video/7123200471157853486



https://www.tiktok.com/@bangenergy.ceo/video/7123199485639068974



https://www.tiktok.com/@bangenergy.ceo/video/7123199086173654318



https://www.tiktok.com/@bangenergy.ceo/video/7123191080149110062



https://www.tiktok.com/@bangenergy.ceo/video/7120601618457824555



https://www.tiktok.com/@bangenergy.ceo/video/7120599796335004974



https://www.tiktok.com/@bangenergy.ceo/video/7117990221546900779



https://www.tiktok.com/@bangenergy.ceo/video/7117984163218787630



https://www.tiktok.com/@bangenergy.ceo/video/7117981290363751726



https://www.tiktok.com/@bangenergy.ceo/video/7115392909830032682



https://www.tiktok.com/@bangenergy.ceo/video/7112808488639745322



https://www.tiktok.com/@bangenergy.ceo/video/7112806157919538474



https://www.tiktok.com/@bangenergy.ceo/video/7112804884520521006



https://www.tiktok.com/@bangenergy.ceo/video/7112804212647480618



https://www.tiktok.com/@bangenergy.ceo/video/7111312308235767083



https://www.tiktok.com/@bangenergy.ceo/video/7111310582997110062



https://www.tiktok.com/@bangenergy.ceo/video/7108715733160398126



https://www.tiktok.com/@bangenergy.ceo/video/7108714683376405806



https://www.tiktok.com/@bangenergy.ceo/video/7108712839493209386



https://www.tiktok.com/@bangenergy.ceo/video/7108710715665632558



https://www.tiktok.com/@bangenergy.ceo/video/7106115866449988910



https://www.tiktok.com/@bangenergy.ceo/video/7106109568370953515



https://www.tiktok.com/@bangenergy.ceo/video/7106108701462826282



https://www.tiktok.com/@bangenergy.ceo/video/7106108192178064686



https://www.tiktok.com/@bangenergy.ceo/video/7103887968263228715



https://www.tiktok.com/@bangenergy.ceo/video/7103885657336139054



https://www.tiktok.com/@bangenergy.ceo/video/7102058565866704171



https://www.tiktok.com/@bangenergy.ceo/video/7102060658228792619



https://www.tiktok.com/@bangenergy.ceo/video/7100905195554655534



https://www.tiktok.com/@bangenergy.ceo/video/7100896652378098986



https://www.tiktok.com/@bangenergy.ceo/video/7100896234516319531



https://www.tiktok.com/@bangenergy.ceo/video/7098724084628032814



https://www.tiktok.com/@bangenergy.ceo/video/7098722758212717866



https://www.tiktok.com/@bangenergy.ceo/video/7098720006686444843



https://www.tiktok.com/@bangenergy.ceo/video/7098456659399429422



https://www.tiktok.com/@bangenergy.ceo/video/7095736818519526702



https://www.tiktok.com/@bangenergy.ceo/video/7095735559275957550



https://www.tiktok.com/@bangenergy.ceo/video/7095734814690594091



https://www.tiktok.com/@bangenergy.ceo/video/7093106747648429358



https://www.tiktok.com/@bangenergy.ceo/video/7093105394687495470



https://www.tiktok.com/@bangenergy.ceo/video/7093104826778701102



https://www.tiktok.com/@bangenergy.ceo/video/7090551635868437802



https://www.tiktok.com/@bangenergy.ceo/video/7091689883575586090



https://www.tiktok.com/@bangenergy.ceo/video/7090550355951586606



https://www.tiktok.com/@bangenergy.ceo/video/7090550052149759278



https://www.tiktok.com/@bangenergy.ceo/video/7089879517069675819



https://www.tiktok.com/@bangenergy.ceo/video/7089875723925589290



https://www.tiktok.com/@bangenergy.ceo/video/7089459296836275502



https://www.tiktok.com/@bangenergy.ceo/video/7089089563842415918



https://www.tiktok.com/@bangenergy.ceo/video/7087981223615679790



https://www.tiktok.com/@bangenergy.ceo/video/7085751594091826474



https://www.tiktok.com/@bangenergy.ceo/video/7085746184538705195



https://www.tiktok.com/@bangenergy.ceo/video/7085743264099224878



https://www.tiktok.com/@bangenergy.ceo/video/7085387259872054571



