UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,　　　　　　　Case No.: 22-17842-PDR

　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　Debtors.　　　　　　　　　　　　　　　　　(Jointly Administered)
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

　　Defendants.
_____/

### DEFENDANTS' STATEMENT OF MATERIAL FACTS

Defendants, John H. Owoc aka Jack Owoc ("Mr. Owoc") and Megan E. Owoc ("Mrs. Owoc") (together, the "Owocs"), pursuant to the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 5] hereby file their statement of materials facts in connection with the *Response to Motion for Summary Judgment* (the "Response") [ECF No. 40].

　　1.　　Disputed that the allegations in this paragraph give rise to any ownership interest in the social media accounts that are the subject of this adversary proceeding.  J. Owoc Decl. ¶¶ 7–36; M. Owoc Decl. ¶¶ 5–28.[1]  Otherwise undisputed.

　　2.　　Disputed.  J. Owoc Decl. ¶¶ 7–36; M. Owoc Decl. ¶¶ 5–28.  Additionally: (a) the

---

[1]　　"J. Owoc. Decl." and "M. Owoc Decl." refer to the declarations of Mr. Owoc and Mrs. Owoc, respectively, that are being filed contemporaneously herewith.

{2467/000/00553634}

Owocs have not had an opportunity to take adequate discovery on these allegations, J. Owoc. Decl. ¶¶ 37–40 and M. Owoc Decl. ¶¶ 29–31; and the contents of the DiDonato declaration are inadmissible for the reasons set forth in § III of the Response.

3. Disputed. DiDonato Decl. Ex. C, p. 84, l. 22–p. 85, l. 1; p. 86, ll. 21–23; DiDonato Decl. Ex. D, p. 22, ll. 17–19; J. Owoc Decl. ¶¶ 11–26; M. Owoc Decl. ¶ 14–26.

4. Disputed. J. Owoc Decl. ¶¶ 11–26; M. Owoc Decl. ¶ 14–26. Additionally: (a) the Owocs have not had an opportunity to take adequate discovery on these allegations, J. Owoc. Decl. ¶¶ 37–40 and M. Owoc Decl. ¶¶ 29–31; and the contents of the DiDonato declaration are inadmissible for the reasons set forth in § III of the Response.

5. Disputed. The Owocs have never signed an employ contract or employee handbook, and have not had an opportunity to take adequate discovery on these allegations, J. Owoc. Decl. ¶¶ 10 and 37–40; M. Owoc Decl. ¶¶ 9 and 29–31.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Undisputed.

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Disputed that Mr. and Mrs. Owoc committed acts constituting cause for their termination. The Owocs have not had an opportunity to take adequate discovery on these allegations, J. Owoc. Decl. ¶¶ 37–40 and M. Owoc Decl. ¶¶ 29–31. Undisputed that Mr. and Mrs. Owoc were terminated by the Debtors and that Mr. DiDonato as a current officer of the Debtors.

14. Disputed that the allegations in this paragraph give rise to any ownership interest in the social media accounts that are the subject of this adversary proceeding. J. Owoc Decl. ¶¶ 7–36; M. Owoc Decl. ¶¶ 5–28. Otherwise undisputed.

15. Disputed that the allegations in this paragraph give rise to any ownership interest in the social media accounts that are the subject of this adversary proceeding. J. Owoc Decl. ¶¶ 7–36; M. Owoc Decl. ¶¶ 5–28. Otherwise undisputed.

16. Undisputed.

17. Undisputed that the TRO Stipulation (as such term is defined in ECF No. 22) was entered by the Court. Dispute that the Owocs agreed to the entry of the TRO Stipulation or that it prohibits the Owocs from commenting on posts, as the parties are elsewhere litigating. J. Owoc Decl. ¶ 41; M. Owoc Decl. ¶ 32; ECF Nos. 28 (emergency motion for contempt); 30 (notice of hearing) and 38 (supplemental memorandum of law filed by the Debtors). The Debtors incorporate by reference the hearing transcript of the April 12, 2023 hearing on this point, and their supplemental memorandum of law to be filed during the week of April 17, 2023.

