IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051 (PDR) |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 14, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on John Owoc, Megan Owoc, c/o Shraiberg Page, P.A., Attn: Patrick R. Dorsey, Bradley S. Shraiberg at 2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431, and via electronic mail on pdorsey@slp.law, bss@slp.law:

- **Debtors' Supplemental Memorandum in Support of their Emergency Motion for an Order Holding Defendants in Contempt of Court** (Docket No. 38)

Dated: April 17, 2023

      */s/ Serina Tran*
Serina Tran
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-493-7375
Email: TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).