UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,　　　　　　　　Case No.: 22-17842-PDR

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　Debtors.　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

　　Defendants.
_____/

**AGREED *EX PARTE* MOTION TO RESTRICT**
**DECLARATION FROM PUBLIC VIEW**

　　　　Defendants, John H. Owoc and Megan E. Owoc (the "Owocs"), pursuant to 11 U.S.C. § 105(a), respectfully request that the Court direct the Clerk to restrict a summary judgment declaration form public view. In support of this request the Owocs state:

　　　　1.　　On April 16, 2023, the Owocs filed the *Declaration of Megan E. Owoc in Support of Response to Motion for Summary Judgment* (the "Declaration"). ECF No. 42.

　　　　2.　　The Declaration attaches an email as an exhibit that Plaintiffs, Vital Pharmaceuticals, Inc. *et al.* (the "Debtors"), allege is privileged.

　　　　3.　　In light of these allegations, the Owocs respectfully request that the Court direct the Clerk to restrict the Declaration from public view, without prejudice to any arguments the parties

{2467/000/00553947}

may raise as to whether the email is in fact privileged. This process will preserve the status quo while the parties continue to discuss and adjudicate the privilege issue.

4. The Owocs aver that the Debtors consent to the relief requested herein, and are uploading a proposed order to the Court.

**WHEREFORE**, the Owocs respectfully request that the Court direct the Clerk to restrict the Declaration [ECF No. 42] from public view, without prejudice to any arguments the parties may raise regarding privilege.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on April 24, 2023.

        **SHRAIBERG PAGE P.A.**
        Attorneys for the Owocs
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law
        Email: pdorsey@slp.law

        By: /s/ Patrick Dorsey
            Bradley Shraiberg
            Fla Bar No. 121622
            Patrick Dorsey
            Fla. Bar No. 0085841