UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                    Case No.: 22-17842-PDR

                                                                                    Chapter 11
      Debtors.                                                        (Jointly Administered)
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

      Plaintiffs,

v.                                                                                 Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

      Defendants.
_____/

**DECLARATION OF JOHN. H. OWOC IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM UNAUTHORIZED STIPULATED TRO [ECF Nos 9 and 10]**

Pursuant to 28 U.S.C. § 1746, John H. Owoc aka Jack Owoc, hereby declares as follows under the penalty of perjury:

1.      I incorporate by reference the totality of my sworn declaration submitted in support of my Response to Debtors' Motion for Summary Judgment as though the same were set forth here in full.

2.      I submit this Declaration in support of my *Emergency Motion for Relief from Unauthorized Stipulated TRO [ECF Nos 9 and 10]*, being filed contemporaneously herewith.

---

[1]      The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

**A.     Justin Luna, Esq. had no Authority to Enter the March 16, 2023 Stipulation.**

1.     I did not authorize my former counsel in this adversary proceeding, Justin Luna, Esq., to enter into that March 16, 2023 stipulation for temporary restraining order [ECF No. 9], which the Court later confirmed into an Order [ECF No. 10].

2.     I did not authorize Luna to make any form of compromise in connection with the Adversary Complaint or the Debtors' Emergency Motion for TRO.   In fact, I specifically instructed Luna that he was not authorized to compromise the issues raised in the Debtors' Emergency Motion for TRO.

3.     Luna was not even authorized to enter an agreement according to which I would be prohibited from making postings to the Accounts.

4.     The only authority Luna had from me in connection with the Debtors' Emergency Motion for TRO was to seek a continuance.

5.     Prior to Luna stipulating to the TRO, Luna did not seek, nor receive, any authority from me to enter the Stipulation.  Prior to his entering the Stipulation, Luna did not notify me that he intended to enter any Stipulation, and Luna did not discuss or seek approval of the terms of the Stipulation he entered.

6.     I was never provided with a copy of the proposed stipulation prior to it being entered.

7.     Similarly, Luna did not communicate with me or seek my approval during the hearing itself.

8.     Because of the importance and value of my brand, *i.e.*, the Jack Owoc persona, I have closely protected and limited access to my social media Accounts, and have closely guarded the nature and content of postings that I make or allow to be made.  Accordingly, there

Signature: _John Owoc (Apr 24, 2023 14:20 EDT)_

Email: jackowoc.ceo@gmail.com

is no set of circumstances according to which I would ever have agreed to cede control of the nature and content of postings to my Accounts to the Debtors.

9.      Indeed, Luna did not even contact me **after** he unilaterally and without authority stipulated to the TRO to discuss or explain the nature of his agreement.  My wife and I discovered that the TRO had been entered based upon questioning from a reporter.

10.      On March 21, 2023, I sent an email to Luna questioning him about how and why he would enter a stipulation that he had no authority to enter.  A true and correct copy of the March 21, 2023 e-mail is attached hereto and incorporated herein by reference as **Ex. 1**.

11.      Luna effectively admitted that he did not have authority to enter the Stipulation, stating that "based on where the judge was headed, I did this to preserve the instant status quo. . . the reason for the temporary cease fire is way better than just posting on these accounts and keeping the white hat for the numerous battles we have remaining." *Id.*

*12.*      Almost immediately thereafter, Luna indicated that he would be withdrawing from representation to address personal matters.

13.      I have acted as expeditiously as possible to take steps to set aside or vacate the TRO that my former counsel entered without my authority.

14.      Exhibit 2 is a true and correct copy of an e-mail received by my former counsel from Wall Street Journal bankruptcy reporter, Jonathan Randles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: _Apr 24, 2023_

John Owoc
_____

John H. Owoc

_____

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on 25th day of April 2023.

Respectfully Submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for Owocs
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

By:   /s/ *Bradley S. Shraiberg*
       Bradley S. Shraiberg
       Florida Bar No. 121622

# EXHIBIT 1

Redacted -- Attorney Client Privilege / Attorney Work Product Protected

Redacted -- Attorney Client Privilege / Attorney Work Product Protected

**From:** Justin Luna <jluna@lathamluna.com>
**Date:** March 22, 2023 at 8:59:58 AM EDT
**To:** Jack Owoc <jackowoc.ceo@gmail.com>
**Cc:** Carl Schoeppl <carl@schoeppllaw.com>
**Subject: RE: Claim No. 1366289 (Marc J. Kesten v. Vital Pharmaceuticals, Inc. d/b/a Bang Energy and John H. Owoc) CSK File: 3131.0549-00**

Jack, I disagree with this characterization.  We had a hearing with the Court on a preliminary basis on this and based on where the judge was headed, I did this to preserve the instant status quo.  I can't stop you from posting at this point but did point out the reason for the temporary cease fire is way better than just posting on these accounts and keeping the white hat for the numerous battles we have remaining.

Justin M. Luna, Esq.
*Board Certified Business Bankruptcy Specialist*

 LATHAM, LUNA, EDEN & BEAUDINE, LLP

201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 Direct
jluna@lathamluna.com
www.lathamluna.com
Twitter : @orlbankruptcy



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL.  IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE.  THANK YOU.

---

**From:** Jack Owoc <jackowoc.ceo@gmail.com>
**Sent:** Tuesday, March 21, 2023 4:42 PM
**To:** Justin Luna <jluna@lathamluna.com>
**Cc:** Carl Schoeppl <carl@schoeppllaw.com>
**Subject:** Re: Claim No. 1366289 (Marc J. Kesten v. Vital Pharmaceuticals, Inc. d/b/a Bang Energy and John H. Owoc) CSK File: 3131.0549-00

Why did you stipulate to a TRO when you and I agreed explicitly that I would NOT agree to stop posting on my social media accounts or modify me speech etc.?

Sent from my iPhone

Redacted -- Attorney Client Privilege / Attorney Work Product Protected

Redacted -- Attorney Client Privilege / Attorney Work Product Protected

# EXHIBIT 2

**From:** Randles, Jonathan <Jonathan.Randles@wsj.com>
**Date:** Thursday, March 16, 2023 at 10:28 AM
**To:** Justin Luna <jluna@lathamluna.com>, bknotice1 <bknotice1@lathamluna.com>
**Subject:** WSJ writing about Bang advisors suit over ex-CEO's IG, TikTok

Hi Justin,


I'm a bankruptcy reporter at The Wall Street Journal and I'm reaching out to flag that I'm working on a story about the lawsuit  Vital Pharmaceuticals advisors filed that is seeking to take control of the various BangEnergyCEO accounts on Twitter, TikTok and IG from Jack Owock and Meg Liz Owoc.


Obviously, this is an unusual situation and one I haven't come across before. Seeking a ruling that an ex-CEO social media accounts are property of the debtor's estates is interesting and, I'm sure, of high interest to our readers.


I'm checking to see if either of you, or either of the Owoc's are around to discuss this with me or provide comment. I'm reaching out to you because I saw you registered a notice of appearance on Jack Owoc's behalf. If I should be reaching out to other people, please let me know.


Thanks,