UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842-PDR<br>(Jointly Administered) |
|     Debtors.[1] | |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
|     Plaintiffs, | |
| | Adv. Pro. No. 23-01051-PDR |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | |
|     Defendants. | |
| _____/ | |

## EXHIBIT REGISTER

**Exhibits Submitted on behalf of**

[ X ] Plaintiffs/Debtors    [ ] Defendants    [ ] Others

**Date of Hearing/Trial**: Tuesday, April 25, 2023 at 1:30 p.m.
**Type of Hearing/Trial**: Hearing on Plaintiffs' Motion for Summary Judgment

**SUBMITTED BY:**

| | |
|---|---|
| Andrew D. Sorkin, Esq.<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Ste 1000<br>Tel. (202) 637-2200<br>Washington, D.C. 20004-1304<br>andrew.sorkin@lw.com | Jordi Guso, Esq.<br>BERGER SINGERMAN LLP<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL 33131<br>Tel. (305) 755-9500<br>jguso@bergersingerman.com |

---

[1] The "Debtors" include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

| Exhibit No. | Description | Objection(s)[1] | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| 1. | *Declaration of John C. DiDonato in Support of Plaintiffs' Motion for Summary Judgment and Incorporated Memorandum of Law* [Adv. Pro ECF No. 21] | | | | |
| 2. | @bangenergy.ceo Account Profile [Adv. Pro. ECF No. 21-1] | | | | |
| 3. | @bangenergy.ceo Account Information [Adv. Pro ECF No. 21-2] | | | | |
| 4. | Excerpt of Transcript of May 24, 2022 Jack Owoc Deposition, *Sony Music Ent. v. Vital Pharma., Inc.*, No. 21-22825 (S.D. Fla. May 24, 2022) [Adv. Pro ECF No. 21-3] | | | | |
| 5. | Excerpt of Transcript of July 1, 2022 Meg Liz Owoc Deposition, *Sony Music Ent. v. Vital Pharma., Inc.*, No. 21-22825 (S.D. Fla.) [Adv. Pro ECF No. 21-4] | | | | |
| 6. | Jack Owoc LinkedIn Page [Adv. Pro ECF No. 21-5] | | | | |
| 7. | Meg Liz Owoc LinkedIn Page [Adv. Pro ECF No. 21-] | | | | |
| 8. | Letter from Jordi Guso to Jack Owoc (Mar. 9, 2023) [Adv. Pro ECF No. 21-7] | | | | |
| 9. | Letter from Jordi Guso to Meg Liz Owoc (Mar. 9, 2023) [Adv. Pro ECF No. 21-8] | | | | |
| 10. | Letter from Jordi Guso to Justin Luna (Mar. 10, 2023) [Adv. Pro ECF No. 21-9] | | | | |
| 11. | Excerpt of Vital Pharmaceuticals, Inc., d/b/a Bang Energy Employee Handbook [Adv. Pro ECF No. 21-10] | | | | |

[1] The Debtors reserve the right to object to the admissibility of any exhibit at the April 25, 2023 hearing.

12100161-1

| Exhibit No. | Description | Objection(s)[1] | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| 12. | Email from Jack Owoc (Mar. 10, 2023) [Adv. Pro ECF No. 21-11] | | | | |
| 13. | *Declaration of John H. Owoc in Support of Response to Motion for Summary Judgment* [Adv. Pro ECF No. 41] | Debtors' Objections:<br>• ¶ 7 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § A.I.[2]<br>• ¶ 8 – Lacks foundation; calls for speculation. *See* Pls.' Evid. Obj. § A.II.<br>• ¶ 9 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § A.III.<br>• ¶ 10 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § A.IV.<br>• ¶ 11 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § A.V.<br>• ¶ 12 – Calls for legal conclusion. *See* Pls.' Evid. Obj. | | | |

---

[2] "Pls.' Evid. Obj." means *Plaintiffs' Objections to Evidence Offered by Defendants in Support of Their Response to Motion for Summary Judgment* [Adv. Pro. ECF No. 51].

| Exhibit No. | Description | Objection(s)[1] | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| | | § A.VI.<br>• ¶ 16 – Lacks foundation; hearsay. *See* Pls.' Evid. Obj. § A.VII.<br>• ¶ 18 – Lacks foundation; hearsay. *See* Pls.' Evid. Obj. § A.VIII.<br>• ¶ 35 – Lacks foundation; calls for legal conclusion. *See* Pls.' Evid. Obj. § A.IX.<br>• ¶ 36 – Lacks foundation; calls for legal conclusion. *See* Pls.' Evid. Obj. § A.IX. | | | |
| 14. | @bangenergy.ceo Instagram Account Selected Posts [Adv. Pro. ECF No. 41, Ex. 1] | | | | |
| 15. | @bangenergy.ceo TikTok Account Selected Posts [Adv. Pro. ECF No. 41, Ex. 2] | | | | |
| 16. | @BangEnergyCEO Twitter Account Selected Tweets [Adv. Pro. ECF No. 41, Ex. 3] | | | | |
| 17. | *Declaration of Megan E. Owoc in Support of Response to* | Debtors' Objections: | | | |

| Exhibit No. | Description | Objection(s)[1] | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| | *Motion for Summary Judgment* [Adv. Pro. ECF No. 42] | • ¶ 6 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § B.I.<br>• ¶ 7 – Lacks foundation; calls for speculation. *See* Pls.' Evid. Obj. § B.II.<br>• ¶ 8 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § B.III.<br>• ¶ 9 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § B.IV.<br>• ¶ 10 – Calls for legal conclusion. *See* Pls.' Evid. Obj. § B.V.<br>• ¶ 16 – Lacks foundation; hearsay. *See* Pls.' Evid. Obj. § B.VI.<br>• ¶ 18 – Lacks foundation; hearsay. *See* Pls.' | | | |

| Exhibit No. | Description | Objection(s)[1] | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| | | Evid. Obj. § B.VIII. | | | |
| 18. | Email from Gideon Eckhouse to Meg Liz Owoc [Adv. Pro. ECF No. 42, Ex. 1] | Debtors' Objections: <br> • Hearsay; attorney-client privileged. *See* Pls' Evid. Ob. § B.VIII. | | | |

6