


**ORDERED in the Southern District of Florida on April 25, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*, Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

Debtors.
_______________________________________/

VITAL PHARMACEUTICALS, INC., *et al.*,

Plaintiffs,

v. Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

Defendants.
_______________________________________/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO RESTRICT DECLARATION FROM PUBLIC VIEW**

**THIS MATTER** came before the Court without hearing, upon the *Agreed Ex Parte Motion to Restrict Unredacted Response Brief from Public View* (the "Motion"), filed by Defendants, John H. Owoc and Megan E. Owoc (the "Owocs"). ECF No.53. With the Court having reviewed the

Motion and being otherwise advised in the premises, and upon the agreement of the Owocs and Plaintiffs, Vital Pharmaceuticals, Inc., *et al.* (the "Debtors"), it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 53] is **GRANTED**.

2. The Clerk of Court shall restrict the *Declaration of Megan E. Owoc in Support of Response to Motion for Summary Judgment* (the "Declaration") [ECF No. 42] from public view pending further Order of the Court.

3. The entry of this Order is without prejudice as to any arguments the Debtors or Owocs may make regarding whether the email attached to the Declaration is privileged.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.