

**ORDERED in the Southern District of Florida on April 26, 2023.**



          **Peter D. Russin, Judge**
        **United States Bankruptcy Court**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

Vital Pharmaceuticals, Inc.

    Debtor(s)
_____/

Vital Pharmaceuticals, Inc., et. al.
    Plaintiff(s)

V

John H. Owoc, et. al.
    Defendant(s)
_____/

Case No. 22-17842-PDR

Chapter 11

Adv. No. 23-01051-PDR

### ORDER SETTING STATUS CONFERENCE

This matter came before the Court upon Defendant's Emergency Motion for Relief from Unauthorized Stipulated TRO (Adv. Doc. 55), Plaintiff's Stipulation Regarding Debtors' Motion for Temporary Restraining Order (Adv. Doc. 9) and The Court's Order Approving Stipulation Regarding Debtors Motion For Temporary Restraining Order (Adv. Doc. 10).

The Court hereby **ORDERS**:

1. The Court will conduct a status conference on **May 1, 2023, at 2:00 P.M.**

2. The status conference will be **non-evidentiary** and conducted via Video Conference by Zoom for Government only.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

# # #

Copies To:
All parties in interest.