UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

**In re:**

**Vital Pharmaceutical,**　　　　　　　　　　　　　　Case No. 23-01051-PDR
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　**Debtor.**
_____/

**Vital Pharmaceuticals, Inc., et al.,**
　　　　　　　　　　　　　　　　　　　　　　　　　Adv. No. 23-01051-PDR
　　　**Plaintiffs,**
v.

**John H. Owoc, et al.,**

　　　**Defendants.**
_____/

## NOTICE OF APPEAL

### Part 1: Identify the appellant(s)

1. Name of appellant(s):  **JOHN H. OWOC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☒ Defendant | ☐ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☐ Other (describe) _____ |

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR CONTEMPT, DE 61**

2. State the date on which the judgment, order, or decree was entered: **April 25, 2023**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Debtors (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.**

    Attorneys:  **Jordi Guso**
    **Florida Bar No. 863580**
    **Michael J. Niles**
    **Florida Bar No. 107203**
    **BERGER SINGERMAN LLP**
    **1450 Brickell Avenue, Suite 1900**
    **Miami, FL 33131**
    **Telephone: (305) 755-9500**
    **Email: jguso@bergersingerman.com**
    **Email: mniles@bergersingerman.com**

    **George A. Davis (admitted** *pro hac vice*)
    **Hugh K. Murtagh (admitted** *pro hac vice*)
    **Brian S. Rosen (admitted** *pro hac vice*)
    **Jonathan J. Weichselbaum (admitted** *pro hac vice*)
    **LATHAM & WATKINS LLP**
    **1271 Avenue of the Americas**
    **New York, NY 10020**
    **Telephone: (212) 906-1200**
            - and -
    **Andrew D. Sorkin (admitted** *pro hac vice*)
    **LATHAM & WATKINS LLP**
    **555 Eleventh Street, NW, Suite 1000**
    **Washington, D.C. 2004**
    **Telephone: (202) 637-2200**
            - and -
    **Whit Morley (admitted** *pro hac vice*)
    **LATHAM & WATKINS LLP**
    **330 North Wabash Avenue, Suite 2800**
    **Chicago, IL 60611**
    **Telephone: (312) 876-7700**

    2.    Party: **DEFENDANTS JOHN H. OWOC; MEGAN E. OWOC**

    Attorneys:    **Bradley Shraiberg**
**Fla Bar No. 121622**
**SHRAIBERG PAGE P.A.**
**2385 NW Executive Center Drive, Suite 300**
**Boca Raton, Florida 33431**
**Telephone: 561-443-0800**
Email: bss@slp.law

**Part 4: Not Applicable**

**Part 5: Sign Below**

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on May 9, 2023.

**/s/ Bradley Shraiberg**                  Date: **May 9, 2023**
Signature of attorney for appellant
**Bradley Shraiberg**
**Fla Bar No. 121622**
**SHRAIBERG PAGE P.A.**
**2385 NW Executive Center Drive, Suite 300**
**Boca Raton, Florida 33431**
**Telephone: 561-443-0800**
Email: **bss@slp.law**
**Counsel for the Owocs**