

**ORDERED in the Southern District of Florida on May 10, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | Adv. Pro. No. 23-01051 (PDR) |
| Defendants. | |
| _____/ | |

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12119507-3

**ORDER HOLDING DEFENDANT, JOHN H. OWOC, IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR CONTEMPT [ECF NO. 61]**

**THIS MATTER** came before the Court on May 1, 2023, at 2:00 p.m. in Fort Lauderdale, Florida, upon the status conference in the above-captioned adversary proceeding. The Court, having considered the Court file and arguments of counsel, having been advised by Plaintiffs that Defendant John H. Owoc ("Mr. Owoc") failed to comply with paragraph 4 of this Court's *Order Granting Plaintiffs' Emergency Motion for Contempt* [ECF No. 61] dated April 25, 2023 (the "Contempt Order"), and being duly advised in the premises and for the reasons stated on the record, it is

**ORDERED** that:

1. Mr. Owoc is found to be in contempt of Court for failure to comply with paragraph 4 of the Contempt Order for the reasons stated on the record.

2. The imposition of sanctions against Mr. Owoc for his failure to comply with paragraph 4 of the Contempt Order, including, but not limited to, Plaintiffs' attorneys' fees and costs, will be determined upon motion filed by Plaintiffs and further order of the Court.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

12119507-3

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*