

**ORDERED in the Southern District of Florida on May 10, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*., | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051 (PDR) |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |
| _____/ | |

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

# ORDER DENYING EMERGENCY MOTION FOR RELIEF FROM UNAUTHORIZED STIPULATION AND EXTENDING TEMPORARY RESTRAINING ORDER

**THIS MATTER** came before the Court on May 1, 2023, at 2:00 p.m. in Fort Lauderdale, Florida, upon the status conference in the above-captioned adversary proceeding. The Court, having considered the Court file, having considered Plaintiffs' request to extend the temporary restraining order against Defendants, John H. Owoc and Megan E. Owoc (collectively, "Defendants"), and being duly advised in the premises and for the reasons stated on the record, it is

**ORDERED** that:

1. *Owocs' Emergency Motion for Relief from Unauthorized Stipulation TRO [ECF Nos 9 and 10]* [ECF No. 55] is denied for the reasons stated on the record.

2. The temporary restraining order ("TRO") entered pursuant to the Court's *Order Approving Stipulation Regarding Debtors' Motion for Temporary Restraining Order* [ECF No. 10] dated March 16, 2023, is extended for a period of twenty-eight (28) days, through May 29, 2023, and in addition to the conditions imposed in the TRO, Plaintiffs are prohibited from posting content to the CEO Accounts[2] for twenty-eight (28) days, through May 29, 2023.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

---

[2] The CEO Accounts are defined, collectively, as the (i) Instagram and TikTok accounts bearing the handle "@bangenergy.ceo," (ii) Twitter account bearing the handle "@BangEnergyCEO."

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*