UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,   Case No.: 22-17842-PDR

    Debtors.

Chapter 11
(Jointly Administered)

_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.                                        Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.

_____/

**AGREED *EX PARTE* MOTION TO EXTEND DEADLINE TO
PROVIDE DEBTORS WITH ACCESS TO SOCIAL MEDIA ACCOUNTS**

Defendants, John H. Owoc and Megan E. Owoc (the "Owocs"), pursuant to Fed. R. Bankr. P. 9006(b), respectfully request that the Court extend the deadline to provide Vital Pharmaceuticals, Inc. *et al.* (the "Debtors") with full access to certain social media accounts. In support of this request the Owocs state:

    1.    This adversary proceeding concerns an Instagram and TikTok account each bearing the handle @bangenergy.ceo, and a Twitter account bearing the handle @BangEnergyCEO (each an "Account" and together, the "Accounts").

    2.    During hearings on May 11, 2023, the Court directed the Owocs to provide the Debtors with full access to the Accounts on or before 5:00 P.M. on May 12, 2023, pursuant to a temporary restraining order.

{2467/000/00555546}

3. The Debtors and Megan Owoc participated in an approximately forty-minute telephone call on May 12, 2023, in a good faith effort to comply with the Court's ruling. However, the parties were unable to change the email or phone number associated with the Twitter account or recover the password for the TikTok account to enable the Debtors to access the account and post the "Corrective Statement." The parties therefore agreed to adjourn the call and reconvene it shortly.

4. In light of this dynamic, the Owocs respectfully request that the Court extend the deadline to May 16, 2023. (John H. Owoc is being examined under Fed. R. Bankr. P. 2004 on Monday May 15, 2023.)

[Remainder of Page Intentionally Left Blank]

{2467/000/00555546}

5. The Owocs aver that the Debtors consent to the relief requested herein, and are uploading a proposed order to the Court.

**WHEREFORE**, the Owocs respectfully request that the Court extend the deadline to provide the Debtors access to the Accounts through May 16, 2023.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on May 12, 2023.

                                        **SHRAIBERG PAGE P.A.**
                                        Attorneys for the Owocs
                                        2385 NW Executive Center Drive, Suite 300
                                        Boca Raton, Florida 33431
                                        Telephone: 561-443-0800
                                        Facsimile: 561-998-0047
                                        Email: bss@slp.law

                                        By:   /s/ Bradley Shraiberg
                                                   Bradley Shraiberg
                                                   Fla Bar No. 121622

{2467/000/00555546}