UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |

_____/

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | Adv. Pro. No. 23-01051 (PDR) |
| Defendants. | |

_____/

**DECLARATION OF JOHN C. DIDONATO IN SUPPORT OF
DEBTORS' MOTION FOR PRELIMINARY INJUNCTION**

Under 28 U.S.C. § 1746, John C. DiDonato hereby declares as follows under the penalty

of perjury:

1.     I am the Chief Transformation Officer ("CTO") of Vital Pharmaceuticals, Inc.

("VPX") and the other debtors and debtors in possession (together with VPX, the "Company" or

the "Debtors") in the above-captioned cases (collectively, the "Chapter 11 Cases").  I also recently

was appointed as the Company's Interim Chief Executive Officer while retaining my role as the

---

[1]  The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property
Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC;
and (vii) Vital Pharmaceuticals International Sales, Inc.  The address of the Debtors is 1600 N. Park Drive, Weston,
FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals,
Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO
Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and
(vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Company's Chief Transformation Officer.  As such, I am familiar with the Debtors' day-to-day operations, businesses, and financial affairs.

2.      In addition to my current role with the Debtors, I am a Managing Director of Huron Consulting Services LLC ("Huron") and Huron's Business Advisory Capability Leader.  Huron is an operationally focused consulting firm that specializes in, among other things, bankruptcy, interim management, financial, operational, transformation consulting to financially distressed businesses.  I have more than 35 years of experience counseling distressed companies through operational turnarounds, capital raising, merger integrations, financial consulting, restructuring, serving underperforming companies both in chapter 11 and in-out-of-court situations.  I have served more than 100 debtors, functioning for many as a chief restructuring strategist.  My expertise encompasses a wide range of industries, including consumer products, logistics and distribution, automotive, aerospace, engineering, construction, metals, equipment leasing, retail among many others.

3.      Except as otherwise specified herein, all the facts set forth in this declaration (the "Declaration") are based upon my personal knowledge, my discussions with members of the Debtors' management, the Chief Transformation Officer's teams, the Debtors' other advisors, my review of relevant documents and information concerning the Debtors' operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge.  If called as a witness, I could and would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Debtors.

4.      I submit this Declaration in support of the relief requested in the *Debtors' Motion for Preliminary Injunction and Incorporated Memorandum of Law* (the "Motion").[2]

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

12142913-1

## THE SOCIAL MEDIA ACCOUNTS

5.      As stated in my First Day Declaration, since as early as 2010, the Company has utilized social media to deploy an intensive marketing strategy to promote its brand in the energy drink industry.   The Company has over 4 million followers across its various social media accounts.  These social media accounts were created and operated by the Company's marketing department, as is the content thereon, and the social media marketing efforts are an integral part of the Company's promotional efforts.

6.      In particular, the Company's Instagram and TikTok accounts bearing the handle @bangenergy.ceo (respectively, the "CEO Instagram Account" and the "CEO TikTok Account"), and the Twitter account bearing the handle @BangEnergyCEO (the "CEO Twitter Account" and together, with the CEO Instagram Account and the CEO TikTok Account, the "CEO Accounts") are among the accounts that are important to the Debtors' marketing efforts.  The CEO Instagram Account is a verified account created in April 2012 with over 1 million followers and more than 6,400 posts, a vast majority of which promote the Debtors' products and business.  Screenshots of the CEO Instagram Account profile and information are attached hereto as **Exhibits A** and **B**.  The CEO Instagram Account is also displayed prominently on the can label for the Debtors' signature product, Bang energy drink:

12142913-1



7. Similarly, the CEO TikTok Account, first posted to in December 2019, has over 850,000 followers and the CEO Twitter Account, created in June 2009, has over 7,000, with each including content primarily focused on promoting the Debtors' products and business. Indeed, the vast majority of posts to the CEO Accounts prominently feature Company products and merchandise. For example, in most, if not all of Mr. Owoc's and his family's activities during posts to the CEO Accounts, Mr. Owoc and his family are wearing Bang apparel, drinking a Bang or other beverage of the Company, or otherwise promoting a VPX Product. Even if the remaining minority of posts do not have explicit promotional bent, they nevertheless focus on topics that are

12142913-1

plainly relevant to Bang's brand—weightlifting, fitness, or diet—that are plainly relevant and targeted to Bang's target consumers, consumers of energy drinks with no sugar, carbohydrates, or calories.  Moreover, content is frequently cross-posted across the Company's social media accounts, including the CEO Accounts.  Frequently, all three CEO Accounts link to other Company media, including the Company's website, the Company's social media accounts, and feeds (hashtags) tagging the Company's products.  Content posted to the CEO Accounts, as with all the Company's social media, was created by employees of the Company's marketing department.  In fact, during depositions in an unrelated matter, Jack Owoc and Meg Liz Owoc testified that the accounts were created and primarily operated by the Company.  True and correct copies of the relevant excerpts of those deposition transcripts are attached hereto as **Exhibits C** and **D**.    Further, the CEO Accounts include links to the Company's website, www.bangenergy.com, for the express purpose of promoting the sale of the Company's products.

8.    Jack Owoc founded the Company in 1993 and served as the Company's Chief Executive Officer and Chief Science Officer until recently.  *See* J. Owoc LinkedIn page, attached hereto as **Exhibit E**.  Meg Liz Owoc was employed with the Company's marketing department from 2010 until recently, most recently serving as Senior Vice President of Marketing.  *See* M. Owoc LinkedIn page, attached hereto as **Exhibit F**.  Historically, access to the CEO Accounts have been maintained by a limited number of individuals, including Jack Owoc, Meg Liz Owoc, and at least one other Company employee.  On March 9, 2023, the Debtors' boards of directors and/or managers, as applicable (collectively, the "Board") removed Mr. Owoc from his positions as Chief Executive Officer and Chief Science Officer, and removed Mr. Owoc from the Board for cause.  The Board also terminated Mrs. Owoc from her position with the Company as Senior Vice President of Marketing.

9.     The Company promptly notified Mr. and Mrs. Owoc and their individual counsel of the Board's decision.  A true and correct copy of the termination notice provided to Mr. Owoc is attached hereto as **Exhibit G**.  A true and correct copy of the termination notice provided to Mrs. Owoc is attached hereto as **Exhibit H**.  In connection with those notices, the Company directed Mr. and Mrs. Owoc to immediately return all Company property, including, among other items, any access codes or devices, mobile phones, computers, and any other property and information.[3]

10.     Upon termination of Defendants, the Debtors were able to secure most of the Debtors' social media accounts.  However, the Debtors have been unable to obtain access to the CEO Accounts.  It is my understanding, based on information and belief, that Defendants instructed a certain Company employee who had login credentials to the Company's social media accounts, including those needed to access and control the CEO Accounts, to refuse to disclose those login credentials to others at the Company or its advisors.

11.     On March 10, 2023, the Company sent a letter to counsel for Mr. and Mrs. Owoc reiterating the need that they promptly return all Company property and demanding that they reveal the login credentials to the CEO Instagram Account.  A true and correct copy of the March 10, 2023 letter is attached hereto as **Exhibit I**.  Mr. Owoc has also been reminded that he is obligated to return all Company property pursuant to the Company's employee handbook.  A true and correct copy of the relevant excerpts of the Company's employee handbook is attached hereto as **Exhibit J**.  To date, Mr. and Mrs. Owoc have refused to turn over the login credentials to the CEO Accounts.

---

[3]     The Company continues to assess the extent to which Mr. Owoc or Mrs. Owoc may be in possession of Company property and reserves the right to amend this complaint and/or take additional appropriate action with regard to any additional Company property that Mr. Owoc or Mrs. Owoc have retained and refused to return.

