UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,   Case No.: 22-17842-PDR

      Debtors.   Chapter 11
                                                /   (Jointly Administered)

VITAL PHARMACEUTICALS, INC., *et al.*,

      Plaintiffs,

v.   Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

      Defendants.
                                               /

**OBJECTION TO ENTRY OF FINAL ORDERS AND MOTION
REQUESTING THAT BANKRUPTCY COURT DETERMINE
WHETHER THIS ADVERSARY PROCEEDING IS SUBJECT TO THE
<u>ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT</u>**

      Defendants, John H. Owoc and Megan Owoc (together, the "<u>Owocs</u>"), pursuant to Federal Rule of Bankruptcy Procedure 7016(b) and the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 5], hereby object to the Bankruptcy Court's entry of final orders and judgments in the above-captioned adversary proceeding and request that the Bankruptcy Court determine whether this adversary proceeding is subject to the entry of final orders and judgments by the Bankruptcy Court, all for the reasons set forth in the *Motion to Withdraw Reference, Designation of Record and Demand for Jury Trial* filed contemporaneously by the Owocs.

{2467/000/00555621}

**WHEREFORE**, the Owocs respectfully object to the Bankruptcy Court's entry of final orders and judgments in this adversary proceeding and request that the Bankruptcy Court determine whether this adversary proceeding is subject to the entry of final orders and judgments by the Bankruptcy Court.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on May 15, 2023.

Respectfully submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for the Owocs
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law
pdorsey@slp.law
ependergraft@slp.law

By: /s/ Eric Pendergraft
Bradley S. Shraiberg, Esq.
Florida Bar No. 121622
Patrick Dorsey, Esq.
Florida Bar No. 0085841
Eric Pendergraft
Florida Bar No. 91927

{2467/000/00555621}