

**ORDERED in the Southern District of Florida on May 15, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,         Case No.: 22-17842-PDR

    Debtors.                                                                      Chapter 11
_____/     (Jointly Administered)

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.                                                                                           Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.
_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION
TO EXTEND DEADLINE TO PROVIDE
<u>DEBTORS WITH ACCESS TO SOCIAL MEDIA ACCOUNTS</u>**

    **THIS MATTER** came before the Court without hearing, upon the *Agreed Ex Parte Motion to Extend Deadline to Provide Debtors With Access to Social Media Accounts* (the "<u>Motion</u>"), filed

{2467/000/00555547}

by Defendants, John H. Owoc and Megan E. Owoc (the "Owocs").  ECF No. 83.  With the Court having reviewed the Motion and being otherwise advised in the premises, and upon the agreement of the Owocs and Plaintiffs, Vital Pharmaceuticals, Inc., *et al.* (the "Debtors"), it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Motion [ECF No. 83] is **GRANTED**.

    2.    The deadline for the Owocs to provide the Debtors with full access to the Accounts is extended to May 16, 2023.[1]

# # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1]    Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

{2467/000/00555547}