**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. _____/ | (Jointly Administered) |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051 (PDR) |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. _____/ | |

**CERTIFICATE OF SERVICE**

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on John Owoc, Megan Owoc, c/o Shraiberg Page, P.A., Attn: Patrick R. Dorsey, Bradley S. Shraiberg at 2385 NW Executive Center Dr, Suite 300, Boca Raton, FL 33431, and via electronic mail at pdorsey@slp.law and bss@slp.law:

- **Motion for Preliminary Injunction and Incorporated Memorandum of Law** (Docket No. 84)

- **Declaration of John C. DiDonato in Support of Debtors' Motion for Preliminary Injunction** (Docket No. 85)

Dated: May 16, 2023                     */s/ Serina Tran*
                                        Serina Tran
                                        STRETTO
                                        410 Exchange, Suite 100
                                        Irvine, CA 92602
                                        855-493-7375
                                        TeamVitalPharma@stretto.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).