

ORDERED in the Southern District of Florida on May 19, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) (Jointly Administered) |
| Debtors.[1] _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | Adv. Pro. No. 23-01051 (PDR) |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. _____/ | |

---

[1] The Debtors ("Debtors") include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow

1

### ORDER GRANTING EMERGENCY MOTION TO ALLOW THE DEBTORS TO POST "CORRECTIVE STATEMENT" ON THE CEO ACCOUNTS

**THIS MATTER** came before the Court on the 11th day of May, 2023, at 2:00 p.m., in Fort Lauderdale, Florida, upon the *Emergency Motion to Allow the Debtors to Post "Corrective Statement" on the CEO Accounts* [ECF No. 77] (the "Motion"). The Court, having considered the Motion and the argument of counsel, and being otherwise advised, does for the reasons announced on the record, thereupon

**ORDER** as follows:

1. Nothing in the *Order Approving Stipulation Regarding Debtors' Motion for Temporary Restraining Order* [ECF No. 10] dated March 16, 2023 or the *Order Denying Emergency Motion for Relief From Unauthorized Stipulation and Extending Temporary Restraining Order* [ECF No 81] prohibits the Debtors or Defendants[2] from complying with the *Order (1) Granting Plaintiff's Motion for a Permanent Injunction (Dkt. No. 901); and (2) Vacating the April 24, 2023 Hearing (IN CHAMBERS)* (the "Permanent Injunction") entered by the United States District Court in the Central District of California in the case styled *Monster Energy Company v. Vital Pharmaceuticals, Inc., et al.*, Case No. 18-1882-JGB, (C.D. Cal. Apr. 12, 2023)[3] on April 12, 2023, including but not limited to posting the Corrective Statement as referenced in the Preliminary Injunction.

---

Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

[3] A copy of the Permanent Injunction is attached to the Motion as Exhibit A.

2. Defendants are directed to take all steps necessary to provide the Debtors with full access to and control over the CEO Accounts no later than 5:00 p.m. EST on May 12, 2023, which deadline is subject to extension by agreement among the parties or further order of the Court.

3. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*