United States Bankruptcy Court

Southern District of Florida

Vital Pharmaceuticals, Inc.,
    Plaintiff

Adv. Proc. No. 23-01051-PDR

Owoc,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 3

Date Rcvd: May 18, 2023      Form ID: pdf004      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | | Karina Montalvo, DOJ-Ust, 500 Tanca Street Ochoa Building, Suite 301, San Juan, PR 00901 |
| ust | + | Roslyn Tompkins, DOJ-Ust, 75 Ted Turner Dr, SW, Ste 362, Atlanta, GA 30303-3330 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 18 2023 22:19:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | May 18 2023 22:19:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 18 2023 22:19:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2023 22:19:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf004 | Total Noticed: 15 |

| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 18 2023 22:19:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sorkin | on behalf of Plaintiff JHO Real Estate Investment LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Vital Pharmaceuticals Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Bang Energy Canada Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff JHO Intellectual Property Holdings LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Quash Seltzer LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |

District/off: 113C-0  User: admin  Page 3 of 3
Date Rcvd: May 18, 2023  Form ID: pdf004  Total Noticed: 15

Bradley S Shraiberg
    on behalf of Defendant John H. Owoc bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
    on behalf of Defendant Megan E. Owoc bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric S Pendergraft
    on behalf of Defendant John H. Owoc ependergraft@slp.law
    dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft
    on behalf of Defendant Megan E. Owoc ependergraft@slp.law
    dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Jordi Guso, Esq.
    on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
    on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com,
    fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Jordan Niles
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. mniles@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Patrick R Dorsey
    on behalf of Defendant John H. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey
    on behalf of Defendant Megan E. Owoc pdorsey@slp.law  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

TOTAL: 21



**ORDERED in the Southern District of Florida on May 17, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,          Case No.: 22-17842-PDR

      Debtors.                                                                        Chapter 11
_____/                              (Jointly Administered)

VITAL PHARMACEUTICALS, INC., *et al.*,

      Plaintiffs,

v.                                                                                        Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

      Defendants.
_____/

**AGREED ORDER GRANTING SECOND AGREED *EX PARTE* MOTION
TO EXTEND DEADLINE TO PROVIDE
<u>DEBTORS WITH ACCESS TO SOCIAL MEDIA ACCOUNTS</u>**

      **THIS MATTER** came before the Court without hearing, upon the *Second Agreed Ex Parte Motion to Extend Deadline to Provide Debtors With Access to Social Media Accounts* (the

"Motion"), filed by Defendants, John H. Owoc and Megan E. Owoc (the "Owocs").  ECF No. 93. With the Court having reviewed the Motion and being otherwise advised in the premises, and upon the agreement of the Owocs and Plaintiffs, Vital Pharmaceuticals, Inc., *et al.* (the "Debtors"), it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 93] is **GRANTED**.

2. The deadline for the Owocs to provide the Debtors with full access to the Accounts is extended to May 18, 2023.[1]

### # # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.