UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,   Case No.: 22-17842-PDR

    Debtors.

Chapter 11
(Jointly Administered)

_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.   Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.

_____/

**FOURTH MOTION TO EXTEND DEADLINE TO**
**PROVIDE DEBTORS WITH ACCESS TO SOCIAL MEDIA ACCOUNTS**

Defendants, John H. Owoc and Megan E. Owoc (the "Owocs"), pursuant to Fed. R. Bankr. P. 9006(b), respectfully request that the Court extend the deadline to provide Vital Pharmaceuticals, Inc. *et al.* (the "Debtors") with full access to certain social media accounts. In support of this request the Owocs state:

    1.    This adversary proceeding concerns an Instagram and TikTok account each bearing the handle @bangenergy.ceo, and a Twitter account bearing the handle @BangEnergyCEO (each an "Account" and together, the "Accounts").

    2.    During hearings on May 11, 2023, the Court directed the Owocs to provide the Debtors with full access to the Accounts on or before 5:00 P.M. on May 12, 2023, pursuant to a

{2467/000/00555868}

temporary restraining order. The Court has extended that deadline to May 23, 2023 pursuant to several agreements between the parties. ECF No. 103.

3. The Debtors and Megan Owoc participated in an approximately forty-minute telephone call on May 12, 2023, in a good faith effort to comply with the Court's ruling. However, the parties were unable to recover the password for the TikTok account to enable the Debtors to access the account and post the "Corrective Statement." The parties therefore agreed to adjourn the call and reconvene it shortly.

4. To date, the Owocs have been unsuccessful in locating the email address or telephone number to which TikTok two-factor authentications are being set. The Owocs do not believe that they can comply with the Court's ruling absent issuing a subpoena to TikTok. The Owoc shall issue such subpoena or before May 24, 2023.

5. In light of this dynamic, the Owocs respectfully request that the Court extend the deadline to June 6, 2023.

6. Prior to filing this motion, counsel for the Owocs attempted to confer with counsel for the Debtors by email and telephone call regarding the relief requested herein but did not receive a response prior to the filing of this Motion. Counsel for the Owocs will continue to contact the Debtors in an effort to resolve this matter by agreement.

[Remainder of Page Intentionally Left Blank]

**WHEREFORE**, the Owocs respectfully request that the Court extend the deadline to provide the Debtors access to the Accounts through June 6, 2023.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on May 23, 2023.

      **SHRAIBERG PAGE P.A.**
      Attorneys for the Owocs
      2385 NW Executive Center Drive, Suite 300
      Boca Raton, Florida 33431
      Telephone: 561-443-0800
      Facsimile: 561-998-0047
      Email:  bss@slp.law

      By:  /s/ Bradley Shraiberg
           Bradley Shraiberg
           Fla Bar No. 121622