## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| In re: | Case No.: 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al*., | Chapter 11 |
|  | (Jointly Administered) |
| _____Debtors. _____/ |  |
| VITAL PHARMACEUTICALS, INC., *et al*., |  |
|     Plaintiffs, |  |
| v. | Adv. Proc. No.: 23-01051-PDR |
| JOHN H. OWOC and MEGAN E. OWOC, |  |
| _____Defendants. _____/ |  |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Irwin R. Gilbert, Esquire of Conrad & Scherer, LLP, hereby enters an appearance as counsel on behalf of Defendants, John H. Owoc a/k/a Jack Owoc, and Megan E. Owoc, in the above-styled action and request that he receive copies of all pleadings, motions, schedules, and notices filed or served in this matter.

### CERTIFICATION OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to receive electronic notices via the Court's CM/ECF System on May 24, 2023.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 847-3328
Facsimile: (954) 463-9244

Email: IGilbert@conradscherer.com
OGonzalez@conradscherer.com

By: */s/ Irwin R. Gilbert*
Irwin R. Gilbert
Florida Bar No. 99473