UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.
_____/

Adv. Proc. No. 23-01051-PDR

**SUPPLEMENTAL DECLARATION OF JOHN. H. OWOC IN SUPPORT
OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION [ECF No. 110]**

Pursuant to 28 U.S.C. § 1746, John H. Owoc aka Jack Owoc, hereby declares as follows under the penalty of perjury:

1. I am the creator and founder of Vital Pharmaceuticals, Inc. ("VPX") and the other debtors and debtors in possession (together with VPX, the "Company" or the "Debtors") in the above-captioned cases.

2. Until approximately March 9, 2023, I served as the Chief Executive Officer and

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Chief Science Officer of the Debtors in this action.

3. I have three (3) personal social media accounts that are at issue in the above-captioned, including an Instagram account bearing the handle @bangenergy.ceo (the "Account").

4. The Account is a verified account on Instagram, meaning its page contains a blue checkmark verifying that the Account is actually owned and operated by Jack Owoc.

5. In order to obtain verification for the Account, I was required to complete an application process on Instagram. That application process included providing my name, driver's license and description of my notability to Instagram.

6. Screenshots of the application process on Instagram are attached as **Exhibit "1"**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: _____, 2023

/s/ John H Owoc (May 24, 2023 16:19 EDT)
John H. Owoc

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on 24th day of May 2023.

        Respectfully Submitted,

        **SHRAIBERG PAGE, P.A.**
        Attorneys for Owocs
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law

By:   /s/ *Bradley S. Shraiberg*
        Bradley S. Shraiberg
        Florida Bar No. 121622

# EXHIBIT 1

12:35

← **Request verification**

# Apply for Instagram verification

Verified accounts have blue checkmarks ✓ next to their names to show that Instagram has confirmed they're the real presence of the public figures, celebrities, and brands they represent.

## Step 1: confirm authenticity

Add 1-2 identification documents for yourself or your business.

Username
ariellaowoc

Full name

Document type >

**Add file**

## Step 2: confirm notability

Show that the public figure, celebrity, or brand your account represents is in the public interest.

Category >

Country/region >

Audience (optional)

Describe the people who follow your account. Include who they are, what they're interested in and why they follow you.

Also known as (optional)

List all the names the person or organization your account represents



12:35

< **Request verification**

Add file

## Step 2: confirm notability

Show that the public figure, celebrity, or brand your account represents is in the public interest.

Category >

Country/region >

Audience (optional)

Describe the people who follow your account. Include who they are, what they're interested in and why they follow you.

Also known as (optional)

List all the names the person or organization your account represents is known by. Include different names and the same name in other languages.

## Links (optional)

Add articles, social media accounts, and other links that show your account is in the public interest. Paid or promotional content won't be considered.

### Link 1

Type >

URL

### Link 2

Type >

12:35

← **Request verification**

List all the names the person or organization your account represents is known by. Include different names and the same name in other languages.

## Links (optional)

Add articles, social media accounts, and other links that show your account is in the public interest. Paid or promotional content won't be considered.

**Link 1**

Type >

URL

**Link 2**

Type >

URL

**Link 3**

Type >

URL

[ Add link ]

[ Submit ]

We'll only use the information you submit to determine if your account meets our verification criteria.