CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**In re:** Vital Pharmaceuticals, Inc. et al v. Owoc et al    **Adversary Case Number:** 23–01051–PDR

(Related Bankruptcy Case Number: 22–17842–PDR )

County of Residence or Place of Business: Fort Lauderdale

U.S. District Court Case Number:

## TRANSMITTAL TO DISTRICT COURT

- [x] Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 5/25/2023
- [ ] Motion for Leave to Appeal (copy of appeal attached)
- [ ] Request to Expedite Appeal attached.
- [ ] Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - [ ] Contested    [ ] Uncontested
- [ ] Withdrawal of Reference granted by U.S. District Court
- [ ] Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

| | | |
|---|---|---|
| **Appellant/Movant:** John H Owoc and Megan E Owoc | **Attorney:** Bradley Shraiberg<br><br>2385 NW Executive Center Drive #300<br>Boca Raton FL 33431 | **Attorney:** |
| **Appellee/Respondent:** Vital Pharmaceuticals Inc, Bang Energy Canada Inc, JHO Intellectual Property Holdings LLC, JHO Real Estate Investment LLC, Quash Seltzer LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales Inc | **Attorney:** Jordi Guso<br><br>1450 Brickell Avenue #1900<br>Miami Florida 33131 | **Attorney:** Michael J Niles<br><br>1450 Brickell Avenue #1900<br>Miami Florida 33131 |

**Title and Date of Order Appealed**, if applicable: Order Denying Emergency Motion For Relief From Unauthorized Stipulation And Extending Temporary Restraining Order

**Entered on Docket Date:** 5/11/2023    **Docket Number:** 81

- [ ] Designation in Appeal (See Attached)
- [ ] Designation in Cross Appeal (See Attached)
- [x] Copy of Docket
- [ ] Exhibits:
- [ ] Copies of Transcript(s) of Hearing(s) on:
- [ ] Respondent's Answer and/or Movant's Reply
- [ ] Other:

**Dated:** <u>5/26/23</u>                           **CLERK OF COURT**

By:<u> Desiree Grooms</u>

Deputy Clerk   (954) 769–5700