UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051-PDR |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |
| _____/ | |

**EXHIBIT REGISTER**

**Exhibits Submitted on behalf of**

[ **X** ] Plaintiffs/Debtors        [ ] Defendants        [ ] Other

**Date of Hearing/Trial**: Thursday, May 25, 2023 at 2:30 p.m.
**Type of Hearing/Trial**: Hearing on Plaintiffs' Motion for Preliminary Injunction and Incorporated Memorandum of Law [ECF No. 84]

**SUBMITTED BY:**

| | |
|---|---|
| Hugh Murtagh, Esq.<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel. (212) 906-1200<br>hugh.murtagh@lw.com | Jordi Guso, Esq.<br>BERGER SINGERMAN LLP<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL 33131<br>Tel. (305) 755-9500<br>jguso@bergersingerman.com |

---

[1] The "Debtors" include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12173159-2

2

| Exhibit No. | Description | Objection(s) | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| 1. | Declaration of John C. DiDonato in Support of Motion for Preliminary Injunction [D.I. 85] | Hearsay | X | | |
| 2. | April 13, 2023 @BangEnergyCEO commentary by J. Owoc | | X | | |
| 3. | help.instagram.com: "Verified Badges" | Hearsay | X | | |
| 4. | Debtors' Demonstratives | n/a | n/a | n/a | n/a |