**EXHIBIT 2**



 **bangenergy.ceo** ✓ • Follow
Original audio

 **bangenergy.ceo** ✓ BLUE RAZZ OR PEACH MANGO? Comment your flavor below!
19m

 **bangenergy.ceo** ✓ $3.2 BILLION SCAM: Bang Energy had a $3.2 billion offer. Jordi Guso conducted what I believe was a fraudulent investigation into the missing $3.2 billion offer. Guso admitted that he failed to interview anybody, conduct any email discovery or text discovery into the missing $3.2 billion.

I believe it is of it most important that the FBI, DOJ, district attorney, states attorney, and Chief Justice and other relevant federal and state organizations conduct an investigation into Jordi Guso and this multi-billion dollar fraud!
I'm not an attorney, but I consider this a massive fraud and purposeful obstruction of justice by Jordi Guso and Berger Singerman into Rothschild investment banker and specifically Homer Parkhill, who refused to answer my questions in regard to the missing $3.2 billion offer when I was the CEO, Chairman of the Board and 100% owner of VPX/Bang Energy.

Jordi Guso is also trying to violate my first amendment right and prevent me from commenting also.

The post above is a fraud on the public. I was forced to make a post against my will. This is the third post that has been used to defraud the public and make the public think that I willingly created and posted this content. If you know any State or Federal organization contacts who can investigate this $3.2 billion ongoing racket of organized crime (RICO), please alert the authorities now!

17m  2 likes

View replies (1)