**EXHIBIT 3**

https://help.instagram.com/854227311295302/?helpref=hc_fnav

Manage Your Account

# Verified Badges

Verified badges help people more easily find the public figures, celebrities and brands they want to follow. Learn more:

## Verified badges on Instagram

The meaning of the verified badge has been updated to represent authenticity.

An Instagram account with a verified badge next to its name now means that Instagram has confirmed that it is the authentic presence for that person or brand. Previously, the verified badge also required the person or brand to be notable and unique. You may still see users with a verified badge that represents our previous eligibility requirements.

The verified badge is a tool to help people find the real accounts of people and brands. If an account has the verified badge, we've confirmed that it represents who it says it does. A verified badge is not a symbol to show importance, authority or subject matter expertise. We don't use the verified badge to endorse or recognize public figures or brands.

Once verified, public figures, celebrities and brands that meet certain account and eligibility requirements may not change their username on their account. Verification cannot be transferred to a different account. Instagram accounts that impersonate public figures or other people go against our Community Guidelines and aren't allowed on Instagram.

**Note:** While many public figures verify their account on Instagram, not all public figures have verified badges. As we test and learn, there will be no immediate changes to accounts on Instagram or Facebook that are already verified based on prior requirements.

If you already have a notable profile and an existing verified badge, you can still apply for a Meta Verified subscription. Learn more about Meta Verified subscriptions.