**EXHIBIT 4**

# LATHAM&WATKINS LLP

# CEO Accounts Summary Preliminary Injunction Hearing: Debtors' Demonstratives

**Vital Pharmaceuticals, Inc. v. Owoc, Case No. 22-17842 (PDR)**

**May 25, 2023**

Latham & Watkins operates worldwide as a limited liability partnership organized under the laws of the State of Delaware (USA) with affiliated limited liability partnerships conducting the practice in France, Hong Kong, Italy, Singapore, and the United Kingdom and as an affiliated partnership conducting the practice in Japan. Latham & Watkins operates in Israel through a limited liability company, in South Korea as a Foreign Legal Consultant Office, and in Saudi Arabia through a limited liability company. © Copyright 2023 Latham & Watkins. All Rights Reserved.

# Instagram Verified Account

https://help.instagram.com/854227311295302

**Verified badges on Instagram**

The meaning of the verified badge has been updated to represent authenticity.

An Instagram account with a verified badge ✓ next to its name now means that Instagram has confirmed that it is the authentic presence for that person or brand. Previously, the verified badge also required the person or brand to be notable and unique. You may still see users with a verified badge that represents our previous *eligibility requirements*.

The verified badge ✓ is a tool to help people find the real accounts of people and brands. If an account has the verified badge, we've confirmed that it represents who it says it does. A verified badge is not a symbol to show importance, authority or subject matter expertise. We don't use the verified badge ✓ to endorse or recognize public figures or brands.

Once verified, public figures, celebrities and brands that meet certain account and eligibility requirements may not change their username on their account. Verification cannot be transferred to a different account. Instagram accounts that impersonate public figures or other people go against our Community Guidelines and aren't allowed on Instagram.

**Note:** While many public figures verify their account on Instagram, not all public figures have verified badges ✓. As we test and learn, there will be no immediate changes to accounts on Instagram or Facebook that are already verified based on prior requirements.

If you already have a notable profile and an existing verified badge, you can still apply for a Meta Verified subscription. *Learn more about Meta Verified subscriptions*.

LATHAM&WATKINS LLP

# ECF 38 Ex. 5 – April 13 Comment

bangenergy.ceo • Follow
Original audio

bangenergy.ceo BLUE RAZZ OR PEACH MANGO? Comment your flavor below!

19m

bangenergy.ceo $3.2 BILLION SCAM: Bang Energy had a $3.2 billion offer. Jordi Guso conducted what I believe was a fraudulent investigation into the missing $3.2 billion offer. Guso admitted that he failed to interview anybody, conduct any email discovery or text discovery into the missing $3.2 billion.

I believe it is of it most important that the FBI, DOJ, district attorney, states attorney, and Chief Justice and other relevant federal and state organizations conduct an investigation into Jordi Guso and this multi-billion dollar fraud!
I'm not an attorney, but I consider this a massive fraud and purposeful obstruction of justice by Jordi Guso and Berger Singerman into Rothschild investment banker and specifically Homer Parkhill, who refused to answer my questions in regard to the missing $3.2 billion offer when I was the CEO, Chairman of the Board and 100% owner of VPX/Bang Energy.

Jordi Guso is also trying to violate my first amendment right and prevent me from commenting also.

The post above is a fraud on the public. I was forced to make a post against my will. This is the third post that has been used to defraud the public and make the public think that I willingly created and posted this content. If you know any State or Federal organization contacts who can investigate this $3.2 billion ongoing racket of organized crime (RICO), please alert the authorities now!

17m 2 likes

View replies (1)



# @Bang Energy and @BangEnergyCEO – Both Verified





# Harm to the Debtors



"The bankruptcy community corruption here in South Florida is real.'"



# Likelihood of Success – Legal Standard: *CTLI, Philbeck, JLM*

**In re CTLI, LLC**, **528 B.R. 359 (Bankr. S.D. Tex. 2015)** (Enforcing plan by holding that company owned Facebook page and Twitter account established by founder and former CEO)
- Accounts were in the name of the company,
- the accounts were directly linked to the debtor's business,
- the allegedly personal posts to the accounts were promotional,
- and employees had access to and posted on the account

**Int'l Bhd. of Teamsters Loc. 651 v. Philbeck**, 464 F. Supp. 3d 863 (E.D. Ky. 2020)  (Granting summary judgment that Union owned Facebook page and user group created and controlled by former president)
- "Created to communicate with Union members,
- "held out as official Union pages,
- "promoted on business cards and the official website, and
- "other members of the Union had administrative privileges."

