UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al*.,

     Debtors.[1]

_____/

VITAL PHARMACEUTICALS, INC., *et al.*

       Plaintiffs,

v.

JOHN H. OWOC and MEGAN E. OWOC,

       Defendants.

_____/

Chapter 11 Cases

Case No. 22-17842 (PDR)
(Jointly Administered)

Adv. Pro. No. 23-01051-PDR

---

**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs submit this supplemental briefing (this "Supplement") in support of their *Motion for Preliminary Injunction* [D.I. 84] (the "Motion")[2] and respectfully state as follows:

**I.    "@BANGENERGY.CEO" IS A VERIFIED BRAND ACCOUNT**

1.    Instagram's official policies for verified badges apply to individuals, businesses, and brands. *See* Exhibit A (Instagram Help Page: Verified Badges) (badges are for "people and brands"); Exhibit B (Instagram Help Page: Requirements to Apply) ("public figure, celebrity, or

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not otherwise defined herein have the meaning given them in the Motion.

brand" may apply; "must represent the unique presence of the person or business").  The guidance, application, and resulting badge make no distinction between verified individuals and verified brands.  *See* Exhibit B (stating that public figure, celebrity or brand may apply by meeting a uniform set of eligibility requirements). They are processed and treated the same.

2.    A username is the account "handle" that identifies the account to the public. Instagram places restrictions upon changes to the username of verified accounts.  *See* Exhibit A For this reason, Instagram cautions applicants to exercise care when choosing the name for a verified account.  *See* Exhibit B.

3.    Here, the chosen username for the verified account is "@bangenergy.ceo," Defendants assert that they chose this name at the inception of the account, and succeeded in having the account verified with that username.  As a result, Defendants are restricted from changing the username, whether to remove its overt affiliation with Bang Energy, or to make it personal or specific to Jack Owoc.

4.    The same is true for the "@bangenergy" company Instagram account, which is also a verified account.

5.    If Defendants had intended at any time to own the CEO Instagram Account, rather than for the Debtors to own the account, they would have exercised care to choose a username that distinguished it from Bang Energy, from the "@bangenergy" verified Instagram account, and from the various other company accounts that also incorporate the "bang" name, and over which Defendants do not assert ownership.  *See* J. Owoc Decl. [D.I. 41] ¶ 20 (listing acknowledged company accounts).

12173822-2

## II.    THE DEBTORS HAVE PROPOSED TO SELL AND ARE PERMITTED TO SELL THE CEO ACCOUNTS IN A SALE OF THE BUSINESS.

6.    While the Instagram Terms of Use restrict attempts to sell "accounts," there is no similar restriction against the transfer of social media accounts associated with a business as part of a going-concern sale.  The Debtors are not aware of any attempt by Instagram to enforce a transfer restriction under such circumstances.

7.    Moreover, the Debtors have listed the CEO Accounts as assets to be sold together with all other business assets.  *See* Exhibit C (disclosure schedules posted to virtual data room) at Section 5.12 (listing each CEO Account as intellectual property to be sold; noting Debtors' ongoing attempt to recover control).

8.    The Debtors have received bids for substantially all of their assets, without exclusion of the CEO Accounts.  One bidder contacted the Debtors after the close of the preliminary injunction hearing and specifically requested the Debtors note to the Court that said bidder considered the CEO Accounts "important assets that the potential buyer wants included in the sale."  *See* Exhibit D (redacted correspondence).[3]

9.    As a result, even if there is any risk of challenge by Instagram to the transfer of the accounts, that is a risk that purchasers have considered and accepted in the context of the sale of the Debtors' business.

10.    Therefore, damaging posting to the CEO Accounts impairs a Debtor asset for sale, on which bidders place value.  Once accomplished, that harm is irreparable.

---

[3] Given the confidentiality of the bid and bidders, and the absence of any confidentiality agreement with Defendants, the Debtors have included the referenced correspondence in redacted form.  An unredacted copy will be made available to the Court upon request.

12173822-2

## CONCLUSION

11.    For these additional reasons, the Debtors respectfully request the Court enter the

proposed order attached to the Motion (and Reply) as Exhibit A.


Dated:    May 26, 2023
          Miami, Florida

George A. Davis (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:   george.davis@lw.com
         hugh.murtagh@lw.com
         tj.li@lw.com
         brian.rosen@lw.com
         jon.weichselbaum@lw.com

            - and -

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

Respectfully submitted,

*/s/Jordi Guso*

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:   jguso@bergersingerman.com
Email:   mniles@bergersingerman.com

*Co-Counsel for the Debtors/Plaintiffs*

4

**Exhibit A**

**Instagram Help Article: Verified Badges**

Manage Your Account

## Verified Badges

Verified badges help people more easily find the public figures, celebrities and brands they want to follow. Learn more:

---

**Verified badges on Instagram**

The meaning of the verified badge has been updated to represent authenticity.

An Instagram account with a verified badge next to its name now means that Instagram has confirmed that it is the authentic presence for that person or brand. Previously, the verified badge also required the person or brand to be notable and unique. You may still see users with a verified badge that represents our previous eligibility requirements.

The verified badge is a tool to help people find the real accounts of people and brands. If an account has the verified badge, we've confirmed that it represents who it says it does. A verified badge is not a symbol to show importance, authority or subject matter expertise. We don't use the verified badge to endorse or recognize public figures or brands.

Once verified, public figures, celebrities and brands that meet certain account and eligibility requirements may not change their username on their account. Verification cannot be transferred to a different account. Instagram accounts that impersonate public figures or other people go against our Community Guidelines and aren't allowed on Instagram.

**Note:** While many public figures verify their account on Instagram, not all public figures have verified badges. As we test and learn, there will be no immediate changes to accounts on Instagram or Facebook that are already verified based on prior requirements.

If you already have a notable profile and an existing verified badge, you can still apply for a Meta Verified subscription. Learn more about Meta Verified subscriptions.

---

https://help.instagram.com/854227311295302/?helpref=hc_fnav

**Exhibit B**

**Instagram Help Article: Requirements to Apply for Verified Badge**

---

Requirements to apply for a verified badge on Instagram                                 ▲

**There are two ways to get the verified badge:**

1. Subscribe to Meta Verified. Learn more about the eligibility criteria.

2. Apply for the verified badge if you are a public figure, celebrity or brand and meet the account and eligibility requirements outlined below.

For accounts not subscribed to Meta Verified, we look at a number of factors when evaluating Instagram accounts to determine if they meet our verification criteria.

In addition to following Instagram's Terms of Use and Community Guidelines, your account also needs to be:

- **Authentic**: Represent a real person, registered business or entity.

- **Unique**: Represent the unique presence of the person or business. Only one account per person or business may be verified, with exceptions for language-specific accounts. We don't verify general interest accounts (example: @puppymemes).

- **Complete**: Your account must be public and have a bio, profile photo and be active when you apply.

- **Notable**: Your account must represent a well-known, highly searched for person, brand or entity. We review accounts that are featured in multiple news sources, and we don't consider paid or sponsored media content as sources for review.

Learn more about how to apply for a verified badge if you meet the above account and eligibility requirements.

**Note:**

- Make sure your username is what you'd like it to be before you apply for a verified badge. Once verified, you may not change the username on your account.

- If you receive a verified badge using false or misleading information during the verification process, we will remove your verified badge and may take additional action to disable your account.