https://www.tiktok.com/@bangenergy.ceo/video/7084263870843456811



https://www.tiktok.com/@bangenergy.ceo/video/7082946398483811630



https://www.tiktok.com/@bangenergy.ceo/video/7076516607195024686



https://www.tiktok.com/@bangenergy.ceo/video/7072840831006182702



https://www.tiktok.com/@bangenergy.ceo/video/7070898622224715054



https://www.tiktok.com/@bangenergy.ceo/video/7067988012654775598



https://www.tiktok.com/@bangenergy.ceo/video/7065740637059992878



https://www.tiktok.com/@bangenergy.ceo/video/7064969334329838894



https://www.tiktok.com/@bangenergy.ceo/video/7063091730039688495



https://www.tiktok.com/@bangenergy.ceo/video/7057887289967660334



https://www.tiktok.com/@bangenergy.ceo/video/7057544419901230382



https://www.tiktok.com/@bangenergy.ceo/video/7056600414132784430



https://www.tiktok.com/@bangenergy.ceo/video/7055689186602454319



https://www.tiktok.com/@bangenergy.ceo/video/7054747038474489135



https://www.tiktok.com/@bangenergy.ceo/video/7052913185736936750



https://www.tiktok.com/@bangenergy.ceo/video/7050473096612056367



https://www.tiktok.com/@bangenergy.ceo/video/7049458415881702702



https://www.tiktok.com/@bangenergy.ceo/video/7048625064362888495



https://www.tiktok.com/@bangenergy.ceo/video/7048413953202015534



# EXHIBIT 3

- Twitter @BangEnergyCEO



**Jack Owoc**
@BangEnergyCEO

Inventor @BangEnergy CEO/CSO of VPX Redline Energy Drink. Author: Meltdown Anti-Diet & The ZI Diet

⊙ Weston, FL   ⊘ bevnet.com/news/2022/bevn...   ▥ Joined June 2009

**563** Following   **7,047** Followers

---

📌 **Pinned Tweet**



**Jack Owoc** @BangEnergyCEO · Jan 11   ···
"We know the future because we invented it!" Jack Owoc

💬 3      ⇄ 3      ♡ 10      ili 2,242      ⬆

---

**Jack Owoc** @BangEnergyCEO · Mar 5   ···
Everything works some of the time – nothing works all of the time. Choose your battles with the iron wisely!- Jack Owoc

💬 1      ⇄ 3      ♡ 5      ili 1,853      ⬆

---

**Jack Owoc** @BangEnergyCEO · Feb 26   ···
"The secret to long-term Body Remodeling is to do things differently and consciously avoid losing weight!" –Jack Owoc

💬      ⇄ 2      ♡ 7      ili 1,334      ⬆



**Jack Owoc** @BangEnergyCEO · Feb 22                    ···
"Make your declaration and goal very specific and highly individualized. If your declaration is not authentic, failure is inevitable. You do NOT have to be reasonable, but you do have to be real!" –Jack Owoc

💬        🔁 2        ♡ 5        ılıl 954        ⬆

**Jack Owoc** @BangEnergyCEO · Feb 19                    ···
"One of the biggest challenges we face today is that science is outpacing learning at an alarming rate." –Jack Owoc

💬 1      🔁 2        ♡ 3        ılıl 1,242        ⬆

**Jack Owoc** @BangEnergyCEO · Feb 15                    ···
"Science indicates that each time an individual 'bulks up' or gains excessive weight, it becomes increasingly more difficult to lose body fat and get lean." –Jack Owoc

💬 1      🔁 2        ♡ 2        ılıl 972        ⬆

**Jack Owoc** @BangEnergyCEO · Feb 12                    ···
"We thrive on being disruptive, divergent, and decisive, we are disciplined to do things differently!"-Jack Owoc

💬        🔁 1        ♡ 3        ılıl 701        ⬆

**Jack Owoc** @BangEnergyCEO · Feb 8                    ···
"You have to have a vision. A vision simply states your intent,aspiration, and purpose. It's what drives you toward your destination!"-Jack Owoc

💬        🔁        ♡ 3        ılıl 801        ⬆

**Jack Owoc** @BangEnergyCEO · Feb 8                    ···
Just posted a photo @ Miami, Florida instagram.com/p/CoaovxAPv27/...