18. Undisputed that the TRO Stipulation (as such term is defined in ECF No. 22) was entered by the Court. Dispute that the Owocs agreed to the entry of the TRO Stipulation or that it prohibits the Owocs from commenting on posts, as the parties are elsewhere litigating. J. Owoc Decl. ¶ 41; M. Owoc Decl. ¶ 32; ECF Nos. 28 (emergency motion for contempt); 30 (notice of hearing) and 38 (supplemental memorandum of law filed by the Debtors). The Debtors incorporate by reference the hearing transcript of the April 12, 2023 hearing on this point, and their supplemental memorandum of law to be filed during the week of April 17, 2023.

19. Disputed. The Owocs have not had an opportunity to take adequate discovery on these allegations, J. Owoc. Decl. ¶¶ 37–40 and M. Owoc Decl. ¶¶ 29–31.

## ADDITIONAL FACTS

20. Mr. Owoc has a public persona separate and apart from that of the Debtors. J. Owoc Decl. ¶¶ 1–5 and 7–8; M. Owoc Decl. ¶¶ 5–7.

21. The Owocs are not parties to an employment agreement or employee handbook with the Debtors. J. Owoc. Decl. ¶¶ 10 and 40(b); M. Owoc Decl. ¶¶ 9 and 31(b).

22. The three social media accounts at issue in this adversary proceeding—an Instagram and TikTok account each bearing the handle @bangenergy.ceo and a Twitter account bearing the handle @BangEnergyCEO (together, the "Accounts")—are personal accounts of the Owocs. J. Owoc Decl. ¶¶ 7–36; M. Owoc Decl. ¶¶ 5–28.

23. Mrs. Owoc personally created the Twitter and Instagram Accounts. J. Owoc Decl. ¶ 14; M. Owoc Decl. ¶ 14.

24. The Owocs have historically maintained exclusive control over the Accounts, with: (a) the Debtors never holding passwords for the Accounts, (b) the Debtors never requesting passwords for the Accounts prepetition; (c) the Debtors acknowledging the Accounts belonged to the Owocs prepetition; and (d) the Owocs maintaining full, complete and unilateral discretion as to the content posted on the Accounts prepetition. J. Owoc. Decl. ¶¶ 16–26; M. Owoc Decl. ¶¶ 16–26.

25. On February 22, 2023, VPX's intellectual property in-house legal counsel, Gideon Eckhouse, confirmed that the personal Accounts of the Owocs would not be part of a sale or transferred to a potential buyer. M. Owoc. Decl. ¶. 18.

26. The "BangEnergyCEO" handles of the Accounts were conceived of by the Owocs, and are a double entendre that refer to the individual Jack Owoc persona of an explosive, high-intensity, unstoppable leader. J. Owoc. Decl. ¶. 12–13; M. Owoc. Decl. ¶¶ 11–12.

27. The Owocs post individual content to the Accounts, including: (a) pictures and videos of themselves and their six (6) children at home, at church, on vacations, and on celebratory occasions such as holidays, birthdays, and the births of their children, (b) a video of Mrs. Owoc before the birth of her daughter; and (c) Mr. Owoc engaging in hobbies such as fishing or drumming. J. Owoc Decl. ¶ 29; M. Owoc Decl. ¶ 13.

28. The majority of content posted on the Accounts relates to the Owocs' individual lives and personas, and not the Debtors. J. Owoc Decl. ¶¶ 27–36; M. Owoc Decl. ¶¶ 13 and 28.

29. The Owocs have not had an adequate opportunity to take discovery in this adversary proceeding, which was filed on March 14, 2023. J. Owoc Decl. ¶¶ 37–40; M. Owoc Decl. ¶¶ 29–31.

30. The Owocs' prior counsel, Justin Luna, Esq., stipulated to the entry of the temporary restraining order in this adversary proceeding without the consent of the Owocs. J. Owoc Decl. ¶ 41; M. Owoc Decl. ¶ 32.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the Owocs respectfully request that the Court: (1) deny the Motion, (2) in the alternative, defer consideration of the Motion until such time as the Owocs have taken adequate discovery; and (3) grant such other relief as the Court deems appropriate

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on April 16, 2023.

        **SHRAIBERG PAGE P.A.**
        Attorneys for the Owocs
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law
        Email: pdorsey@slp.law

        By:   /s/ Bradley Shraiberg
             Bradley Shraiberg
             Fla Bar No. 121622
             Patrick Dorsey
             Fla. Bar No. 0085841