12142913-1

12. On March 14, 2023, the Debtors filed an adversary complaint seeking an order requiring that the Defendants turn over access to the CEO Accounts. *See* Adv. Proc. Dkt. No. 1. Contemporaneously therewith, the Debtors filed a *Motion for Temporary Restraining Order*. Adv. Proc. Dkt. No. 2. On March 16, 2023, the Debtors and Defendants entered into a stipulation that Defendants would not post or otherwise edit any content on the CEO Accounts, other than content specifically requested to be posted by the Debtors, and that Defendants would submit to the Court the login credentials for the CEO Accounts by 5:00 p.m. on March 16, 2023. Though Defendants failed to do so by the agreed-upon deadline, it is the Debtors' understanding that Defendants submitted certain of the login credentials to the Court on March 23, 2023.

## THE HARM IMPOSED ON THE DEBTORS ABSENT RETENTION OF THE CEO ACCOUNTS

13. The Debtors are at a critical juncture in the Chapter 11 Cases in which they are seeking to solicit qualified, binding bids, and consummate a sale before the DIP Maturity Date. Thus, it is imperative that the Debtors secure all their assets as well as continue their normal operations, including marketing efforts, at this time. Any concerns of bidders associated with the Debtors' lack of control of their assets or their ability to continue their normal business operations, including their marketing efforts, could result in substantially lower bids for the Debtors' assets or the decision not to bid for the assets at all.

14. Moreover, I have concern that if control over the CEO Accounts reverts to Mr. and Mrs. Owoc, then they might post content that is intended to harm or is otherwise harmful to the Debtors and their businesses. Indeed, after requesting that Mr. Owoc make posts on the CEO Accounts in accordance with the stipulation entered to resolve the Debtors *Motion for Temporary Injunction*, Mr. Owoc posted *multiple* comments containing untrue statements that were harmful

to the Company.  I have concern that if control of the CEO Accounts reverts to Mr. and Mr. Owoc, then they will engage in the same practice as before and post harmful content to the CEO Accounts.

### CONCLUSION

15.     Based on the foregoing, it is my belief that Debtor control of the CEO Accounts (and any other accounts to which Mr. and Mrs. Owoc have access, to the extent any others exist) is imperative.  An order to retain control of the CEO Accounts will be value maximizing to the benefit the Debtors and their stakeholders.

Dated: May 12, 2023

/s/ *John C. DiDonato*
John C. DiDonato
Chief Transformation Officer and Interim Chief
Executive Officer

12142913-1

**EXHIBIT A**

bangenergy.ceo

‹



### bangenergy.ceo

Follow    **Message**    +👤    • • •

**6,470** posts    **1M** followers    **3,744** following

**Jack Owoc- Bang Energy**
Entrepreneur
Bang Energy Founder/Redline, Meltdown, Vooz Inventor
📗 Author Bang Anti-Diet Book/App
🌐 World's **#1** #Supplement Innovator backed by 30 University Studies
**sked.link/bangenergy.ceo**

     

⊞ **POSTS**    ▷ **REELS**    👤 **TAGGED**







TRAINING TO
FAILURE

    

bangenergy.ceo

 **Jack Owoc**
@BangEnergyCEO

Everything works some of the time –
nothing works all of the time. Choose your
battles with the iron wisely!- Jack Owoc





A CHIMP STRIKES BACK AFTER
TOURIST THROWS A WATER
BOTTLE INSIDE ITS ENCLOUSER.



MORE RESEARCH
ON OPTIMAL
NUMBER OF SETS
PER WORKOUT
-WITH CEO JACK OWOC



3 WAYS
TO OPTIMIZE
YOUR GAINS
IN THE
GYM!

JACK OWOC @BANGENERGY.CEO



 **Jack Owoc**
@BangEnergyCEO

"The secret to long-term Body
Remodeling is to do things differently and
consciously avoid losing weight!" –Jack
Owoc





WHAT DO YOU
THINK ABOUT A.I?

     

bangenergy.ceo





**Jack Owoc**
**@BangEnergyCEO**

"Make your declaration and goal very specific and highly individualized. If your declaration is not authentic, failure is inevitable. You do NOT have to be reasonable, but you do have to be real!" – Jack Owoc
















**EXHIBIT B**



bangenergy.ceo
Follow
Message
3,744 following
own, Vooz Inventor
r backed by 30 University Studies
QUOTES
PRESENTATIO...
FISHING
TAGGED
bangenergy.ceo
To help keep our community authentic, we're showing information about accounts on Instagram. See why this information is important.
Date joined
April 2012
Account based in
United States
Former usernames 1
Accounts with shared followers 1
Verified
March 2019
A verified badge now means an account has been verified with a valid ID and may not be well known. Meta Verified is a subscription that offers enhanced verification, proactive account protection, direct customer support and more. Learn more
Join the waitlist for Meta Verified
Close

**EXHIBIT C**

## Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3  SONY MUSIC ENTERTAINMENT;
    SONY MUSIC ENTERTAINMENT US
 4  LATIN LLC; ZOMBA RECORDING
    LLC; ARISTA MUSIC; ARISTA
 5  RECORDS LLC; LAFACE RECORDS    CASE NO:
    LLC; RECORDS LABEL, LLC;      1:21-CV-22825-WPD
 6  VOLCANO ENTERTAINMENT III
    LLC;
 7
              Plaintiffs,
 8
         vs.
 9
    VITAL PHARMACEUTICALS, INC.
10  d/b/a BANG ENERGY; AND JACK
    OWOC, AN INDIVIDUAL;
11
              Defendants.
12
13
14              DEPOSITION OF
15               JACK OWOC
16              May 24, 2022
17              11:44 a.m.
18
19            Pryor Cashman LLP
              255 Alhambra Circle
20                8th Floor
              Miami, Florida 33134
21
22
23
24            Dayana Tellez
              Digital Reporter
25          Commission No. HH 207837
```

## Page 2

```
 1              APPEARANCES OF COUNSEL
 2  On behalf of Plaintiffs Sony Music Entertainment, et
    al:
 3
        DAVID C. ROSE, ESQUIRE
 4      PRYOR CASHMAN LLP
        255 ALHAMBRA CIRCLE
 5      8TH FLOOR
        MIAMI, FLORIDA 33134
 6      (786) 582-3010
        drose@pryorcashman.com
 7
    On behalf of Defendant Vital Pharmaceuticals, Inc, et
 8  al:
 9      RICHARD P. SYBERT, ESQUIRE
        GORDON REES SCULLY & MANSUKHANI
10      701 5TH AVENUE
        SUITE 2100
11      SEATTLE, WASHINGTON 98104
        (619) 696-6700
12      rsybert@gordonrees.com
13
    ALSO PRESENT:  David Jacoby, Esquire
14                 Senior Vice President Litigation
                   Sony Music Entertainment
15
                   Gregg Metzger, Esquire
16                 Chief Litigation Counsel
                   Vital Pharmaceuticals, Inc.
17
                   Matthew Leiva, Videographer
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              INDEX OF EXAMINATION
 2  EXAMINATION                                    PAGE
 3  Direct Examination by Mr. Rose                    8
 4
 5              INDEX OF EXHIBITS
 6  PLAINTIFF         DESCRIPTION                  PAGE
 7  Exhibit 1    Amended Notice of Taking            5
                 Videotaped Deposition
 8
    Exhibit 2    Vital Pharmaceutical, Inc's        47
 9               Second Supplemental Response
                 to Plaintiff's First Set of
10               Interrogatories
11  Exhibit 3    Email Chain Production No.          80
                 VPX-SME-001683 through 1686
12
    Exhibit 4    Screenshot Instagram Post          98
13
    Exhibit 5    Multipage Email Production         105
14               No. VPX-SME-000855 through
                 858
15
    Exhibit 6    Video Zara Larsson-I would        109
16               like (R3HAB Remix)
                 (1-23-2017)
17
    Exhibit 7    Screenshot Instagram Post         114
18
    Exhibit 8    Video Pharrell Williams-          117
19               Happy (11-25-2020)
20  Exhibit 9    Screenshot of social media        119
                 post
21
    Exhibit 10   Sigala@BeckyHill-Wish You         121
22               Well (8-18-2019)
23  Exhibit 11   Two-Page Email Production          127
                 No. VPX-SME-001509 through
24               1510
25
```

## Page 4