**JLM Couture, Inc. v. Gutman**, No. 20 CV 10575-LTS-SLC, 2023 WL 2503432 (S.D.N.Y. Mar. 14, 2023)(granting preliminary injunction after concluding company had clear likelihood of success in demonstrating ownership of Instagram and Pinterest accounts)
- Follows *CTLI* and *Philbeck*

LATHAM&WATKINS LLP

# Likelihood of Success – Undisputed Facts

|  |  |  |
| --- | --- | --- |
| Manner in which account is held out to public | The Debtors "leading product is Bang energy drink." | Contempt Order at 2 [D.I. 61] |
|  | The Debtors' website is "bangenergy.com" | http://www.bangenergy.com |
|  | The Debtors maintain an Instagram account with the handle "@bangenergy" that has approximately 2.2 million followers | Response at 5. |
|  | The CEO Account handles use the name "Bang Energy." | Agreed |
|  | The CEO Accounts routinely link to other Debtor media; Defendants do not contend that the accounts have ever linked to any media personal to Jack Owoc | Owoc Decl. Exs. 1-3 (see next slide) |
|  | "The CEO Instagram Account . . . is displayed on the Bang energy drink label." | Contempt Order at 3 |
|  | The Debtors maintain approximately 20 other social media accounts with indistinguishable handle formats, none of which Mr. Owoc claims to own. | Owoc. Decl. ¶ 20. (e.g., @bang.merch, @bangenergy.careers, @bangenergysweepstakes.) |
|  | The Debtors "have employed a strong and consistent social media presence using the [CEO A]ccounts." | Contempt Order at 3. |

LATHAM&WATKINS LLP

# (1) How accounts held out *to the public* – link to other media

Debtors' Assertion:

All of the CEO Accounts link regularly to other company media.

Defendants' Concession:

TikTok CEO Account Description.

Instagram CEO Account examples.

Twitter CEO Account links and retweets.

"https://bangengery.com/blog/10-ways-to-reduce-plastic-pollution"

https://www.instagram.com/p/CodQwAFP3RC/

"If you haven't checked out the dope gear at bangenergy.com, do it today"

LATHAM&WATKINS LLP



# Likelihood of Success – Undisputed Facts

| | | |
|---|---|---|
| Employee Access in Furtherance of Business | In sworn testimony, Mr. Owoc stated that "[s]omebody at Vital" had created the Instagram and TikTok CEO Accounts | DiDonato Decl. Ex. D. |
| | Mr. Owoc further testified that "someone from the marketing department" was responsible for videos posted to the CEO Instagram and TikTok Accounts | Id. |
| | Mrs. Owoc testified that Vital "operate[s]" the CEO Instagram Account. | Id. Ex E. |
| | In his declaration, Mr. Owoc admits that "employees of the Debtors . . . had access" because Mr. Owoc "as owner of the Debtors" gave them access | Owoc Decl. ¶ 19 |
| | Mr. Owoc further admits that "[t]he marketing department of the Debtors created videos that were posted to [the CEO TikTok Account]." | Id. ¶ 26 |
| | "[W]hen a party has given clear answers to unambiguous questions which negate the existence of any genuine issue of material fact, that party cannot thereafter create such an issue with an affidavit that merely contradicts, without explanation, previously given clear testimony." *Liebman v. Metro. Life Ins. Co.*, 708 F. App'x 979, 983-84 (11th Cir. 2017). | |

LATHAM&WATKINS LLP

# Instagram Posts Selling or Giving Away Bang Products

https://www.instagram.com/p/CpLfp7NjJuS/

https://www.instagram.com/p/CpIv7VSuFZM/

https://www.instagram.com/p/CoiOW-8OfWG/

https://www.instagram.com/p/CoVUmPbOu71/

https://www.instagram.com/p/Cn-HAEFDlz0/

https://www.instagram.com/p/CnNSLt_PlyW/

https://www.instagram.com/p/CnC8oEFI1LG/

https://www.instagram.com/p/Cm9d-eaolOV/

https://www.instagram.com/p/CmukH8wuJCU/

https://www.instagram.com/p/Co0P484PT9H/

https://www.instagram.com/p/CnfVFbcu1ih/

https://www.instagram.com/p/CoyH5R-sYAb/

https://www.instagram.com/p/CmC2cotPVIm/

# Instagram Posts Advertising Bang Products

https://www.instagram.com/p/CpirW9yOr_w/

"CHOOSE VOOZ"

https://www.instagram.com/p/CodQwAFP3RC/

"dope gear at bangenergy.com"

https://www.instagram.com/p/CmFWzmSDqoK/

"TIME TO VOOZ!"