If your account is verified by Instagram for notability, you may want to enable additional security tools like two-factor authentication. Learn about other security tips on Instagram.

---

🔒  https://help.instagram.com/854227311295302/?helpref=hc_fnav

---

2

## Exhibit C

**Debtors' Disclosure Schedules Posted to Virtual Data Room**

***See following pages***

**STRICTLY CONFIDENTIAL**
*L&W Draft 3/30/23*

**SELLER DISCLOSURE SCHEDULE**

**TO**

**STALKING HORSE AGREEMENT**

**BY AND AMONG**

**VITAL PHARMACEUTICALS, INC., AS THE SELLER,**

**EACH OF THE AFFILIATES OF THE SELLER LISTED ON <u>SCHEDULE I</u> THERETO**

**AND**

**[BUYER]**

**DATED AS OF [____], 2023**

12173822-2

This Seller Disclosure Schedule (this "Disclosure Schedule") has been prepared in connection with that certain Stalking Horse Agreement (the "Agreement"), dated as of [ ● ], 2023, by and among Vital Pharmaceuticals, Inc., a Florida corporation (the "Seller"), the Affiliates of the Seller listed on Schedule I to the Agreement (such Affiliates, together with the Seller, the "Selling Entities"), and [ ● ], a [ ● ] (the "Buyer").  Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Agreement.  Section references herein are to sections of the Agreement.  This Disclosure Schedule is provided in confidence on the terms and subject to the conditions of the Confidentiality Agreement and the Agreement.

The disclosures in this Disclosure Schedule are to be taken as relating to the representations and warranties of the Selling Entities and the Acquired Subsidiaries as a whole, notwithstanding the fact that this Disclosure Schedule is arranged by sections corresponding to the sections in the Agreement, or that a particular section of the Agreement makes reference to a specific section of this Disclosure Schedule.  As a result, any disclosure made by a party in this Disclosure Schedule with reference to any section or schedule of the Agreement shall be deemed to be a disclosure with respect to all other sections or schedules of the Agreement to the extent such disclosure is reasonably apparent on the face of such disclosure.

Matters reflected in this Disclosure Schedule are not necessarily limited to matters required by the Agreement to be reflected in this Disclosure Schedule; this Disclosure Schedule may contain items that are not material (or otherwise required to be disclosed) in order to avoid any misunderstanding, or otherwise for informational purposes.  Accordingly, certain information set forth in this Disclosure Schedule is included solely for informational purposes and may not be required to be disclosed pursuant to the Agreement.  The disclosure of any information shall not be deemed to constitute an acknowledgment or admission that such information is required to be disclosed in connection with the representations and warranties made in the Agreement, nor shall such information represent a material exception or material fact, event or circumstance or have had or would be reasonably likely to have a Material Adverse Effect.  Disclosure of any allegations with respect to any alleged breach, violation or default under any contractual or other obligation, or any Law, is not an acknowledgment or admission that such breach, violation or default has occurred.

The information contained in this Disclosure Schedule is disclosed solely for purposes of the Agreement, and no information contained herein (including any disclosure relating to any possible breach or violation of, or conflict with, any Law or contract, and any statements with respect to the enforceability of contracts, or the existence or non-existence of third-party rights) shall be deemed to be an acknowledgment or admission by any party to the Agreement to any third party of any matter whatsoever, or otherwise give rise to any claim or benefit to any third party.

This Disclosure Schedule and the information and disclosures contained herein are intended only to qualify and limit the representations or warranties contained in the Agreement and shall not be deemed to expand in any way the scope or effect of any of such representations or warranties.  Where the terms of a contract or other item have been summarized or described in this Disclosure Schedule, such summary or description does not purport to be a complete statement of the material terms of such contract or other item, and all such summaries and descriptions are qualified in their entirety by reference to the contract or item being summarized and/or described.

The information provided in this Disclosure Schedule is being provided solely for the purpose of making disclosures to the Buyer under the Agreement.  In disclosing this information, each of the Selling Entities and the Acquired Subsidiaries does not waive, and expressly reserves any rights under, any attorney-client or other privilege associated with such information or any protection afforded by the work-product or other doctrine with respect to any of the matters disclosed or discussed herein.

The headings and introductions used in this Disclosure Schedule have been included for convenience only, and are not intended to limit the effect of the disclosures contained herein or to expand the scope of the information required to be disclosed herein.

12173822-2

## Section 1.1(a)
## Acquired Foreign Subsidiaries[4]

| Acquired Subsidiaries | Jurisdiction | Equity Interests |
|---|---|---|
| Bang Energy Canada, ULC | Canada | 100% of equity interests held by Bang Energy Canada, Inc. |
| Bang Energy B.V. | Netherlands | 100% of equity interests held by Vital Pharmaceuticals, Inc. |
| Bang Energy (Australia) Pty Ltd. | Australia | 100% of equity interests held by Vital Pharmaceuticals, Inc. |
| Bang Energy VPX Sports Ecuador S.A.S. | Ecuador | 100% of equity interests held by Vital Pharmaceuticals, Inc. |
| Bang Energy Brazil LTDA | Brazil | 100% of equity interests held by Vital Pharmaceuticals, Inc. |
| Bang Energy Chile SPA | Chile | 100% of equity interests held by Vital Pharmaceuticals, Inc. |
| Bang Energy Colombia SAS | Colombia | 100% of equity interests held by Vital Pharmaceuticals, Inc. |

---

[4] **Note to Draft**: Subject to transaction structure.

**Section 1.1(b)**
**Acquired US Subsidiaries**

| Acquired US Subsidiaries | Jurisdiction | Equity Interests |
|---|---|---|
| Bang Energy Canada, Inc. | Florida | 100% of equity interests held by Vital Pharmaceuticals, Inc. |

12173822-2

**Section 1.1(c)**
**Excluded Subsidiaries**

| Excluded Subsidiaries | Jurisdiction | Equity Interests |
|---|---|---|
| Bang Jets, LLC | Florida | 100% of equity interests held by Vital Pharmaceuticals, Inc. |
| Bang Energy Mexico S. DE R.L. de C.V. | Mexico | 50% of equity interests held by Vital Pharmaceuticals, Inc.<br>50% of equity interests held by John H. Owoc |
| Bang Energy Costa Rica LTDA | Costa Rica | 1% of equity interests held by Vital Pharmaceuticals, Inc.<br>99% of equity interests held by Bang Energy International, LLC |
| Bang Energy Peru S.A.C. | Peru | 1% of equity interests held by Vital Pharmaceuticals, Inc.<br>99% of equity interests held by Energy Peru, L.L.C. |

6

**Section 1.1(d)**
**Business Marks**

The trademarks set forth in <u>Section 5.12(a)(i)</u> of this Disclosure Schedule are incorporated by reference herein.

12173822-2

**Section 1.1(e)**
**Operating Liabilities**

Any payment required to be made with respect to the OBI/Monster Matter in connection with the arbitration awards and associated obligations thereunder that are attributable or related to the use of any Trademark for any period from and after the Closing.