💬        🔁        ♡        ılıl 389        ⬆



**Jack Owoc** @BangEnergyCEO · Feb 5

"Stop over-thinking things – The only wrong decision is indecision!"- Jack Owoc

💬          ⟲ 4          ♡ 6          ᐧᐧᐧ 1,056          ⬆

**Jack Owoc** @BangEnergyCEO · Jan 31

💥 NEW CAN, SAME BANG! 💥I #shorts #bangenergydrink #bangenergy #e... youtube.com/shorts/wxyPJ_r... via @YouTube

> youtube.com
> 💥 NEW CAN, SAME BANG! 💥I #shorts #bangenergydrink #bangen...

💬 1          ⟲          ♡ 4          ᐧᐧᐧ 504          ⬆

**Jack Owoc** @BangEnergyCEO · Jan 22

"True brilliance is not what you know, but what you can effectively communicate, teach, and pass on to others!"- Jack Owoc

💬          ⟲ 2          ♡ 8          ᐧᐧᐧ 858          ⬆

**Jack Owoc** @BangEnergyCEO · Jan 18

Just posted a photo @ Miami, Florida

> instagram.com
> Jack Owoc- Bang Energy (@bangenergy.ceo) • Instagram photo

💬          ⟲ 2          ♡ 4          ᐧᐧᐧ 556          ⬆

**Jack Owoc** @BangEnergyCEO · Jan 15
Just posted a photo @ Miami Beach, Florida



instagram.com
Jack Owoc- Bang Energy (@bangenergy.ceo) •
Instagram photo

💬          ⟲ 1          ♡ 5          ᵢₗᵢ 409          ⬆

**Jack Owoc** @BangEnergyCEO · Jan 15
"Take time to reflect on your blessings and continuously change your perspective!"- Jack Owoc

💬          ⟲ 2          ♡ 5          ᵢₗᵢ 614          ⬆

**Jack Owoc** @BangEnergyCEO · Jan 11
"We know the future because we invented it!"- Jack Owoc

💬 1          ⟲ 2          ♡ 6          ᵢₗᵢ 1,119          ⬆







**Jack Owoc** @BangEnergyCEO · Dec 7, 2022    •••

Just posted a photo @ Miami, Florida



instagram.com

Jack Owoc- Bang Energy (@bangenergy.ceo) •
Instagram photo

💬    ⟲ 1          ♡ 1          📊          ⬆️



**Jack Owoc** @BangEnergyCEO · Nov 27, 2022    •••

Just posted a photo @ Miami, Florida



instagram.com

Jack Owoc- Bang Energy (@bangenergy.ceo) •
Instagram photos and videos

💬 2          ⟲ 1          ♡ 3          📊          ⬆️



**Jack Owoc** @BangEnergyCEO · Nov 25, 2022 ···
Just posted a photo @ Miami, Florida



instagram.com
Jack Owoc- Bang Energy (@bangenergy.ceo) •
Instagram photos and videos

💬 1          ⇄ 1          ♡ 4          �III          ⬆



**Jack Owoc** @BangEnergyCEO · Nov 11, 2022 ···
🎖️ HAPPY VETERAN'S DAY

A HUGE "thank you" to all the military veterans out there.



**Jack Owoc** @BangEnergyCEO · Nov 8, 2022

MY SINCEREST THANKS TO YOU! 🙏

I just got my award for Innovator of the Decade — and I have all of you to thank! 👏

#innovatorofthedecade #bangenergy #energydrink #AchievementUnlocked #blessed



0:05   1,031 views

💬 2        🔁 5        ♥ 12        📊              ⬆️



**Jack Owoc** @BangEnergyCEO · Oct 18, 2022

Being divergent is about blazing your own path, and being decisive means not being afraid to make decisions.