```
 1  Exhibit 12   Bang Social Media Guidelines      143
                 2020 Production No.
 2               VPX-SME-001689 through 1706
 3  Exhibit 13   Two-Page Email Production         159
                 No. VPX-SME-003991 through
 4               3992
 5  Exhibit 14   Two-Page Email from David         178
                 Jacoby to Gideon Eckhouse
 6
 7               (Exhibits Retained)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 81

1    Q.  Mr. Owoc, the court reporter has handed you
2  what has been marked as Plaintiff's Exhibit 3.  It is
3  a multipage email chain which on the first page bears
4  Production No. VPX-SME-001683 through on the last
5  page, 1686.
6        I'm going to ask you to please take a look at
7  this email chain.  I'm going to be asking you,
8  though, questions only about the email that you sent
9  on the very last page of the document on July 6th,
10  2020.
11   A.  Is this document in reverse chronological
12  order?
13   Q.  It is.  So the earliest email is the one on
14  the last page.  And that is the email I'm going to be
15  asking you about.
16   A.  Okay.  I'm going to have to read this entire
17  document, and then I'll gladly answer your questions.
18   Q.  Take as much time as you like.
19   A.  All right.  What was the question?
20   Q.  Okay.  So you've read the entirety of what's
21  been marked as Plaintiff's Exhibit 3?
22   A.  I've skimmed through it, yes.
23   Q.  All right.  Let's go to the last page, which
24  at the end bears Production No. 1686.  Tell me when
25  you're there.

Page 82

1    A.  I'm there.
2    Q.  Okay.  You see that there is, at the bottom of
3  the page, an email from -- well, it's actually in the
4  middle of the page, but it's the last email in this
5  chain that is sent from you on July 6th, 2020, at
6  10:24 a.m.  Do you see that?
7    A.  Yes.
8    Q.  Okay.  Then if you go down to the very last
9  paragraph of the email, you write:
10       I gave a clear directive to post at least one
11  TikTok video daily on our Bang page.  Please explain
12  why this initiative wasn't followed.
13       Do you see that?
14   A.  Yes.
15   Q.  Okay.  Why did you issue the directive you
16  refer to there?
17   A.  I don't know.
18   Q.  I'm sorry?
19   A.  I don't know.
20   Q.  Did you ever get an answer to the question as
21  to why the initiative you identify there wasn't
22  followed?
23   A.  In the document it kind of speaks for itself,
24  all the correspondence.
25   Q.  Now you weren't copied on a lot of the

Page 83

1  follow-up, right?
2    A.  I don't know.  I just skimmed through the
3  document to the best of my ability.
4    Q.  Okay, yeah.  It doesn't show that you were
5  copied there.  And so that's why I'm asking the
6  question.
7        There's a bunch of people who talked about
8  your directive and perhaps why it wasn't followed.
9  But did you, Jack Owoc, get an answer as to why your
10  directive wasn't followed?
11   A.  First of all, my name is Jack Owoc, and I
12  didn't know that I was copied.  And I don't know that
13  I got an answer or didn't get an answer.
14   Q.  Okay.  I'll skip to it.
15       Why did you want Vital to increase its
16  frequency of social media posting?
17   A.  I don't know.
18   Q.  You don't know or you don't recall?
19   A.  I don't recall.
20   Q.  Okay.  Since you sent that email on July 6th,
21  2020, have you issued any other directive regarding
22  the frequency of posting social media -- on social
23  media by Vital?
24   A.  Not that I can recall.
25   Q.  Do you personally have any social media

Page 84

1  accounts?
2    A.  Yes.
3    Q.  On what platforms do you have social media
4  accounts?
5    A.  Instagram, TikTok, YouTube.  And Facebook and
6  Twitter, I have an account.  I don't know if I
7  disabled it or not, but I don't use it.
8    Q.  On which one?  Facebook or Twitter, or both?
9    A.  Both.
10   Q.  All right.  So do you have usernames on those
11  platforms?
12   A.  I've never actually posted something on
13  YouTube.  I never had an account.  So I don't know.
14  Instagram is the only one I know, which would be Bang
15  Energy -- wait, let me see.  I think it's Bang Energy
16  CEO.  I'm not sure.
17   Q.  Okay.  So you know you have an account you
18  said on YouTube.  Who created that account?
19   A.  I don't know.
20   Q.  Somebody at Vital?
21   A.  Yes.
22   Q.  Okay.  With regard to Instagram, who created
23  that account?
24   A.  I don't know.
25   Q.  Somebody at Vital?



Page 85

1    A. Yes.
2    Q. With regard to TikTok, who created that
3 account?
4    A. I don't know.
5    Q. Somebody at Vital?
6    A. Yes.
7    Q. The disabled accounts --
8    A. I don't know if they're disabled. I just
9 don't use them. They might be disabled.
10   Q. Okay. So let's talk about the Facebook
11 account. Who created that account?
12   A. Can't recall.
13   Q. Someone at Vital?
14   A. I don't know.
15   Q. How about Twitter?
16   A. Don't know.
17   Q. Don't know who created it?
18   A. Uh-uh.
19   Q. Someone at Vital?
20   A. Don't know.
21   Q. You're aware that social media videos created
22 by Bang have been posted to various of your social
23 media accounts?
24   A. Bang doesn't create social media --
25   Q. Sorry.

Page 86

1    A. -- accounts.
2    Q. You're aware that videos created by Vital for
3 social media have been posted to various of your
4 social media accounts?
5    A. Yes.
6    Q. Which accounts are you aware of on which
7 Vital-created videos were posted?
8    A. On my account?
9    Q. Yes.
10   A. So in other words if Vital created them and
11 they posted them on my account?
12   Q. Uh-huh.
13   A. Instagram, TikTok, and YouTube.
14   Q. Any others?
15   A. I don't know because I don't use the other
16 accounts.
17   Q. So with regard to the postings on Instagram,
18 TikTok, and YouTube, who posted those Vital videos?
19 Someone from the marketing department?
20   A. Yes.
21   Q. Do you ever personally post on social media
22 accounts?
23   A. Only on Instagram.
24   Q. When -- well let me rephrase that. What's the
25 most recent Instagram post you made?

Page 87

1    A. Probably a week or two ago.
2    Q. With regard to Instagram postings that are
3 apprised of videos containing music, when was the
4 last time you posted a video on Instagram containing
5 music?
6    A. There you go with the compound questions
7 again. You did a good job the last -- all you have
8 to do is ask the last half the question. I don't see
9 why you have to do this long, run-on, compound
10 sentence.
11      I think the answer to your question is again I
12 posted my own video that I made roughly a week or two
13 ago.
14   Q. And did that video have music in it?
15   A. No. And as a matter of fact I don't even know
16 how to add music to a video.
17   Q. So you've never posted a video on social media
18 containing music?
19   A. I've never added music to a video because I
20 don't know how to do that.
21   Q. But you have posted videos to social media
22 that do contain music?
23   A. Yes. I said earlier we have about 70 of our
24 own songs that we pay people to create that are
25 available on Spotify.

Page 88

1    Q. Have you ever posted a video on social media
2 containing music where the music came from the music
3 library of a social media platform?
4    A. I -- no.
5      And let me clarify that even further for you
6 in that I have never personally posted anything with
7 copyrighted music.
8    Q. Okay. Just bear with me one second. I may be
9 able to cut out some of this outline.
10      Okay. With regard to Vital-created social
11 media posts that are posted to your account --
12 accounts I should say, do you have to approve those
13 videos before they are posted to your account?
14   A. No, I don't have to.
15   Q. Okay. Have you ever asked to approve a
16 Vital-created social media post before it was posted
17 to your account?
18   A. I don't have to ask anybody to do anything. I
19 run the company.
20   Q. So have you ever reviewed and then approved a
21 social media post to one of your accounts before it
22 was posted?
23   A. Yes.
24   Q. When was the last time you did that?
25   A. I can't recall.



Page 213

1  otherwise appropriate.

2      MR. SYBERT:  I understand your position.  I

3  don't necessarily agree with it.

4      MR. ROSE:  Okay.  Well, at this point then we

5  can conclude today's proceeding subject to that

6  reservation.