https://www.instagram.com/p/CqL6ITnJXxv/

"Bang Energy Fuels Any Lifestyle"

https://www.instagram.com/p/Cq39Q0YuZpx/

"NEW CAN, SAME BANG!"

https://www.instagram.com/p/CluSyRKDTvd/

"WHAT MAKES VOOZ SO REVOLUTIONARY?"

https://www.instagram.com/p/CIE_0vvDmft/

"FUEL YOUR DESTINY WITH VOOZ!"

https://www.instagram.com/p/CofqNbpj0_b/

"New flavor…coming soon"

# Instagram Posts Promoting the Bang Brand







"At @BangEnergy we disrupt and we differentiate"



"Check out all the products you want @bangenergy."



Going through obstacles: "That's exactly what we're doing @bangenergy."



"@BangEnergy quickly became the third largest energy drink in the world."



"60% of @BangEnergy's employees are minorities"



"@BangEnergy has gone…to 99% aluminum usage."



"While @bangenergy is a company that sells energy drinks, it also offers a variety of sports supplements AND is one of the biggest media companies in the country."

LATHAM & WATKINS LLP

J. Owoc. Decl. Ex. 1

# Instagram "Personal" Posts with Bang Product Placement

https://www.instagram.com/p/CleeS8EP1g4/

"So, rather than pile more sugar on top of birthday cake and other sweets and treats, serve Vooz."

https://www.instagram.com/p/CnXmq83ObuN/

https://www.instagram.com/p/ClHqWoKDb-r/

https://www.instagram.com/p/CoqIsv7PJJ6/

https://www.instagram.com/p/ConbKs_jT4k/

Posts "relat[ing] to or depict[ing]" company products and events "can hardly be labeled 'personal'." *JLM* at *13

# “Subtle Marketing” Linking Bang with Fitness and Diet

## Bang-Branded Messages on Fitness and Diet

https://www.instagram.com/p/CpdxnlUgKOI/

https://www.instagram.com/p/CpOL2IAuVwm/

https://www.instagram.com/p/CovGT92O3Fg/

https://www.instagram.com/p/CnnKUBJO84N/

## J. Owoc Statements on Fitness and Diet

“Just recently, I talked about the benefits of doing 10 sets of resistance training…”

https://www.instagram.com/p/CpY8VIrDSaR/

“Choose your battles with the iron wisely.”

https://www.instagram.com/p/CnSb-6RPISf/

LATHAM&WATKINS LLP

J. Owoc. Decl. Ex. 1

# TikTok Posts Follow Same Pattern

### Advertising



https://www.tiktok.com/@bangenergy.ceo/video/7050473096612056367

### Promoting the Company



### "Personal" Posts with Product Placement

"Caught being caffeine free! #BangEnergyCaffeineFree"



### "Subtle Marketing"



"BANGIN' OUT BENCH PRESS REPS"

LATHAM&WATKINS LLP

J. Owoc. Decl. Ex. 2

# Public Interest

"There is . . . A strong public interest in paying creditors as much as possible in these bankruptcy cases. Furthermore, in this case, there is a strong public interest in completing a sale of [the Debtors' assets] as soon as possible.  *In re Sunland, Inc.*, 507. B.R. 753, 767 (Bankr. D.N.M. 2014).

"[Giving defendant] the ability to transfer her ongoing negative campaign against JLM's reputation, and her efforts to compete against its brands, directly to the Accounts that have served as critical marketing and communication platforms for JLM . . . would likely cause incalculable damage to JLM's reputation and good will.  *JLM* at *17.

The fundamental purpose of a preliminary injunction is "to prevent the judicial process from being rendered futile by defendant's action."  *Canal Auth. of State of Fla. v. Callaway*, 489 F.2d 567, 573 (5th Cir. 1974).

**LATHAM&WATKINS** LLP