12173822-2

**Section 1.1(f)**
**Permitted Encumbrances**

Vehicle Fleet Liens

| *Lienholder* | *Amount Due* |
|---|---|
| Hitachi Capital American Corp. | $1,489,266.55 |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial | $1,963,585.85 |
| Ally Bank | $1,048,995.32 |
| Chrysler Capital | $42,262.58 |

Mechanical Liens

| *Lienholder* | *Amount Due* |
|---|---|
| Ahern Rentals Inc. | $9080.86 |
| Belvac Production Machinery Inc. | Fixture filing |
| Degan Construction LLC | $366,172.41 |
| Fabco Metal Products LLC | $2,160,783.76 |
| Faith Technologies Inc | $807,781.00 |
| Faith Technologies Inc | $2,777,007.15 |
| HACI Mechanical Contractors Inc | $224,126.00 |
| Hardrock Concrete Placement Co Inc | $669,195.67 |
| Heavy Equipment Movers & Installation | $1,567,360 |
| Integrated Masonry | $145,637.30 |
| ISEC Inc. | $126,838.00 |
| Nexus Steel LLC | $313,512.91 |
| Stellar Group Inc | $7,722,974.37 |
| M&P Venture Partners Demolition, LLC | $35,755.00 |
| Trench Shore Rentals | $5,208.73 |

Financing

Any encumbrances as a result of the Amended and Restated Revolving Credit and Term Loan Agreement, dated as of August 14, 2020 (as amended and otherwise modified from time to time prior to the Petition Date), among, *inter alios*, the Vital Pharmaceuticals Inc., the guarantors party thereto, the lenders party thereto and Truist Bank (and its successors) in its capacity as administrative agent thereunder (the "Truist Agreement").

12173822-2

## Section 1.1(g)
## Real Property Leases

1. Lease Agreement, dated February 11, 2019, by and between Vital Pharmaceuticals Inc. and Duke Secured Financing 2009-1 PAC LLC (9550 Parksouth Ct. #300, Orlando, FL 32837).
2. Lease Agreement, dated January 1, 2020, by and between Vital Pharmaceuticals Inc. and Kearny Mesa West LLC (7292 Opportunity Rd., San Diego, CA).
3. Lease Agreement, dated September 1, 2021, by and between Vital Pharmaceuticals Inc. and Ranger H-TX LP (11707 S. Sam Houston Pkwy. W., Suite H, Houston, TX 77031).
4. Lease Agreement, dated October 1, 2018, by and between Vital Pharmaceuticals Inc. and Colony Capital, Inc. (1601 Wallace Drive, Carrolton, TX 75006).
5. Sublease Agreement, dated September 1, 2021, by and between Vital Pharmaceuticals Inc. and Romanoff Electric Residential LLC / RBROTHERS, LLC (5639 Brookshire Blvd., Suite C, Charlotte, NC).
6. Lease Agreement, dated April 1, 2020, by and between Vital Pharmaceuticals Inc. and TGA Cactus DC II LLC (4747 W. Buckeye Rd., Phoenix, AZ).
7. Lease Agreement, dated June 29, 2019, by and between Vital Pharmaceuticals Inc. and Rexford Industrial Realty L.P. (3042 Inland Empire Blvd. Bldg. A -3-50, Ontario, CA).
8. Lease Agreement, dated June 1, 2019, by and between Vital Pharmaceuticals Inc. and Prologis Targeted U.S. Logistics Fund (10100 Aviation Blvd., Los Angeles, CA).
9. Lease Agreement, dated June 30, 2019, by and between Vital Pharmaceuticals Inc. and Icon Owner Pool 1 LA Non-Business Parks, LLC (11130 Sherman Way, North Hollywood, CA).
10. Lease Agreement, dated September 1, 2022, by and between Vital Pharmaceuticals Inc. and Taro Patch Holdings LLC (9052 Rosencrans Ave., Bellflower, CA 90706).
11. Lease Agreement, dated November 1, 2018, by and between Vital Pharmaceuticals Inc. and Dogwood Propco FL, L.P. (1907-1911 US Highway 301 N, Suite D160, Tampa, FL).
12. Sublease Agreement, dated June 1, 2020, by and between Vital Pharmaceuticals Inc. and Dogwood Propco FL, L.P. (1907-1911 US Highway 301 N, Suites D140, D150, Tampa, FL).
13. Lease Agreement, dated June 1, 2019, by and between Vital Pharmaceuticals Inc. and KP Properties of Ohio LLC (3520 Old Metro Parkway, Fort Myers, FL 33916).
14. Lease Agreement, dated March 19, 2019, by and between Vital Pharmaceuticals Inc. and EastGroup Properties L.P. (7950 Central Industrial Dr., Riviera Beach, FL).
15. Lease Agreement, dated March 15, 2019, by and between Vital Pharmaceuticals Inc. and CK Afton Ridge II, LLC (6100-T Glen Afton Blvd., Concord, NC 28027).
16. Lease Agreement, dated October 29, 2019, by and between Vital Pharmaceuticals Inc. and Everman Trade Center L.P. (160 Everman Freeway, Ft. Worth, TX 76134).
17. Lease Agreement, dated August 1, 2019, by and between Vital Pharmaceuticals Inc. and PPF Lincoln Medley, LLC (12600 NW 115 Ave., Medley, FL).
18. Lease Agreement (undated), by and between Vital Pharmaceuticals Inc. and GLP US Management LLC (11130 Sherman Way, North Hollywood, CA 91352).
19. Lease Agreement, dated September 1, 2022, by and between Vital Pharmaceuticals Inc. and 1600FLL, LLC (1600 North Park Drive, Suite 100, Weston, FL 33326).
20. Lease Agreement, dated December 31, 2021, by and between Vital Pharmaceuticals Inc. and EVOX FL Pembroke 20351, LLC (20311 Sheridan Street, Pembroke Pines, Florida 33332).

12173822-2

**Section 2.1[5]**
**Purchase and Sale of Assets**

(e)[6]

(f)

Section 1.1(g) of this Disclosure Schedule is incorporated by reference herein.

(g)

| Owner | Property Name | Address |
|---|---|---|
| JHO Real Estate Investment, LLC | Phoenix Manufacturing Plant | 1635 43rd Avenue, Phoenix, AZ 85009 |

([ ● ])[7]

1. Any Claims, including with respect to infringement of Intellectual Property, corporate opportunities or misappropriation of assets of or primarily relating to the Business, against John H. Owoc or Megan E. Owoc or any of their Affiliates or related Persons (including any of their employees, directors, officers or immediate member of family) which primarily relate to the Business (including any Claims that resulted in certain assets being treated as Excluded Assets hereunder) (collectively, "Misappropriation Claims").
2. The right to use any Trademarks as a result of the OBI/Monster Matter and the underlying arbitration award.
3. *VPX vs. Dang Foods* (U.S. SD Fla / 0:21-cv-61119).
4. *VPX vs. Bang Diamonds* (U.S. SD Fla / 0:22-cv-60155).

---

[5]    **Note to Draft**: Schedule to be revised in next draft of the Asset Purchase Agreement to include a carve out for assets disclosed under this Schedule.

[6]    **Note to Draft**: List to be identified by Buyer based on review of Cure schedule and anything referred to in Section 5.11 (Material Contracts) and Section 5.21 (Affiliate Transactions).

[7]    **Note to Draft**: Placeholder section for a carve out for assets disclosed under this Schedule.