💬 2   🔁 3   ♡ 15

**Jack Owoc** @BangEnergyCEO · Oct 4, 2022

Friends, sometimes you gotta fail in order to succeed big!

💬 13   🔁 10   ♡ 27



**Jack Owoc** @BangEnergyCEO · Sep 29, 2022

Our sincere heartfelt condolences go out to our fellow Floridians. We are praying for peace, comfort and restoration for all those that personally suffered and may also have friends and family who were adversely affected during this catastrophic disaster.

 **Jack Owoc** @BangEnergyCEO · Sep 27, 2022    ···

Being divergent is about blazing your own path, and being decisive means not being afraid to make decisions

💬 2          ⟲ 3          ♡ 16          ⬚          ⬆

 **Jack Owoc** @BangEnergyCEO · Sep 21, 2022    ···

Hold the vision. Drop the excuses. Remember your "Why."

💬          ⟲ 3          ♡ 11          ⬚          ⬆

 **Jack Owoc** @BangEnergyCEO · Sep 16, 2022    ···



local10.com

Bang Energy Drinks employees, volunteers help clean up Hobie Beac...

Volunteers and employees of Bang Energy drinks with buckets in hand helped pick up trash and other debris at Hobie Beach Island Park ...

💬          ⟲ 2          ♡ 4          ⬚          ⬆

**Jack Owoc** @BangEnergyCEO · Sep 11, 2022    ···

Today, on Patriot Day, let us all remember the heroism and sacrifice witnessed on Sept. 11, 2001. 💜

👫 Although it was a terrible day for our country, it was also a day of great unity and pride.

To all those who were at Ground Zero that day, we remember you.

💬 1          ↻ 1          ♡ 11          ᐧ�II          ⬆

**Jack Owoc** @BangEnergyCEO · Sep 1, 2022    ···

You can't be attached to the past and expect to succeed in the future!

💬 1          ↻ 2          ♡ 14          ᐧII          ⬆

↻ Jack Owoc Retweeted

**Bang Energy** @BANGenergy · Aug 5, 2022    ···

.@BangEnergyCEO I missed you on the bird app

💬 5          ↻ 3          ♡ 26          ᐧII          ⬆

↻ Jack Owoc Retweeted

**Bang Energy** @BANGenergy · Aug 3, 2022    ···

CONGRATS TO @MikeAppleB!! ENJOY YOUR FREE CASE💥😎

> 🔵 **Bang Energy** @BANGenergy · Jul 29, 2022
>
> THE MAN. THE MYTH. THE LEGEND. @BangEnergyCEO IS BACK.
>
> Follow @BangEnergyCEO and reply with a screenshot to show that you followed to enter yourself in to winning a case of your favorite Bang!!

💬 1          ↻ 2          ♡ 12          ᐧII          ⬆



**Jack Owoc** @BangEnergyCEO · Aug 1, 2022                    ···

GIVEAWAY WINNER ANNOUNCED WEDNESDAY💥😎

💬 2          🔁 7          ♡ 33          📊          ↥



**Jack Owoc** @BangEnergyCEO · Jul 29, 2022                    ···

Buckle up...I'M BACK😎

>  **Bang Energy** @BANGenergy · Jul 29, 2022
>
> THE MAN. THE MYTH. THE LEGEND. @BangEnergyCEO IS BACK.
>
> Follow @BangEnergyCEO and reply with a screenshot to show that you followed to enter yourself in to winning a case of your favorite Bang!!

💬 4          🔁 1          ♡ 21          📊          ↥



**Jack Owoc** @BangEnergyCEO · Nov 17, 2020                    ···

Bang Energy has terminated the distribution contract with PepsiCo effective immediately. Cognitive dissonance and fake news cannot alter reality.

> **Beverage Digest** @BeverageDigest · Nov 17, 2020
>
> Strange story breaking here. PepsiCo has years left on this deal so unlikely this wouldn't take effect right away. Data should show PepsiCo has expanded the brand as well. Developing...
>
> Bang Energy Terminates Distributor Partnership With PepsiCo
> globenewswire.com/news-release/2...