7      THE VIDEOGRAPHER:  Okay.  Counsel, before

8  going off video record will you be ordering

9  transcript and video?

10      MR. ROSE:  Yes, please.

11      MR. SYBERT:  Yes, please.

12      THE VIDEOGRAPHER:  Okay.  Understood.  Okay.

13  Going off video record.  The time is 5:57 -- oh, 5:56

14  p.m.

15      (The deposition concluded at 5:56 p.m.)

16

17

18

19

20

21

22

23

24

25

---

Page 214

1                CERTIFICATE OF OATH

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF FLORIDA

4

5

6      I, the undersigned authority, certify that

7  JACK OWOC, personally appeared before me and was duly

8  sworn on May 24, 2022.

9

10

11      WITNESS my hand and official seal this May 28,

12  2022.

13

14          _Dayana Tellez_

15      _____

       DAYANA TELLEZ

16      Notary Commission HH 207837

       Commission Expires: 12/14/2025

17

18

19

20

21

22

23

24

25

---

Page 215

1            CERTIFICATE OF DIGITAL REPORTER

2

3      I, DAYANA TELLEZ, a Digital Reporter and

4  Notary Public within and for the State of Florida, do

5  hereby certify:

6      JACK OWOC, the witness whose examination is

7  hereinbefore set forth, was first duly sworn by me

8  and that said testimony was accurately captured with

9  annotations by me during the proceeding.

10

11

12      I further certify that I am not related to any

13  of the parties to this action by blood or marriage

14  and that I am in no way interested in the outcome of

15  this matter.

16

17

18

19      IN WITNESS THEREOF, I have hereunto set my

20  hand this 28th day of May, 2022.

21

22

23          _Dayana Tellez_

       _____

       DAYANA TELLEZ

24      Notary Commission HH 207837

       Commission Expires: 12/14/2025

25

---

Page 216

1            CERTIFICATE OF TRANSCRIPTIONIST

2

3      I, EMILY ATIGA, legal transcriptionist, do

4  hereby certify:

5

6      That the foregoing is a complete and true

7  transcription of the original digital audio recording

8  of the testimony and proceedings captured in the

9  above-entitled matter.  As the transcriptionist, I

10  have reviewed and transcribed the entirety of the

11  original digital audio recording of the proceeding to

12  ensure a verbatim record to the best of my ability.

13      I further certify that I am neither attorney

14  for nor a relative or employee of any of the parties

15  to the action; further, that I am not a relative or

16  employee of any attorney employed by the parties

17  hereto, nor financially or otherwise interested in

18  the outcome of this matter.

19      IN WITNESS THEREOF, I have hereunto set my

20  hand this 28th day of May, 2022.

21

22

23          _Emily Atiga_

       _____

24      EMILY ATIGA

25



**EXHIBIT D**

## Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO:  1:21-cv-22825-WPD
 3
 4   SONY MUSIC ENTERTAINMENT; SONY
     MUSIC ENTERTAINMENT US LATIN,
 5   LLC; ZOMBA RECORDING, LLC;
     ARISTA MUSIC; ARISTA RECORDS,
 6   LLC; LAFACE RECORDS, LLC;
     RECORDS LABEL, LLC; VOLCANO
 7   ENTERTAINMENT, III, LLC,
 8         Plaintiffs,
 9   -vs-
10   VITAL PHARMACEUTICALS, INC.,
     d/b/a BANG ENERGY, and JACK
11   OWOC, an individual,
12         Defendants.
     _____/
13
14                    Esquire Deposition Solutions
                      Remote Proceeding
15                    Zoom Videoconference
16                    Friday, July 1, 2022
                      9:35 a.m.
17
18
           ** ATTORNEYS' EYES ONLY **
19                CONFIDENTIAL
20
     VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
21
22                 MEGAN OWOC
23
         Taken remotely before Matthew J. Haas,
24   Notary Public in and for the State of Florida at
     Large, pursuant to Notice of Taking Deposition in
25   the above cause.
```

## Page 2

```
 1           A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFFS:
 3     PRYOR CASHMAN, LLP
       850 Harbor Drive
 4     Key Biscayne, Florida 33149
       (786) 582-3010
 5     Jsammataro@pryorcashman.com
       BY:  JAMES G. SAMMATARO, ESQUIRE
 6
 7     SONY MUSIC ENTERTAINMENT
       25 Madison Ave
 8     New York, New York 10010
       (212) 833-8000
 9     BY:  BROOKE A. FORD, ESQUIRE
       BY:  DAVID JACOBY, ESQUIRE
10
11   ON BEHALF OF THE DEFENDANTS:
12     QUARLES & BRADY
       411 East Wisconsin Avenue
13     Suite 2400
       Milwaukee, Wisconsin 53202
14     (414) 277-5000
       Johanna.wilbert@quarles.com
15     BY:  JOHANNA M. WILBERT, ESQUIRE
16
       VITAL PHARMACEUTICALS, INC.
17     1600 North Park Drive
       Weston, Florida 33326
18     (786) 742-9160
       Daniel.hurtes@bangenergy.com
19     BY:  DANIEL HURTES, ESQUIRE
       BY:  GREG METZGER, ESQUIRE
20
21
22   ALSO PRESENT:

     Don Savoy, Videographer
23
24
25
```

## Page 3

```
 1                I N D E X
 2   WITNESS          EXAMINATION BY        PAGE
 3   Megan Owoc       Mr. Sammataro         9
 4
 5             E X H I B I T S
 6   PLAINTIFFS'
     EXHIBITS:        DESCRIPTION:          PAGE:
 7
     EXHIBIT 1 - Court order for deposition     10
 8
     EXHIBIT 2 - Bang Energy TikTok Account page  17
 9
     EXHIBIT 3 - Answers to interrogatories     23
10
     EXHIBIT 4 - Video on Triller with Travis Scott's  28
11   Carousel
12   EXHIBIT 5 - Video Still of Exhibit 4       28
13   EXHIBIT 6 - Bang Energy SOPs               33
14   EXHIBIT 7 - 2018 Social Media Guidelines   36
15   EXHIBIT 8 - First Amended Complaint        45
16   EXHIBIT 9 - Notice of Taking Deposition for  49
     Ms. Owoc
17
     EXHIBIT 10 - Video Still of Exhibit 11     51
18
     EXHIBIT 11 - Video for NooFuzion with Beyonce's  51
19   Crazy in Love
20   EXHIBIT 12 - Video still of Exhibit 13     56
21   EXHIBIT 13 - Video for Bang Energy with Dojo Cat's  57
     Say So
22
     EXHIBIT 14 - Email Chain                   61
23
     EXHIBIT 15 - TikTok video with commercial music  66
24   sounds
25
```

## Page 4

```
 1              E X H I B I T S (Continued)