11

## Section 2.2
## Excluded Assets

General
1. Any Claims against John. H. Owoc or Megan E. Owoc or any of their Affiliates or related Persons (including any of their employees, directors, officers or immediate member of family) that are not Misappropriation Claims.
2. All permits listed in Section 5.6 of this Disclosure Schedule are Excluded Assets.
3. All insurance policies listed in Section 5.15 of this Disclosure Schedule are Excluded Assets.

Litigation Matters
1. *VPX & JHO IP Holdings, LLC vs. PhD* (U.S. CD Cal / 2:20-CV-6745).
2. *VPX vs. ProSupps et al.* (Broward Circuit / CACE-12-007083).
3. *VPX vs. Elegance Brands et al.* (U.S. SD Fla / 0:20-cv-61307).
4. *VPX vs. Drink King Distribuing* (Broward Circuit / CACE-21-003376).
5. *VPX & JHO IP Holdings vs. Ignite Int'l & James Gracely* (U.S. SD Fla / 21-cv-60451, AAA (Fla) / 01-21-0017-1993).
6. *VPX vs. Brightfractl et al.* (Palm Beach Circuit / 50-2020-CA-005690-XXXX).
7. *VPX vs. Europa Sports Partners* (U.S. SD Fla / Case No. 0:22-cv-60669-XXXX).
8. *VPX vs. Monster & Rodney Sacks* (U.S. SD Fla / 0:22-cv-61621).
9. *VPX vs. Monster & Markerly et al.* (U.S. SD Fla /0-19-cv-61974).
10. *VPX vs. Ball Metal* (AAA (Denver) / 01-21-0000-1032).
11. *VPX vs. Suddath Global Logistics et al.* (Broward Circuit / CACE-21-003572).
12. *VPX vs. Yepes, Daniel* (Broward Circuit / CACE- 21015520).
13. *VPX vs. Triller & Carnegie* (Broward Circuit / CACE-20-016430).
14. *VPX vs. Premier Nutrition Products, LLC & Derik Fay* (Broward Circuit / CACE-21-022185).
15. *VPX vs. Lloyds London* (Broward Circuit /Case No. CACE-22-005500).
16. *VPX vs. Brandyn Alejos et al.* (Broward Circuit / CACE 12-07088).
17. *In re: GNC Holdings, Inc. et al.* (D. De Bkrty./ 20-11662 (KBO) (Ch. 11)).
18. *In re: 24 Hour Fitness Worldwide, Inc. et al.* (U.S. De. Bkrty./ 20-11558-KBO (Ch. 11)).

12

**Section 2.4(h)**
**Excluded Liabilities**

None.

12173822-2

## Section 2.5(a)
## Assumption and Assignment of Certain Contracts

[**Note to Draft**: To cross-reference Cure Schedule once the Assumed Contracts have been identified.]

**Section 5.2**
**Subsidiaries**

Section 1.1(a) of this Disclosure Schedule is incorporated by reference herein.

12173822-2

**Section 5.4(a)**
**No Conflicts**

1. The Selling Entities and/or the Acquired Subsidiaries disclosed and provided copies of certain commercial Contracts in connection with the Bankruptcy Case auction process with participants in the auction process who were subject to confidentiality agreements. Such disclosure constitutes a breach of confidentiality provisions in such commercial Contracts.

2. The assumption of certain Assumed Agreements, including, but not limited to, any Intellectual Property licenses with Affiliates of the Selling Entities and personal services contracts, may require consent.

3. The permits of the Seller are not transferable as noted in <u>Section 5.6</u> of this Disclosure Schedule. Prior to the Closing, the Seller is required to provide notices to the applicable permit regulator notifying them of the sale of the Purchased Assets.

4. The insurance policies of the Seller are not transferable as noted in <u>Section 5.15</u> of this Disclosure Schedule.

12173822-2

## Section 5.5
## Legal Proceedings and Orders

<u>Pending Claims</u>

1.  *Orange Bang & Monster vs. VPX & JHO IP Holdings* (AAA (Los Angeles) / 01-20-0005-6081, U.S. CD Cal / 20-1464 DSF).
2.  *Monster vs. VPX & Owoc* (U.S. CD Cal / 5:18-CV-1882).
3.  *PepsiCo adv. (i) VPX, (ii) JHO IP Holdings, LLC, (iii) Elite IP Holdings, LLC, (iv) Quash Seltzer, Inc.* (AAA (NYC) / 01-20-0015-8060, U.S. SD Fla / 0:20-cv-62415, U.S. SD Fla / 0:22-cv-60805, U.S. D Az / 2:22-cv-00593, U.S. D Az / 2:22-cv-00591, U.S. D Az / 2:22-cv-00353, U.S. SD Fla / 0:21-cv-60191).
4.  *Webb & Gerritsen vs. VPX* (WI State Court, Waukesha County / 2019-cv-001049).
5.  *All Brands vs. VPX et al.* (U.S. DC Ks / 6:18-01354).
6.  *Balboa Capital vs. VPX & Owoc* (U.S. SD Fla / 0:18-CV-61125).
7.  *VPX & JHO IP Holdings, LLC vs. PhD* (U.S. CD Cal / 2:20-CV-6745).
8.  *VPX vs. ProSupps et al.* (Broward Circuit/CACE-12-007083).
9.  *VPX vs. Elegance Brands et al.* (U.S. SD Fla / 0:20-cv-61307).
10. *VPX vs. Drink King Distributing* (Broward Circuit / CACE-21-003376).
11. *VPX & JHO IP Holdings vs. Ignite Int'l & James Gracely* (U.S. SD Fla / 21-cv-60451, AAA (Fla) / 01-21-0017-1993).
12. *VPX vs. Brightfractl et al.* (Palm Beach Circuit / 50-2020-CA-005690-XXXX).
13. *VPX vs. Europa Sports Partners* (U.S. SD Fla / Case No. 0:22-cv-    60669-XXXX).
14. *VPX vs. Monster & Rodney Sacks* (U.S. SD Fla / 0:22-cv-61621).
15. *VPX vs. Monster & Markerly et al.* (U.S. SD Fla / 0-19-cv-61974).
16. *VPX vs. Ball Metal* (AAA (Denver) / 01-21-0000-1032).
17. *VPX vs. Suddath Global Logistics et al.* (Broward Circuit /CACE-21-003572).
18. *VPX vs. Yepes, Daniel* (Broward Circuit / CACE- 21015520).
19. *VPX vs. Triller & Carnegie* (Broward Circuit /CACE-20-016430).
20. *VPX vs. Premier Nutrition Products, LLC & Derik Fay* (Broward Circuit / CACE-21-022185).
21. *VPX vs. Lloyds London* (London (2022) Broward Circuit / Case No. CACE-22-005500).
22. *VPX vs. Dang Foods* (U.S. SD Fla / 0:21-cv-60805).
23. *VPX vs. Bang Diamonds* (U.S. SD Fla / 0:22-cv-60155).
24. *VPX vs. Brandyn Alejos et al.* (Broward Circuit / CACE 12-07088).
25. *In re: GNC Holdings, Inc. et al.* (D. De Bkrty. / 20-11662 (KBO) (Ch. 11)).
26. *In re: 24 Hour Fitness Worldwide, Inc. et al.* (U.S. De. Bkrty. / 20-11558-KBO (Ch. 11)).
27. *Timothy Brown vs. VPX* (U.S. ED NY / 1:22-cv-00805).
28. *Fischer vs. VPX* (U.S. ED MO / 4:22-cv-00136, St. Louis County Circuit Court / 21SL-CC04977).
29. *Abbot vs. VPX* (ED MO / 22-CV-00587, St. Louis County Circuit Court / 22 SL-CC02272 ).
30. *Williams, Wightman & Hernandez vs. VPX* (Cal Superior Ct., San Bernadino / CIV B 21-34330, Cal Superior Ct., SanBernadino / CIV B 21-29573 ).
31. *Dairy Farmers v. Vital Pharmaceuticals, Inc.* (U.S. WD MO / 4:20-cv-00760).
32. *Southeast Cold Fill vs. VPX et al.* (U.S. D. SC, Florence Division / 4:20-CV-00776).
33. *The American Bottling vs. VPX et al.* (U.S. D. DE. / 1:20-cv-01268).
34. *Premium Beverage vs. VPX et al.* (Cal Superior Ct. Santa Cruz / 19CV02562).
35. *The House of LaRose, Inc. vs. VPX* (U.S. SD Fla / 0:21-cv-60736).
36. *UMG Recordings vs. VPX & Owoc* (U.S. SD Fla / 0:21-cv-60914).