 2   PLAINTIFFS'




     EXHIBITS:        DESCRIPTION:          PAGE:
```



Page 19

1    all to you.
2        MS. WILBERT:  But that would not
3    allow the witness to see the exhibits or
4    allow me to question the witness at the end
5    of the deposition about those exhibits.
6        MR. SAMMATARO:  If you want to have
7    us bring it up, I'm happy to bring them up
8    for you.
9        MS. WILBERT:  Okay.
10       MR. SAMMATARO:  Same thing,
11   Ms. Owoc, if at any point you want to
12   reference an exhibit that's been marked,
13   you just let us know, and we'll bring
14   it back on the screen.
15   BY MR. SAMMATARO:
16       Q.   So in addition to what we just saw,
17   which is Bang's official TikTok account, Bang
18   also operates other TikTok accounts, correct?
19       A.   Yes.
20       Q.   Let me rephrase that.  Vital also
21   has other TikTok accounts, correct?
22       A.   Yes, we do.
23       Q.   And Vital has a TikTok account for
24   Redline Energy?
25       A.   Yes.

Page 20

1        Q.   And Vital has a TikTok account for
2    VPX Sports?
3        A.   Yes.
4        Q.   And Vital has a TikTok for Vooz,
5    V-O-O-Z?
6        A.   Yes.
7        Q.   And Vital has a TikTok account for
8    NooFuzion, N-O-O-F-U-Z-I-O-N?
9        A.   Yes.
10       Q.   And Vital has a TikTok account for
11   Stoked Beverage?
12       A.   Yes.
13       Q.   And Vital has a TikTok account for
14   Meltdown Beverage?
15       A.   Yes.
16       Q.   And Vital also operates a TikTok
17   account for Bang Revolution Apparel?
18       A.   Yes.
19       Q.   And Vital also has a TikTok account
20   for @BangEnergydancers?
21       A.   No.
22       Q.   Okay.  And does Vital have a TikTok
23   account for @Bangfuelteam?
24       A.   I don't think so.
25       Q.   And you're aware that Jack Owoc also

Page 21

1    has a TikTok account, correct?
2        A.   Yes, he does.
3        Q.   Okay.  And that's the account that's
4    #Bangenergyceo?
5        A.   Bangenergy.ceo.
6        Q.   Correct.  Okay.  And also I named a
7    bunch of other TikTok accounts.  Are you aware as
8    to which of those companies, for example,
9    Redline, or which of those brands, also have
10   Instagram accounts?
11       A.   Yes, I am aware.
12       Q.   Okay.  So is there a separate
13   Instagram account for Redline Energy?
14       A.   Yes, there is.
15       Q.   Okay.  Is there a separate Instagram
16   account for VPX Sports?
17       A.   Yes.
18       Q.   And is there a separate Instagram
19   account for Vooz?
20       A.   Yes, there is.
21       Q.   Okay.  And is there a separate
22   Instagram account for NooFuzion?
23       A.   Yes.
24       Q.   And is there a separate Instagram
25   account for Stoked Beverage?

Page 22

1        A.   Yes.
2        Q.   And is there a separate Instagram
3    account for Meltdown Beverage?
4        A.   Yes.
5        Q.   Is there a separate TikTok account
6    for Bang Revolution Apparel?
7        A.   Yes.
8        Q.   I asked you about Bang Energy
9    dancers, you didn't believe there was a TikTok
10   account.  Do you know if there's an Instagram
11   account for Bang Energy dancers?
12       A.   Yes, but I'm not sure if that is
13   owned by the company.
14       Q.   Okay.  And does Vital own the
15   Instagram account for @bang.fuelteam?
16       A.   Yes.
17       Q.   Does Vital operate the Instagram
18   account @Bangenergy.ceo?
19       A.   Yes.
20       Q.   Are there any other TikTok accounts
21   that are operated by Vital other than those that
22   we just named?
23       A.   Not that I can recall at the moment.
24       Q.   Are there any other Instagram
25   accounts other than those that we just named?



Page 207

```
1              CERTIFICATE OF OATH
2               BY NOTARY PUBLIC
3
4    STATE OF FLORIDA
     COUNTY OF MIAMI-DADE
5
6         I, the undersigned authority, certify that
7    MEGAN LIZ OWOC remotely appeared before me and
8    was duly sworn.
9
10        WITNESS my hand and official seal this 1st day
11   of July, 2022.
12
13
14
15
16
17
18
19
20
21
22
23              MATTHEW J. HAAS
                Court Reporter
24              Notary Public
                Commission No. HH87002
25              Expires:  February 8, 2025
```

Page 208

```
1            COURT REPORTER'S CERTIFICATE
2
3         I, Matthew J. Haas, court reporter in
4    and for the State of Florida, certify that I was
5    authorized to and did stenographically report the
6    deposition of MEGAN LIZ OWOC; that a review of
7    the transcript was requested; and that the
8    transcript is a true and complete record of my
9    stenographic notes.
10
11        I further certify that I am not a
12   relative, employee, attorney or counsel of any of
13   the parties, nor am I a relative or employee of
14   any of the parties' attorney or counsel connected
15   with the action, nor am I financially interested
16   in the action.
17
18
19        Dated this 1st day of July, 2022.
20
21
22
23              MATTHEW J. HAAS
                Court Reporter
24
25
```

Page 209

```
1    Reference No.: 8393530
2
3    Case:  SONY vs VITAL PHARMACEUTICALS
4
        DECLARATION UNDER PENALTY OF PERJURY
5
6         I declare under penalty of perjury that
     I have read the entire transcript of my Depo-
     sition taken in the captioned matter or the
7    same has been read to me, and the same is
     true and accurate, save and except for
8    changes and/or corrections, if any, as indi-
     cated by me on the DEPOSITION ERRATA SHEET
9    hereof, with the understanding that I offer
     these changes as if still under oath.
10
11   _____
12        Megan Owoc
13
14        NOTARIZATION OF CHANGES
15            (If Required)
16
17   Subscribed and sworn to on the _____ day of
18
19   _____, 20____ before me,
20
21   (Notary Sign)_____
22
23   (Print Name)                    Notary Public,
24
25   in and for the State of _____
```

Page 210