37. *Sony Music Entertainment vs. VPX & Owoc* (U.S. SD Fla / 1:21-cv-22825).
38. *Warner Music Group vs. VPX & Owoc* (U.S. SD Fla. / 1:22-cv-22951).
39. *Massimo Zanetti Beverage USA vs. VPX* (U.S. ED Va / 2:21-cv-00382).
40. *Briggs Equipment vs. VPX et al* (Broward Circuit /CACE - 20015813).
41. *Ardagh vs. VPX & Quash* (U.S. SD Fla / 0:22-cv-60835).
42. *Nexus Steel, LLC v. VPX, JHO Real Estate Investment, LLC* (AZ Maricopa County Superior Ct. / CV2022-008873).
43. *Marc Kesten vs. VPX & Owoc* (Fla. DCA3, 22-56019, Supreme Court of Florida / SC22-1253).
44. *Donna Williams vs. VPX & Owoc* (Broward Circuit / CACE-20003681).
45. *Cheryl Ohel vs. VPX* (Broward Circuit / 18-007709).
46. *Krystle Glenn vs. VPX* (2020).
47. *James Rodriguez vs. VPX* (Cal Superior Ct., LA / 21STCV20916)).
48. *Tadasha Lenorah Hodges vs. Darrell James Bennet II & VPX* (Orange County Circuit (Fla) / 2022-CA-06790-O).
49. *Aaronda Walton vs. VPX* (FL EEOC / Charge No. 510-2022-03641).
50. *In re: JHO Intellectual Property Holdings, LLC* (Fed. Cir. No. 19-2330).
51. *VPX et al. vs. John H. Owoc & Megan E. Owoc* (Bankr. S.D. Fla. / 23−01051−PDR).
52. *Vital Pharmaceuticals, Inc. et al. vs Atlantic Recording Corporation, Atlantic Records Group LLC, Warner Records Inc., Asylum Worldwide LLC, Bad Boy Records LLC, Rhino Entertainment Company, Rhino Entertainment LLC, Spinnin Records B.V., Warner Music International Services Limited, Warner Music Latina Inc., Gene Autry's Western Music Publishing Co., Unichappell Music Inc., W Chappell Music Corp., Warner Chappell Music, Inc. and Warner−Tamerlane Publishing Corp.* (Bankr. S.D. Fla. / 22−01428-PDR).
53. *VPX & JHO IP Holdings, LLC vs Orange Bang Monster* (Bankr. S.D. Fla. / 23-01031-PDR).
54. *VPX & JHO IP Holdings, LLC vs Orange Bang Monster* (S.D. Fla. / 23-cv-60599-RS).

Threatened Claims
1. *Scheibe v. VPX* (2022)
2. *Mello vs. Habib Rahman & VPX* (2022).

In addition to the Claims listed above, given the size of the Business, from time to time, the Business becomes involved in various disputes in the Ordinary Course of Business, including vehicle accident claims (that are generally covered by vehicle insurance) and employment equal opportunity claims.

12173822-2

**Section 5.6**
**Permits**

(a)

All Permits listed below constitute Excluded Assets and will not be transferred to Buyer in connection with the Transactions.  Buyer will need to obtain these Permits in its own name.

| *Owner / Location* | *Issuer* | *Type* |
|---|---|---|
| Vital Pharmaceuticals, Inc.<br><br>1635 S. 43rd Ave.<br>Phoenix, AZ | City of Phoenix, Arizona | Business License |
|  | Food and Drug Administration ("FDA") | FDA Food Facility Registration |
|  | Arizona | State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>4747 W. Buckeye Rd.<br>Phoenix, AZ | City of Phoenix, Arizona | Business License |
| Vital Pharmaceuticals, Inc.<br><br>11130 Sherman Way,<br>Sun Valley, CA 91352 | City of Los Angeles, California | Business License |
| Vital Pharmaceuticals, Inc.<br><br>3042 Inland Empire, Suite A<br>Ontario, CA | City of Ontario, California | Business License |
| Vital Pharmaceuticals, Inc.<br><br>10100 Aviation Blvd., Suite 200,<br>Los Angeles, CA 90045 | City of Los Angeles, California | Business License |
| Vital Pharmaceuticals, Inc.<br><br>1909 N. US Highway 301, Building D, Suite 140-150<br>Tampa, FL 33619 | City of Tampa, Florida | Business License |
|  | Florida Department of Agriculture & Consumer Services ("FDACS") | FDACS – State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>12600 NW 115 Ave,<br>Medley, FL 33166 | Town of Medley, Florida | Business License |
|  | FDACS | FDACS – State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>20311 Sheridan St. Bldg A<br>Pembroke Pines, FL | City of Pembroke Pines, Florida | Business License |
|  | FDA | FDA Food Facility Registration |
|  | FDACS | FDACS – State Food Facility License |

19

| Owner / Location | Issuer | Type |
|---|---|---|
| Vital Pharmaceuticals, Inc.<br><br>1600 N. Park Dr.<br>Weston, FL | City of Weston, Florida | Business License |
| | FDA | FDA Food Facility Registration |
| | FDACS | FDACS – State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>9550 Parksouth Court, Suite 300<br>Orlando, FL 32837 | Orange County, Florida | Business License |
| | FDACS | FDACS – State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>7950 Central Industrial Dr. N., Ste. 102<br>Riviera Beach, FL 33404 | Palm Beach County, Florida | Business License |
| | FDACS | FDACS – State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>3520 Old Metro Pkwy.<br>Fort Myers, FL | City of Fort Myers, Florida | Business License |
| | FDACS | FDACS – State Food Facility License |
| Vital Pharmaceuticals, Inc.<br><br>4117 Wagon Trail Ave.<br>Las Vegas, NV 89148 | City of Clark County, Nevada | Business License |
| Vital Pharmaceuticals, Inc.<br><br>6100 Glen Afton Blvd,<br>Concord, NC | City of Concord, North Carolina | Business License |
| Vital Pharmaceuticals, Inc.<br><br>160 W. Everman Fwy.<br>Fort Worth, TX | City of Dallas, Texas | Business License |
| Quash Seltzer, LLC | Alabama | Importer License |
| | Arizona | In-State Producer License |
| | | TTB Brewer's Notice |
| | | TTB Basic Permit - Wholesaler |
| | Arkansas | Non-Resident Beer |
| | California | Out-of-State Beer Manufacturer Certificate |
| | Colorado | Importer License |
| | Connecticut | Out-of-State Shipper |
| | Delaware | Unlimited Supplier License |
| | Florida | Manufacturer of Malt Beverages |
| | | TTB Brewer's Notice |