```
1    Reference No.: 8393530
     Case:  SONY vs VITAL PHARMACEUTICALS
2
3    Page No._____Line No._____Change to:_____
4    _____
5    Reason for change:_____
6    Page No._____Line No._____Change to:_____
7    _____
8    Reason for change:_____
9    Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24
25   SIGNATURE:_____DATE:_____
     Megan Owoc
```



**EXHIBIT E**

 

Home  My Network  Jobs  Messaging  Notifications  Me ▾  | Work ▾  Try Premium free



## Jack Owoc · 3rd

Bang Energy CEO, CSO

Talks about #fitness, #bangenergy, #energydrink, and #environment

- Bang Energy
- Florida Atlantic University

Fort Lauderdale, Florida, United States · **Contact info**

32,124 followers · 500+ connections

Follow   **Message**   More

## Featured

| Post | Post | Post |
|------|------|------|
| CONFIDENCE THROUGH CHRIST 🔷 ... | BANG ENERGY CEO DEMANDS RESIGNATIO... | ⚡ZIG WHEN OTHERS ZAG . 🔑 ... |



177 · 22 comments     222 · 78 comments     157 · 14 comments

## Activity

32,124 followers

+ Follow

**Jack Owoc** posted this · 3w

❌ FAIL TO SUCCEED!

Sometimes you need to fail to succeed — especially in the ... ...show more

44     1 comment

**Jack Owoc** posted this · 1mo

KEEP IT REAL 🎯

For a goal to be a driving force in your life, it needs to be re... ...show more

57     4 comments

**Jack Owoc** posted this · 1mo



🇺🇸 HAPPY PRESIDENT'S DAY!

President's Day is one of the oldest federal holidays in existence — right behind Independence Day, New Year's Day, Thanksgiving, a... ...show more



93          3 comments

Jack Owoc posted this • 1mo

HAVE A VISION 👁

You have to have a vision. A vision simply states your intent  ...show more

74          10 comments

Show all activity →

## About

Experienced Chief Executive Officer with a demonstrated history of working in the consumer goods industry. Skilled in Negotiation, Business Planning, Operations Management, Consumer Products, and Coaching. Strong entrepreneurship professional graduated from Nova Southeastern University.

## Experience


**CEO, CSO, Owner**
Bang Energy
May 1993 - Present · 29 yrs 11 mos
Weston, FL

Operate +200,000 square feet of state of the art, GMP compliant manufacturing facilities of ultra-premium bars, drinks, shots, liqu  ...see more

## Education

 Florida Atlantic University

 Florida International University

 Nova Southeastern University

Show all 4 education →

## Skills

**Marketing**

 Endorsed by Jayson Rosero and 25 others who are highly skilled at this

 Endorsed by 5 colleagues at Bang Energy

 99+ endorsements

**Strategic Planning**

 Endorsed by Jairo Osorno and 3 others who are highly skilled at this

 Endorsed by 2 colleagues at Bang Energy

 99+ endorsements

**Team Building**

 Endorsed by David Jannuzzi and 5 others who are highly skilled at this

 99+ endorsements

Show all 50 skills →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Jordy Leiser** · 3rd
Co-Founder and CEO at Jump - we're hiring!
192,739 followers

+ Follow

**Frank Eliason** · 3rd
Consultant at Frank Eliason, LLC
205,416 followers

+ Follow

Show all 70 Top Voices →

Ad •••

Jobs

Find a company that needs your skills.

Search jobs

### People also viewed

**Jon Lamar** · 3rd
Bang Energy

🔒 Message

**Viviana Muci** · 3rd
Global Digital Marketing & eCommerce Director at Bang Energy | ex-adidas,
Mattel | FMCG, Fashion, Toys | IE Alumni

+ Follow

**Matthew Dudeck** · 3rd+
Deputy CEO at Bang Energy

👤+ Connect

**Lourdes Barsky** · 3rd
Vice President of Employee Services at Bang Energy

🔒 Message

**David Fridkin** · 3rd
Sales Strategy, Alignment & Implementation - Expansion Team at Bang
Energy

🔒 Message

Show more ⌄

**People you may know**



**Beth Daviess**
Policy Advocate and Attorney

👤+ Connect

**Rahul S.**
Judicial Law Clerk

👤+ Connect

**Ola Borysiewicz**
Attorney Development at Latham & Watkins

👤+ Connect

**Ce'Ondra Ellison**
J.D. Candidate at Yale Law School

👤+ Connect

**Sarah Welch**
Issues & Appeals Associate at Jones Day

👤+ Connect

Show more ⌄

**in LEARNING**

Add new skills with these courses, free for 24 hours

**Tips to Win Arguments and Influence Like a Lawyer**

**The Art of Impossible (Blinkist Summary)**

**Nano Tips for Professional Networking with AJ Eckstein**

See my recommendations



Promoted ···

**Surety Bonds Online**
Obtain Court & Fiduciary Bonds, Online,
Anytime. Sign Up is Free. ❭

**Attorney Needed ASAP**
Crucial need for a local attorney in your
area. View new cases now! ❭

 **Optimize AWS Costs**
Cut your compute costs by up to 90%! ❭

About

Community Guidelines

Privacy & Terms ⌄

Sales Solutions

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

❓ **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy**
Go to your Settings.

Select Language

English (English)

Safety Center

Recommendation transparency

Learn more about Recommended Content.

LinkedIn Corporation © 2023

**EXHIBIT F**

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premium free



### Meg Liz Owoc · 3rd

Senior Director Of Marketing at Bang Energy

Talks about #socialmedia, #digitalmarketing, and #influencermarketing

- Bang Energy
- University of North Carolina at Greensboro

Miami-Fort Lauderdale Area · Contact info

4,498 followers · 500+ connections

Follow    ✈ Message    More

## Featured

| Link | | Link |



**Bang Energy's Meteoric Growth    | Interview with Meg Liz Owoc**
YouTube

Bang Energy marketing is known for our successful influencer programs and larger than life events... but there is much more to our story than the jeeps, dancers, and confetti! 🎯🎈
Dive into our story to learn more about how we got to where we are today after tons of hard work and even...

**Long-Term Partnerships: Marketing**
Forbes

## Activity

4,498 followers

+ Follow

Meg Liz Owoc reposted this • 2w



AMAZING DISPLAYS OUT IN LAS VEGAS!

👍❤️ 29                                          1 comment

Meg Liz Owoc reposted this • 2mo



C C C 87

1 comment

Meg Liz Owoc reposted this • 2mo

 #hiringnow #hiring #BangEnergy #cpgjobs

9                                                                          2 comments

---

Show all activity ➔

---

## About

High energy, dynamic and ultra-creative Marketing professional and Leader. My most noted accomplishments include building VPX's brands (Bang Energy, Redline Energy and Meltdown) as the dominant leaders we are today on social media through Influencer Marketing, Marketing Strategies & Campaigns, Experiential Ma ...see more

---

## Experience

 **Bang Energy**
12 yrs 5 mos

**Senior Vice President of Marketing**
Full-time
Feb 2023 - Present · 2 mos
Pembroke Pines, Florida, United States · On-site

**Skills:** Influencer Marketing · Experiential Marketing · Field Marketing · Digital Marketing · Strategic Planning · Marketing Strategy · Video...

**Senior Director Of Marketing**
Full-time
Feb 2021 - Feb 2023 · 2 yrs 1 mo
Pembroke Pines, Florida, United States

**Director of Marketing**
Nov 2010 - Feb 2021 · 10 yrs 4 mos

As director of the Marketing department at VPX Bang Energy, I am responsible for creating highly unique web and video marketing pieces for...

---

 **Executive VP of Sales & Design**
Meg Liz Swimwear
Jun 2014 - Present · 8 yrs 10 mos
Weston, FL

The number one goal of Meg Liz Swimwear is to provide you with the highest quality and best fitting swimwear in the world!...

---

**Panthers Ice Dancer**
Florida Panthers · Seasonal
Aug 2010 - Aug 2011 · 1 yr 1 mo
Sunrise, Florida, United States

Professional Cheerleader and Brand Representative for the NHL: The Florida Panthers! As a professional cheerleader I attended 4 practices per week an...

**Skills:** Dance · Cheerleading · pubic relations · Brand Management · Social Media Marketing

---

**Graphic Artist**
Scrapblog
2007 - 2009 · 2 yrs


Responsible for processing all designs and optimizing for the web. In charge
of all uploads to the website, as well as back-end database administration....

**Cheerleader**
Miami Marlins · Seasonal
2007 - 2008 · 1 yr
Miami Gardens, Florida, United States

Cheerleader, Model, and Brand Ambassador for the Florida Marlins. Radio
Appearances, News Reports, TV interviews, and Stadium Promotions. Lead...

**Skills:** TV interviews · Radio interviews · Dance · Cheerleading · Public
Relations

## Education


**University of North Carolina at Greensboro**
Bachelors of Fine Arts: Graphic Design, Fine Arts: Graphic Design
2003 - 2007

Activities and societies: Captain of the Spartan G Dance Team

Graduated Cum Laude

## Licenses & certifications


**Management Foundations**
LinkedIn
Issued Jan 2021

Show credential ⧉


**Hubspot Content Marketing Certification**
HubSpot
Issued Feb 2017 · Expired Mar 2018
Credential ID a4afe2d8b2514751b1d9d63ace58c2b8

Show credential ⧉

## Skills

**Influencer Marketing**

 Senior Vice President of Marketing at Bang Energy

**Experiential Marketing**

 Senior Vice President of Marketing at Bang Energy

**Field Marketing**

 Senior Vice President of Marketing at Bang Energy

Show all 32 skills →

## Recommendations

<span style="color:green">Received</span>        Given

 **Estefania Serrano** · 3rd
Influencer Program Assistant Manager at Bang Energy
March 27, 2015, Estefania worked with Meg Liz on the same team

I have being working for Meg for the last 5 years she is not only my manager but a great friend, she has helped me grow so much and I'm so thankful for having such a great mentor in my life!

## Publications

**TLC's Say Yes to the Dress**
Sep 28, 2012

[ Show publication ⧉ ]

Bride Meg Liz breaks Lori's number one rule by bring fiance Jack dress shopping with her.

Other authors

## Languages

English

## Interests

**Top Voices**    Companies    Groups    Schools

 **Reed Duchscher**  · 2nd
CEO of Night // Manager for the largest digital creators in the world
31,337 followers

[ + Follow ]

Ad  •••

Elizabeth, unlock your full potential with LinkedIn Premium

 

See who's viewed your profile in the last 90 days

[ Try for Free ]