| Owner / Location | Issuer | Type |
|---|---|---|
| | | TTB Basic Permit - Importer |
| | | TTB Basic Permit - Wholesaler |
| | Georgia | Broker License |
| | Idaho | Certificate of Approval |
| | Illinois | Non-Resident Dealer License |
| | Iowa | Certificate of Compliance |
| | Kansas | Supplier Permit |
| | Kentucky | Out of State Malt Beverage Supplier's License |
| | Maryland | Non-Resident Dealer License |
| | Michigan | Out-of-State Seller of Beer |
| | Minnesota | Malt Beverage Importer's License |
| | Mississippi | Importer License |
| | Missouri | Solicitor License |
| | Montana | Importer License |
| | Nebraska | Importer License |
| | New Hampshire | Beverage Vendor |
| | North Carolina | Nonresident Malt Beverage Vendor |
| | North Dakota | Supplier License |
| | Ohio | Out of State Supplier of Beer |
| | Oklahoma | Non-Resident Seller's License |
| | Oregon | Certificate of Approval |
| | Pennsylvania | Brand Registration |
| | Rhode Island | Certificate of Compliance |
| | Tennessee | Beer Certificate |
| | Texas | Nonresident Brewer's License |
| | | Nonresident Brewer's License |
| | | Nonresident Brewer's License |
| | Vermont | Certificate of Approval |
| | Virginia | Out of State Importer |
| | West Virginia | Importer License |
| | Wisconsin | Out of State Shipper |
| Quash Seltzer, LLC | US Alcohol and Tobacco, Tax and Trade Bureau ("TTB") | TTB Formula Approval (Flavor – Bang Hard Tea – Blackberry Blast) |
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Key Lime Pie) |
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Lemon Drop) |

21

| Owner / Location | Issuer | Type |
|---|---|---|
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Mango Bango) |
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Pina Colada) |
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Purple Kiddles) |
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Strawberry Blast) |
| | | TTB Formula Approval (Flavor – Bang Mixx Hard Seltzer – Wyldin' Watermelon) |
| | | TTB Formula Approval (Flavor – Bang Hard Seltzer – Raging Raspberry Hibiscus) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Blackberry Blast) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Georgia Peach) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Lemon Drop) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Original Iced Tea) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Planet Pomegranate) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Raspberry Hibiscus) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Strawberry Hibiscus) |
| | | TTB Formula Approval (Flavor – Bang Hard Tea – Wyldin' Watermelon) |
| Vital Pharmaceuticals, Inc. | Colombia | Sanitary Registration License |
| | Ecuador | Sanitary Registration License |

22

| Owner / Location | Issuer | Type |
|---|---|---|
| | Dominican Republic | Sanitary Registration for Bang Blue Razz |
| | Panama | Sanitary Registration for Bang Mango Bango |
| | | Sanitary Registration for Bang Swirly Pop |
| | | Sanitary Registration for Bang Wyldin' Watermelon |
| | Paraguay | Sanitary Registration for Bang Blue Razz |
| | | Sanitary Registration for Bang Candy Apple Crisp |
| | | Sanitary Registration for Bang Mango Bango |
| | | Sanitary Registration for Bang Sour Heads |
| | | Sanitary Registration for Swirly Pop |

## Section 5.7
## Compliance with Law

From time to time, certain Selling Entities have received written communications from a Governmental Authority informing such Selling Entity that a permit was not renewed in a timely fashion, or that a related report was not filed in a timely manner.  Upon receipt of these communications, such Selling Entity takes steps to rectify the identified issue.

24

**Section 5.8**
**Absence of Certain Developments**

1. On March 9, 2023, the Board of Directors of the Seller terminated (i) John H. Owoc from his role as Chief Executive Officer and Chief Science Officer of the Seller and member of the Board of Directors of the Seller, as well as his roles at the other Selling Entities, and (ii) Megan E. Owoc from her role as Senior Director of Marketing of the Seller.

2. Any defaults under the Seller's debtor-in-possession financing facility for which no Termination Notice (as defined in the DIP Order) is sent, or extensions of the milestones set forth in the DIP Order or Bidding Procedures Order.

**Section 5.9**
**Financial Statements**

(a)

See <u>Schedule 5.9</u> attached.

**Section 5.10(a)**
**Employee Benefit Plans**

1.  Medical/Prescription Plans (United Healthcare (Self Insured Plan))
2.  Dental Plan (MetLife)
3.  Vision Plan (MetLife)
4.  Worker's Compensation (Chubb)
5.  Employment Practices Liability Insurance (Chubb)
6.  Term Life, Short & Long Disability and Supplemental (Mutual of Omaha)
7.  Paid Time Off (including vacation, floater and holidays)
8.  Expense Reimbursement
9.  Tuition Reimbursement
10. 401K
11. FSA – Health Equity
12. HAS – Optum Bank
13. FMLA – (Maternity & Paternity Paid Leaves)
14. Employee Referral

**Section 5.11**
**Material Contracts**

(a)(i)

1. Employment Agreement, dated February 20, 2023, by and between Vital Pharmaceuticals, Inc. and Eugene Bukovi.
2. Employment Agreement, dated February 20, 2023, by and between Vital Pharmaceuticals, Inc. and Liangxi Li.
3. Employment Agreement, dated June 11, 2020, by and between Vital Pharmaceuticals, Inc., d/b/a Bang Energy and Gregg H. Metzger.
4. Employment Agreement, dated February 26, 2020, by and between Vital Pharmaceuticals, Inc., d/b/a Bang Energy and Greg R. Robbins.

(a)(ii)

1. Patent License Agreement, dated December 5, 2017, by and between AquaPurine Holdings, LLC and JHO Intellectual Property Holdings, LLC.
2. Theacrine Dietary Ingredient Sublicense and Warranty Agreement, dated September 16, 2014, by and between Compound Solutions, Inc. and Vital Pharmaceuticals, Inc.
3. Distributor Agreement, dated April 9, 2021, by and between Ketone Labs, LLC and Vital Pharmaceuticals, Inc., d/b/a Bang Energy.

(a)(iii)

1. Container Supply Agreement, dated May 28, 2019, by and between Crown Cork & Seal USA, Inc. and Vital Pharmaceuticals, Inc., as amended by that certain Agreement, dated February 21, 2023, by and among Crown Cork & Seal USA, Inc., Crown Metal Packaging Canada LP and Vital Pharmaceuticals, Inc.
2. Receivables Purchase Agreement, dated June 30 2021, by and between Vital Pharmaceuticals, Inc. and The Huntington National Bank.
3. The Truist Agreement.
4. Agreement for the Sale of Equipment, dated September 2021, by and between Vital Pharmaceuticals, Inc. and Graphic Packaging International, LLC.
5. J.B. Hunt Transport, Inc. (no written agreement).
6. General Terms and Conditions, dated November 7, 2019, by and between Vital Pharmaceuticals, Inc. and Total Quality Logistics, LLC TQL.
7. Co-Packing Agreement, dated July 25, 2017, by and between Refresco Beverages US Inc. and Vital Pharmaceuticals, Inc., d/b/a VPX Sports.
8. Ardagh Metal Beverages USA, Inc. (no written agreement).
9. All exclusive distributor agreements and alcohol hard seltzer distribution agreements.