## People also viewed

 **Cheny Julian** · 3rd+
Director of Field Marketing & Relations at Bang Energy

[ ⚇ Connect ]

 **Christina Weronik** · 3rd
Social Media Manager at Bang Energy

[ 🔒 Message ]



Isabella Solarte · 3rd
Influencer Marketing Specialist at Bang Energy
Message

Sacha Penoucos in · 3rd
Director of Media Production at Bang Energy
Message

Lourdes Barsky · 3rd
Vice President of Employee Services at Bang Energy
Message

Show more

People you may know

Andrej Novakovski
Associate at Latham & Watkins
Connect

Jonathan O'Connor
Litigation Services Analyst at Latham & Watkins
Connect

Egzon Sulejmani
Associate at Latham & Watkins
Connect

Emily Corbi
Counsel at Latham & Watkins
Connect

Faust Petkovich
Law Clerk at U.S. District Court, Southern District of New York
Connect

Show more

in LEARNING

Add new skills with these courses, free for 24 hours

Executive Influence

Mistakes You Should Avoid at Work

How to Talk to Anyone (Blinkist Summary)

See my recommendations

**EXHIBIT G**

# ≣ BERGER SINGERMAN

March 9, 2023

**VIA OVERNIGHT MAIL**

Mr. Jack Owoc
16720 Stratford Court
Southwest Ranches, FL 33131

      Re:     Termination Notice

Dear Mr. Owoc:

      As you are aware, this afternoon, there was a regularly scheduled meeting of the Boards of Directors or Managers (as applicable) (collectively, the "Board") of Vital Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Company" or the "Debtors"). You had not previously indicated that you were unavailable or did not intend to attend the March 9 Board meeting. At our direction, several individuals reached out to you and your individual counsel, Justin Luna, in an attempt to secure your attendance at the Board meeting. After waiting for more than 15 minutes, the Board meeting went forward.

      Among the issues taken up by the Board was your continued role with the Company and the Board. For the reasons discussed during the Board meeting, the Board voted to terminate your employment with the Company as Chief Executive Officer and Chief Scientific Officer, and to remove you from the Board for cause, effective immediately ("Termination Date" or March 9, 2023).

      Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

      Upon receipt of this notice, you must return all of the Debtors' property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of the Debtors. Please return this property and information to John DiDonato immediately.

      Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of the Debtors' rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

      Sincerely,

      Berger Singerman LLP

      Jordi Guso

11989961-1

201 EAST LAS OLAS BOULEVARD | SUITE 1500 | FORT LAUDERDALE, FL 33301
t: 954-525-9900 | f: 954-523-2872 | WWW.BERGERSINGERMAN.COM

**EXHIBIT H**

# ≡ BERGER SINGERMAN

March 9, 2023

**<u>VIA OVERNIGHT MAIL</u>**

Ms. Meg Liz Owoc
1721 SW 131 Terrace
Davie, FL 33325

      Re:    Termination Notice

Dear Ms. Owoc:

      This letter constitutes notice of the termination of your at-will employment as Senior Vice President of Marketing of Vital Pharmaceuticals, Inc. ("VPX") effective immediately ("Termination Date" or March 9, 2023).

      Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

      Upon receipt of this notice, you must return all of VPX's property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of VPX. Please return this property and information to John DiDonato immediately.

      Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of VPX's rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

                Sincerely,

                Berger Singerman LLP

                Jordi Guso

11989962-1

201 EAST LAS OLAS BOULEVARD | SUITE 1500 | FORT LAUDERDALE, FL 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

**EXHIBIT I**

# BERGER SINGERMAN

Jordi Guso
(305) 714-7375
jguso@bergersingerman.com

March 10, 2023

**VIA EMAIL**

Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Attn: Justin M. Luna, Esq.
Email: jluna@lathamluna.com

Re:     *In re Vital Pharmaceuticals, Inc., et al.; Case No. 22-17842-PDR-Company Property*

Dear Justin:

As you know, we represent Vital Pharmaceuticals, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors" or "VPX") in the above-referenced chapter 11 proceedings. As you are aware, on March 9, 2023 (the "Termination Date"), there was a regularly scheduled meeting of the Boards of Directors or Managers (as applicable) (collectively, the "Board") of the Debtors. As was conveyed to you and Mr. Owoc, among the issues to be discussed by the Board was Mr. Owoc's continued role with the Debtors and the Board. For the reasons discussed during the Board meeting, the Board voted to terminate Mr. Owoc's employment with the Debtors as Chief Executive Officer and Chief Scientific Officer, and to remove him from the Board for cause, effective immediately. Additionally, the Board discussed and determined that it was in the best interests of the Debtors to terminate Ms. Owoc's at-will employment as Senior Vice President of Marketing of Vital Pharmaceutical Sales, Inc., and voted to so terminate Ms. Owoc, effective on the Termination Date.

As detailed in the Termination Notices sent to Mr. Owoc and Ms. Owoc, attached hereto as **Exhibit A** and **Exhibit B**, respectively, "[u]pon receipt of this notice, you must return all of the Debtors' property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of the Debtors" (collectively, the "Company Property") immediately to John DiDonato. Neither Mr. Owoc nor Ms. Owoc have returned the Company Property in their possession, which we understand may include servers hosting Company data and other assets at the Owoc residence that belong exclusively to VPX. Furthermore, Mr. Owoc and Ms. Owoc are refusing to reveal the passwords to VPX's Instagram account (bearing the handle "bangenergy.ceo") (the "Company Instagram Account") and may have instructed an employee to refuse to disclose VPX's social media passwords.

As a result of Mr. and Ms. Owoc's non-compliance with the directives contained in the Termination Notices, VPX is being deprived of access to its own social media accounts, its own

11991993-1

# BERGER SINGERMAN

computer servers, and its own technology software.  As these items are and have always been property of VPX, each of Mr. Owoc and Ms. Owoc are in violation of the Bankruptcy Code's automatic stay, which came into effect on October 10, 2022, as a result of VPX's bankruptcy filing.  The automatic stay prohibits certain actions, including, but not limited to, any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.  *See* 11 U.S.C. § 362(a)(3).  Mr. and Ms. Owoc's (as applicable) continued refusal to (a) return the Company Property and (b) disclose VPX's social media passwords, is, in each case, an "act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate" in clear violation of the automatic stay.  In addition, any steps or actions those individuals may have taken or take in the future to destroy or dispose of any Company Property (including, VPX's social media accounts), would also be a clear violation of the automatic stay.

Legal action may be initiated against any party who participates in any violation of the automatic stay.  In addition, please be aware that pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court is empowered to award actual damages, costs and attorneys' fees and, in appropriate circumstances, punitive damages, arising from a willful violation of the automatic stay. 11 U.S.C. § 362(k).

In addition to violating the automatic stay, these actions also interfere with the Debtors' business opportunities, are clearly intended to hinder the Debtors' ability to maximize value for all stakeholders, and will cause irreparable harm to the Debtors.

VPX hereby demands that Mr. Owoc and Ms. Owoc immediately disclose all of VPX's social media account passwords (including, but not limited to, the Company Instagram Account) and return all Company Property in their possession.  VPX demands access to its social media accounts by the disclosure of its relevant passwords no later than 9:00 a.m. (Eastern Time) on March 13, 2023.  If these demands are not timely satisfied, the Debtors may initiate appropriate legal action to enforce the automatic stay.

Should you have any questions, please feel free to contact me at 305-714-7375 or jguso@bergersingerman.com.

For the avoidance of doubt, the Debtors fully reserve any and all rights, claims, causes of action, and remedies available to them under applicable law.

Sincerely,

BERGER SINGERMAN LLP


*/s/ Jordi Guso*
Jordi Guso

Enclosures:

11991993-1

cc:
    Gregg Metzger, Acting General Counsel &
    Chief Litigation Counsel
    Email: Gregg.Metzger@bangenergy.com

    John DiDonato
    Email: jdidonato@hcg.com

    Jordi Guso, Esq.
    Email: JGuso@bergersingerman.com

    Caroline Reckler, Esq.
    Email: Caroline.Reckler@lw.com

    Amy Quartarolo, Esq.
    Email: Amy.Quartarolo@lw.com

    Hugh Murtagh, Esq.
    Email: Hugh.Murtagh@lw.com

# ≡ BERGER SINGERMAN

March 9, 2023

**VIA OVERNIGHT MAIL**

Mr. Jack Owoc
16720 Stratford Court
Southwest Ranches, FL 33131

   Re:  Termination Notice

Dear Mr. Owoc:

   As you are aware, this afternoon, there was a regularly scheduled meeting of the Boards of Directors or Managers (as applicable) (collectively, the "Board") of Vital Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Company" or the "Debtors"). You had not previously indicated that you were unavailable or did not intend to attend the March 9 Board meeting. At our direction, several individuals reached out to you and your individual counsel, Justin Luna, in an attempt to secure your attendance at the Board meeting. After waiting for more than 15 minutes, the Board meeting went forward.