(a)(iv)

None.

(a)(v)

None.

12173822-2

**Section 5.12**
**Intellectual Property; Information Technology**

(a)(i)

See Schedule 5.12(a)(i) attached.

(a)(ii)

Domain Names:
See Schedule 5.12(a)(ii) attached.

Social Media Accounts:
Instagram:
1. BangEnergy
2. MeltdownEnergy
3. Quash
4. VoozHydrate
5. BangHardSeltzer
6. Redline_Energy
7. VPX_Sports
8. PristineProtein
9. BangFuelTeam
10. The.Anti.Diet
11. BangEnergy.Careers
12. Bang_Merch
13. Stokedbeverage
14. BangEnergy.Sweepstakes
15. BangEnergy.Finland
16. Bang.Canada
17. BangEnergy.Germany
18. BangEnergy.Australia
19. Bang.Greece
20. BangEnergy.Denmark
21. BangEnergy.SouthAfrica
22. BangEnergy.Netherlands
23. BangEnergy.ABCislands
24. BangEnergy.Ecuador
25. BangEnergy.Sweden
26. BangEnergyNorway
27. Bang.Chile
28. BangEnergyIceland
29. BangEnergy.Switzerland
30. BangEnergyBaltics

31. BangEnergy.CEO[8]
32. RainbowUnicornEnergy
33. NooFuzion
34. BangEnergy.Recruitment
35. TheFixxApp

Youtube:
1. Bang Energy
2. Bang Energy Family

Twitter:
1. Bang Energy
2. Vooz Hydrate
3. Bang Hard Seltzer
4. StokedBeverage
5. TheFixxApp
6. BangEnergy.CEO[9]

Linkedin:
1. Bang Energy

TikTok:
1. BangEnergy
2. VoozHydrate
3. Redlne.Energy
4. Quash Life Lift
5. Meltdown Energy
6. Stoked.Beverage
7. BangEnergy.CEO[10]
8. NooFuzion

Facebook:
1. Bang Energy
2. Redline
3. Vpx Sports
4. Meltdown Energy
5. Quash
6. Pristine Protein
7. Bang Fuel Team
8. Bang Hard Seltzer
9. Bang Anti Diet
10. Bang Energy Careers

---

[8]    **Note to Draft**: The Seller is attempting to regain control over this account from John H. Owoc.

[9]    **Note to Draft**: The Seller is attempting to regain control over this account from John H. Owoc.

[10]   **Note to Draft**: The Seller is attempting to regain control over this account from John H. Owoc.

11. Bang Energy Australia
12. Bang Energy Ecuador
13. Bang Energy Finland
14. Bang Energy Sweepstakes
15. Stoked Beverage
16. Bang Energy Canada
17. The Fixx App
18. NooFuzion

(b)
1. The Business does not have ownership or the ability to transfer the non-Debtor Entity IP listed on the attached Schedule 5.12(b) (the "Non-Debtor IP").
2. Items 1–3, 6–8 and 11 under "Intercompany License Agreements" of Section 5.21 of this Disclosure Schedule are incorporated by reference herein.
3. The assumption of items 1 and 2 of Section 5.12(b) of this Disclosure Schedule may require consent.

(c)
1. Certain items of Non-Debtor IP are used in the operation of the Business as currently conducted, and the Business does not have ownership or the ability to transfer such Non-Debtor IP.

(d)
1. Certain items of Non-Debtor IP are similar to items of intellectual property set forth on Section 5.12(a) of this Disclosure Schedule.

12173822-2

**Section 5.14**
**Taxes**

(d)

In a communication, dated February 10, 2023, the IRS advised the Seller that its federal income tax returns for the calendar years 2020 and 2021 have been selected for examination, and requested initial documents, which have been provided and which examination is ongoing.

12173822-2

**Section 5.15**
**Insurance**

All insurance policies listed below constitute Excluded Assets and will not be transferred to Buyer in connection with the Transactions. Buyer will need to obtain these insurance policies in its own name.

| Policy | Issuer | Period of Coverage |
|---|---|---|
| Workmen's Compensation | Federal Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Subscription[11] | 5/31/2022-5/31/2023 |
| Commercial Property | Federal Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Subscription[12] | 5/31/2022-5/31/2023 |
| Commercial Property | AXIS Surplus Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Arch Specialty Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | StarStone National Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Aspen Specialty Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Landmark American Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Lloyd's of London | 5/31/2022-5/31/2023 |
| Commercial Property | Lexington Insurance Company | 5/31/2022-5/31/2023 |
| Commercial Property | Hallmark Insurance Company | 5/31/2022-5/31/2023 |
| Stock Thru Put / Cargo / Inventory | Certain Underwriters at Lloyds | 5/30/2022-5/30/2023 |
| Commercial Auto | Great Northern Insurance Company | 5/31/2022-5/31/2023 |
| Excess Liability ($5M) | Federal Insurance Company | 5/31/2022-5/31/2023 |

[11] The underwriters for this subscription policy are (i) Lloyd's of London (14.5%); (ii) GeoVera Specialty Insurance Company (10%); (iii) HDI Global Specialty SE (2.99%); (iv) Indian Harbor Insurance Company (6.5%); (v) Lexington Insurance company (13%); (vi) National Fire & Marine Insurance Company (8.99%); (vii) Old Republic Insurance Company (6%); (viii) QBE Insurance Corporation (10.5%); (ix) Spinnaker Specialty Insurance Company (2%); (x) Steadfast Insurance Company (12%); (xi) Transverse Specialty Insurance Company (11.49%); and (xii) United Specialty Insurance Company (2%).

[12] The underwriters for this subscription policy are (i) Lloyd's of London (10%); and (ii) Mt. Hawley Insurance Company (90%).

34

| Policy | Issuer | Period of Coverage |
|---|---|---|
| D&O | Federal Insurance Company | 9/30/2022-9/30/2023 |
| EPLI | Federal Insurance Company | 5/31/2022-5/31/2023 |
| Foreign Policy/International Package[13] | Insurance Company of the State of Pennsylvania | 05/31/2022-05/31/2023 |
| Boiler & Machinery | Travelers Property Casualty of America | 05/31/2022-05/31/2023 |
| Liquor – Quash | Colony Insurance Company / Navigators Insurance Company | 04/01/2023-05/31/2023 |
| General Liability | Certain Underwriters at Lloyds | 01/30/2022-05/31/2023 |
| Excess Liquor | Navigators Specialty Insurance Company | 04/01/2023-05/31/2023 |
| Excess Liquor | Colony Insurance Company | 04/01/2023-05/31/2023 |
| Liquor Liability | Colony Insurance Company | 04/01/2023-05/31/2023 |
| Flood Insurance (GA) | Wright National Flood Insurance Company | 9/22/2022-9/22/2023 |
| Foreign Liability | American International Group, Inc. | 7/1/2022-5/31/2023 |
| Boiler & Machinery | Travelers Property Casualty Company of America | 5/31/2022-5/31/2023 |

---

[13] This policy package covers Bang Energy BV, Bang Energy Canada ULC, Bang Energy Australia Pty Ltd and Bang Energy Mexico, S de R.L. de C.V.