   Among the issues taken up by the Board was your continued role with the Company and the Board. For the reasons discussed during the Board meeting, the Board voted to terminate your employment with the Company as Chief Executive Officer and Chief Scientific Officer, and to remove you from the Board for cause, effective immediately ("Termination Date" or March 9, 2023).

   Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

   Upon receipt of this notice, you must return all of the Debtors' property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of the Debtors. Please return this property and information to John DiDonato immediately.

   Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of the Debtors' rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

      Sincerely,

      Berger Singerman LLP

      Jordi Guso

11989961-1

201 EAST LAS OLAS BOULEVARD | SUITE 1500 | FORT LAUDERDALE, FL 33301
*t*: 954-525-9900 | *f*: 954-523-2872 | WWW.BERGERSINGERMAN.COM

# ≡ BERGER SINGERMAN

March 9, 2023

**VIA OVERNIGHT MAIL**

Ms. Meg Liz Owoc
1721 SW 131 Terrace
Davie, FL 33325

      Re:    Termination Notice

Dear Ms. Owoc:

      This letter constitutes notice of the termination of your at-will employment as Senior Vice President of Marketing of Vital Pharmaceuticals, Inc. ("VPX") effective immediately ("Termination Date" or March 9, 2023).

      Your final paycheck representing all compensation due and owing to you for hours worked through the Termination Date will be provided to you on the next regularly scheduled pay day.

      Upon receipt of this notice, you must return all of VPX's property, including identification cards or badges, access codes or devices, keys, mobile phones, computers, credit cards, physical files and any other property and information in your possession of VPX. Please return this property and information to John DiDonato immediately.

      Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of VPX's rights or remedies, either at law or in equity, against you, all of which are expressly reserved.

            Sincerely,

            Berger Singerman LLP


            Jordi Guso

11989962-1

201 EAST LAS OLAS BOULEVARD | SUITE 1500 | FORT LAUDERDALE, FL 33301
t: 954-525-9900 | f: 954-523-2872 | WWW.BERGERSINGERMAN.COM

**EXHIBIT J**

# VITAL PHARMACEUTICALS, INC., D/B/A BANG ENERGY
# EMPLOYEE HANDBOOK



1. Employees have no right to absolute privacy when they post on a social networking site. Information posted on a site must comply with Bang Energy's policies on confidentiality, sexual harassment, equal employment opportunity, retaliation and all other related policies within this handbook. Harassment, bullying, discrimination or retaliation that would not be permissible in the workplace, is not permissible between co-workers online, even if done after hours, from home and on home computers. This also applies to comments posted on other blog, forums, and social networking sites.



2. **Personal blogs must have clear disclaimers that the view(s) expressed by the author in the blog are the author's alone and do not represent the views of Bang Energy. Make sure your writing is clear so that you are speaking for yourself and not on behalf of the company.**

3. Posts must be respectful to Bang Energy, other employees, customers, and all others connected with the company.

4. Social media activities must not interfere with work **commitments.**

5. Your online presence reflects Bang Energy. Be aware that your actions captured via images, posts or comments can reflect that of Bang Energy. Therefore, any comments, postings or write-ups relating to the company must include the following disclaimer: "The postings on this site are my own and do not represent the position of Bang Energy."

6. Do not reference our customers, employees, or anyone related to Bang Energy without their express consent.

7. Respect copyright laws, and reference or cite sources appropriately. Plagiarism applies online as well.

8. Bang Energy's logos and trademarks may not be used without written consent from Employee Services.

9. Employees must not post company-related information that is confidential and secure in nature on social media sites.


Violation of this Social Networking policy may result in immediate disciplinary action, up to and including termination.

**Cell Phone Usage**

Certain employees may be provided with cellular phones by Bang Energy for business use only. Cellular phones are provided to assist employees in communicating with management and other employees, their clients, associates and others with whom they may conduct business. Cell phone use is intended for business-related calls only; personal calls are not permitted. Cell phone invoices are monitored regularly.  Employees who lose or destroy a Bang Energy cell phone may be held responsible for the cost of the cell phone (whether for purposes of replacement or repair) and employees understand and acknowledge that such cost may be deducted from employees' paycheck(s) to the extent permitted by applicable federal, state and local law.

The use of cell phones, not provided by Bang Energy, are prohibited during work hours. Cell phones are to be turned off and stored to avoid disturbance in the workplace.

**Use of Company Property**



The employee workspace, including file cabinets and lockers are the property of Bang Energy and must always be available to management. The use of personal locks on any company property is strictly forbidden. Bang Energy property may be used to house personal files or items. Equipment, including computers, photocopiers, printers, video recording equipment, cameras   or   other photographic equipment, etc. may not be used for personal business.

Additionally, the company may provide vehicles for employees whose positions require traveling or driving to various locations.  Such vehicles are not for personal or unauthorized use. Violations of this policy will be subject to disciplinary action up to and including termination.

**Postage, Shipping and Office Supplies**

Postage, shipping and office supplies paid for by Bang Energy are for business purposes and are not to be used for employee's personal purposes. Employees may request work supplies as needed with approval of their supervisor.

**Personal Property**

Bang Energy does not assume responsibility for any personal property located on its premises. Employees are to use their own discretion when choosing to bring personal property into the office and do so at their own risk. Additionally, employees may not bring or display in the office any property that may be viewed as inappropriate or offensive to others.

**Personal Safety**

Bang Energy makes the safety of each employee's health and security a priority. The company is willing to make reasonable efforts to address an employee's safety concerns. Employees should use caution and good judgment in all activities and should notify their supervisor or the Employee Services department, if they believe there is a safety issue that should be addressed. Additionally, certain positions are safety sensitive and require compliance guidelines be followed. In such cases, managers and their direct reports are responsible for ensuring these procedures are followed.

**Workplace Monitoring**

Workplace monitoring may be conducted by Bang Energy management to ensure quality control, employee safety, security, and customer satisfaction.



**While at work, employees should have no expectation of privacy in their workplace which include, but are not limited to, offices, cubicles, work locations, or any company provided or designated parking areas, desks, computers, lockers, eating areas, or vehicles engaged in company operations.**

To the extent permitted by applicable law, Bang Energy may conduct video surveillance of all workplace areas. Video monitoring is used to identify safety concerns, maintain quality control, detect theft and misconduct, and discourage or prevent acts of harassment and workplace violence. Based on the sensitivity of monitoring and with regard to the privacy rights of employees, every effort will be made to conduct workplace monitoring in an ethical and respectful manner.

**Inventions and Creative Works**

To the extent permitted and consistent with applicable federal, state and local laws, all inventions (as herein defined) shall be and remain the property of Bang Energy. "Inventions" shall mean all ideas, potential marketing (graphic designs, artwork drawings, photography, magazines, pamphlets, packaging, etc.) and sales relationships, inventions, research, plans for products or services, marketing plans, computer software (including, without limitation, source code and object code), computer programs, original works of authorship, characters, processes, trade secrets, information, data, developments, discoveries, improvements, modifications, technology, algorithms and designs, whether or not subject to patent or copyright protection, made, conceived, expressed, developed, or actually or constructively reduced to practice by you solely or jointly with others in connection with or relating to any work performed by you for the company. All of said inventions shall be considered as "work made for hire" belonging to Bang Energy.

To the extent that any such inventions may not be considered work made for hire, employees agree to assign and, upon its creation, automatically assign to the company the ownership of such material, including any copyright or other intellectual property rights in such materials, without the necessity of any further consideration, to the extent permitted and consistent with applicable federal, state and local law. In such cases, Bang Energy shall have the exclusive right to use the inventions, whether original or derivative, for all purposes. At the company's expense, the inventions throughout the world, including, without limitation, execution in favor of the company any patent, copyright and other applications and assignments relating to the inventions shall be protected.

30