12173822-2

**Section 5.16**
**Title to Assets; Real Property**

(a)

Section 2.1(g) of this Disclosure Schedule is incorporated by reference herein.

(a)/(b)

The Truist Agreement.

**Section 5.18**
**Brokers**

Engagement Letter, dated November 4, 2022, by and among the Official Committee of Unsecured Creditors of Vital Pharmaceuticals, Inc., *et al*, Miller Buckfire & Co., LLC and Stifel Nicolaus & Co., Inc.

37

**Section 5.20**
**Material Customers; Material Suppliers**

(a)

| Rank | Customer Name |
|------|---------------|
| 1 | PepsiCo, Inc.[14] |
| 2 | Dollar Tree |
| 3 | Sam's Club |
| 4 | Jack Hilliard Distributing Company, Inc. |
| 5 | Sheetz Distribution Services LLC |
| 6 | Vitamin Shoppe-North Bergen NJ |
| 7 | WDI, LLC Wisconsin Distributors |
| 8 | Glazer's Beer and Beverage of Texas, LLC |
| 9 | Walmart |
| 10 | Intrastate Distributing |

(b)

| Rank | Vendor Name |
|------|-------------|
| 1 | Crown Cork & Seal USA, Inc |
| 2 | The Huntington National Bank |
| 3 | Quarles & Brady LLP |
| 4 | STB Agency Services Operating Acc Truist Agency Services |
| 5 | Graphic Packaging International |
| 6 | J.B. Hunt Transport, Inc. |
| 7 | Total Quality Logistics, LLC TQL |
| 8 | Refresco Beverage US Inc. COTT |
| 9 | Ardagh Metal Beverage USA, Inc. |
| 10 | Trinity Logistics Inc. |

---

[14] The distributor agreement by and between the Seller and PepsiCo, Inc. was terminated in 2022, and the Seller has transitioned away from this Material Customer.

12173822-2

## Section 5.21
## Affiliate Transactions

Intercompany License Agreements

1. Consent to Use and Co-Existence Agreement, dated September 22, 2021, by and between JHO Intellectual Property Holdings, LLC and Entourage IP Holdings, LLC.
2. Trademark License Agreement, dated June 29, 2021, by and between Entourage IP Holdings, LLC and Bang Energy BV.
3. Trademark License Agreement, dated September 29, 2021, by and between Entourage IP Holdings, LLC and Quash Seltzer, LLC.
4. Trademark License Agreement, dated June 29, 2021, by and between JHO Intellectual Property Holdings, LLC and Bang Energy BV.
5. Trademark License Agreement, dated September 29, 2021, by and between JHO Intellectual Property Holdings, LLC and Vital Pharmaceuticals, Inc. d/b/a Bang Energy, as amended by the parties thereto on June 29, 2022.
6. Trademark Sublicense Agreement, dated June 29, 2021, by and between Vital Pharmaceuticals, Inc. d/b/a Bang Energy and Ultra Experiences, LLC.
7. Trademark Sublicense Agreement, dated June 29, 2021, by and between Vital Pharmaceuticals, Inc. d/b/a Bang Energy and Bang Anti-Diet, LLC.
8. Trademark License Agreement, dated June 29, 2021, by and between Elite IP Holdings, LLC and Bang Energy BV.[15]
9. Trademark License Agreement, dated August 30, 2016, by and between JHO Intellectual Holdings, LLC and Vital Pharmaceuticals, Inc., d/b/a VPX Sports.
10. Trademark License Agreement, dated July 13, 2017, by and between JHO Intellectual Holdings, LLC and Vital Pharmaceuticals, Inc., d/b/a VPX Sports.
11. Trademark Sublicense Agreement, dated July 12, 2022, by and between Vital Pharmaceuticals, Inc. d/b/a Bang Energy and Rainbow Unicorn Bev, LLC.


Intercompany Lease Agreements

1. Lease Agreement, dated December 22, 2020, by and between JHO NV-1 Investment, LLC and Quash Seltzer, LLC (1635 South 43rd Avenue, Phoenix, AZ 85009).
2. Lease Agreement, dated January 1, 2021, by and between Sheridan Real Estate Investment A, LLC and Quash Seltzer, LLC (20311 Sheridan Street, Pembroke Pines, FL 33332).


Inter-Company Loan Agreement:

1. Inter-Company Loan Agreement, dated August 4, 2020, by and between Vital Pharmaceuticals, Inc., d/b/a Bang Energy and Quash Seltzer, LLC.

Miscellaneous

1. Assignment and Assumption of Earnest Money Contract and Agreement, dated September 11, 2020, by and between Vital Pharmaceuticals, Inc. and JHO GA-1 Investment, LLC.

---

[15] Elite IP Holdings, LLC was merged with and into JHO Intellectual Property Holdings, LLC on May 24, 2022.

12173822-2

2.  The Seller and its Affiliates provide each other with services under a shared services model, including services related to back-office, sales, front office, administrative, accounting, legal, compliance, licensing, finance, risk management, information systems, development and security, insurance administration, regulatory, tax advice and related services, operations and facilities.

3.  John H. Owoc owns, directly or indirectly, certain Intellectual Property related to the Business. <u>Section 5.12(b)</u> of this Disclosure Schedule is incorporated by reference herein.

**Section 7.1**
**Conduct of Business of Selling Entities**

1. The Selling Entities and/or the Acquired Subsidiaries may sell vehicles or any excess assets, in each case, as approved by the Bankruptcy Court.
2. The Selling Entities and/or the Acquired Subsidiaries may acquire the Non-Debtor IP through an acquisition of assets or equity, including via merger or other transaction, as applicable.
3. The Selling Entities and/or the Acquired Subsidiaries may enter into real property lease(s) with respect to any real property held by non-debtor affiliates of the Seller in connection with a sale/leaseback of such real property.

12173822-2

**Section 7.10(f)**
**Employee Matters**

Section 5.10(a) of this Disclosure Schedule is incorporated by reference herein.

**Exhibit D**

**Redacted Bidder Correspondence**

**Murtagh, Hugh (NY)**

| | |
|---|---|
| **From:** | REDACTED |
| **Sent:** | Thursday, May 25, 2023 7:27 PM |
| **To:** | Murtagh, Hugh (NY); Sorkin, Andrew (DC) |
| **Cc:** | Mun, Daniel (NY); Burton, Liza (NY);     REDACTED |
| **Subject:** | Adv Pro. 23-0151 - Social Media Accounts |
| **Importance:** | High |

Hugh and Andy,

At today's hearing in the adversary proceeding (Adv 23-0151), Mr. Owoc's counsel argued that the social media accounts at issue are not included in the sale.

The Seller Disclosure Schedule that the Debtors prepared and posted in the data room in connection with the Asset Purchase Agreement lists the "BangEnergy.CEO" accounts on Instagram, Twitter and TikTok as assets that the Debtors intend to include in the transaction.

Could you please state in the brief that you are filing tomorrow that at least one Qualified Bidder reached out to you to emphasize that those social media accounts are important assets that the potential buyer wants included in the sale?

Regards,
REDACTED


REDACTED


REDACTED