UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,                   Case No.: 22-17842-PDR

                                                         Chapter 11
      Debtors.                                   (Jointly Administered)
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

      Plaintiffs,

v.                                                       Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

      Defendants.
_____/

**SUPPLEMENTAL BRIEF IN SUPPORT OF OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION**

     John H. Owoc aka Jack Owoc ("Mr. Owoc") and Megan E. Owoc ("Mrs. Owoc"), pursuant this Court's preliminary ruling during the March 25, 2023 hearing on Vital Pharmaceuticals, Inc. and its affiliated debtors (together, the "Debtors") *Motion for Preliminary Injunction and Incorporated Memorandum of Law* (the "Motion") hereby file their supplemental brief in response thereto and in further support of the Owocs' opposition to the Motion.   In support, Mr. and Mrs. Owoc (together, the "Owocs") state:

    **I.**    **Introduction**

     During the hearing on May 25, 2023, the Court conducted an evidentiary hearing on the Debtors' Motion.   The Court heard testimony and argument related to the Motion.   Due to the fact that the Motion was for a preliminary injunction and the previous motion was for summary

judgment, the facts and arguments that have been presented to the Court were not fully considered or briefed.  As such, the Court raised two issues that it requested more information regarding: (1) whether the Instagram terms of service ("Terms of Service") allow for the Account[1] to be transferred; and (2) whether the profile picture, name, and handle of the @bangenergy.ceo Instagram Account may be changed under the Terms of Service.  The Owoc's address these points below.

## II.    Transfer of an Instagram Account.

A copy of the Terms of Service, which are dated January 4, 2022[2], can be found  at https://help.instagram.com/581066165581870 (accessed May 25, 2023), and are attached hereto as Exhibit "A."  The Terms of Service clearly and unambiguously prohibit the transfer of an account.  See Exhibit "A":

> **You can't sell, license, or purchase any account or data obtained from us or our Service.**
> This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

Instagram's Terms of Service.  As is clear from Instagram's Terms of Service, the @bangenergy.ceo account ***cannot*** be transferred from Mr. Owoc to the Debtors.  It would be in violation of the Instagram's Terms of Service.  Therefore, due to this express restriction, the Movants cannot show irreparable harm.

## III.    Edits to the Profile of an Instagram Account.

The Court also requested more information about whether the Instagram Account could be

---

1.      The Accounts at issue in this adversary proceeding are an Instagram and TikTok account each bearing the Username @bangenergy.ceo, and a Twitter account bearing the handle @BangEnergyCEO.  These accounts collectively are hereinafter referred to as the "Accounts."

[2]The Instagram account bearing the Username @bangenergy.ceo was created in April 2012.  The Owoc's do not have a copy of the Instagram terms of service in effect as of that date.

changed or edited, *i.e.,* whether the picture (what Instagram calls the "Profile Picture"), name ("Name"), and handle (what Instagram calls the "Username") on an Instagram account can be changed. The answer these questions *is "yes," they can all be easily changed.* In order to change a picture, name, and handle on an Instagram account, including the @bangenergy.ceo Instagram Account, the account holder merely needs to edit the profile. See https://help.instagram.com/936495066470190/?helpref=hc_fnav (accessed May 25, 2023) and attached hereto as Exhibit "B."

At the hearing, the Plaintiff presented evidence from the Instagram Terms of Service that stated a verified account cannot be changed. While, in a vacuum, the Defendants do not refute this statement, but it only tells half the story. If a user changes his or her Username, he or she will simply need to go through the verification process again. See Exhibit "C," Terms of Use at https://help.instagram.com/2419286908233223, which states:

**Your Instagram profile must meet these minimum eligibility requirements:**
- Be a public or private profile, associated with your full name, align with naming standards, and have a profile picture that includes your face
- Have **two-factor authentication** enabled which may be completed after payment.
- Must meet minimum activity requirements, such as prior posting history.
- Have a government-issued ID that matches the name on your profile and profile photo.
- Meet our **Terms of Use** and **Community Guidelines**.

**Note:** At this time, Meta Verified subscriptions only support your real name on your profile. Once your profile is verified, you can't change the username, profile name, date of birth or photo on your profile without going through the Meta Verified subscription and verification process again.

*(highlights added).* It is important to note that there are different types of accounts that can be verified, either public figure, celebrity or brand. You must also be "authentic" in that the Instagram user must represent a real person, registered business or entity. See Exhibit "D," requirements for a verified badge https://help.instagram.com/854227311295302/?helpref=hc_fnav (click on requirements to apply for verified badge), which states:

**There are two ways to get the verified badge:**
1. Subscribe to Meta Verified. <span style="background-color: yellow">Learn more about the eligibility criteria.</span>
2. Apply for the verified badge if you are a <span style="background-color: yellow">public figure, celebrity or brand</span> and meet the account and eligibility requirements outlined below.

For accounts not subscribed to Meta Verified, we look at a number of factors when evaluating Instagram accounts to determine if they meet our verification criteria.

In addition to following Instagram's Terms of Use and Community Guidelines, your account also needs to be:

- <span style="background-color: yellow">**Authentic**: Represent a real person, registered business or entity.</span>
- **Unique**: Represent the unique presence of the person or business. Only one account per person or business may be verified, with exceptions for language-specific accounts. We don't verify general interest accounts (example: @puppymemes).
- **Complete**: Your account must be public and have a bio, profile photo and be active when you apply.
- **Notable**: Your account must represent a well-known, highly searched for person, brand or entity. We review accounts that are featured in multiple news sources, and we don't consider paid or sponsored media content as sources for review.

*(highlights added).*

The @bangenergy.ceo Account currently uses Jack's name, *i.e.,* "Jack Owoc" and his profile picture. See screenshot from the @bangenergy.ceo Account, that was introduced by both parties:



The steps required to change a Profile Picture, Name, and Username are easy and simply require the account holder to edit their profile.

IV.    **Conclusion.**

WHEREFORE, the Owocs respectfully request that the Court: (1) deny the Motion, and

(2) grant such other relief as the Court deems appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on May 25, 2023.

> **SHRAIBERG PAGE P.A.**
> Attorneys for the Owocs
> 2385 NW Executive Center Drive, Suite 300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: bss@slp.law
> Email: pdorsey@slp.law
>
> By:    /s/ Bradley Shraiberg
> Bradley Shraiberg
> Fla Bar No. 121622
> Patrick Dorsey
> Fla. Bar No. 0085841

EXHIBIT "A"

*Terms and Policies*

Terms of Use

∏
Copy link

*The Facebook company is now Meta. We've updated our Terms of Use, Data Policy, and Cookies Policy to reflect the new name on January 4, 2022. While our company name has changed, we are continuing to offer the same products, including Instagram from Meta. Our Data Policy and Terms of Use remain in effect, and this name change does not affect how we use or share data.* *Learn more about Meta* *and our vision for the metaverse.*

Terms of Use

Welcome to Instagram!

These Terms of Use (or "Terms") govern your use of Instagram, except where we expressly state that separate terms (and not these) apply, and provide information about the Instagram Service (the "Service"), outlined below. When you create an Instagram account or use Instagram, you agree to these terms. The Meta Terms of Service do not apply to this Service.

The Instagram Service is one of the Meta Products, provided to you by Meta Platforms, Inc. These Terms of Use therefore constitute an agreement between you and Meta Platforms, Inc.

ARBITRATION NOTICE: YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION. WE EXPLAIN SOME EXCEPTIONS AND HOW YOU CAN OPT OUT OF ARBITRATION BELOW.

The Instagram Service

We agree to provide you with the Instagram Service. The Service includes all of the Instagram products, features, applications, services, technologies, and software that we provide to advance Instagram's mission: To bring you closer to the people and things you love. The Service is made up of the following aspects:

- Offering personalised opportunities to create, connect, communicate, discover and share. People are different. So we offer you different types of accounts and features to help you create, share, grow your presence, and communicate with people on and off Instagram. We also want to strengthen your relationships through shared experiences that you actually care about. So we build systems that try to understand who and what you and others care about, and use that information to help you create, find, join and share in experiences that matter to you. Part of that is highlighting content, features, offers and accounts that you might be interested in, and offering ways for you to experience Instagram, based on things that you and others do on and off Instagram.

- Fostering a positive, inclusive, and safe environment.
We develop and use tools and offer resources to our community members that help to make their experiences positive and inclusive, including when we think they might need help. We also have teams and systems that work to combat abuse and violations of our Terms and policies, as well as harmful and deceptive behavior. We use all the information we have-including your information-to try to keep our platform secure. We also may share information about misuse or harmful content with other Meta Companies or law enforcement. Learn more in the Privacy Policy.

- Developing and using technologies that help us consistently serve our growing community.
Organizing and analyzing information for our growing community is central to our Service. A big part of our Service is creating and using cutting-edge technologies that help us personalize, protect, and improve our Service on an incredibly large scale for a broad global community. Technologies like artificial intelligence and machine learning give us the power to apply complex processes across our Service. Automated technologies also help us ensure the functionality and integrity of our Service.

- Providing consistent and seamless experiences across other Meta Company Products.
Instagram is part of the Meta Companies, which share technology, systems, insights, and information-including the information we have about you (learn more in the Privacy Policy) in order to provide services that are better, safer, and more secure. We also provide ways to interact across the Meta Company Products that you use, and designed systems to achieve a seamless and consistent experience across the Meta Company Products.

- Ensuring access to our Service.

To operate our global Service, we must store and transfer data across our systems around the world, including outside of your country of residence. The use of this global infrastructure is necessary and essential to provide our Service. This infrastructure may be owned or operated by Meta Platforms, Inc., Meta Platforms Ireland Limited, or their affiliates.

- Connecting you with brands, products, and services in ways you care about.
  We use data from Instagram and other Meta Company Products, as well as from third-party partners, to show you ads, offers, and other sponsored content that we believe will be meaningful to you. And we try to make that content as relevant as all your other experiences on Instagram.

- Research and innovation.
  We use the information we have to study our Service and collaborate with others on research to make our Service better and contribute to the well-being of our community.

How Our Service Is Funded

Instead of paying to use Instagram, by using the Service covered by these Terms, you acknowledge that we can show you ads that businesses and organizations pay us to promote on and off the Meta Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

We show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal and the kind of audience they want to see their ads. We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to help them understand how people are interacting with their content on and off Instagram. For example, we provide general demographic and interest information to advertisers to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact you or identifies who you are) unless you give us specific permission. Learn more about how Instagram ads work here.

You may see branded content on Instagram posted by account holders who promote products or services based on a commercial relationship with the business partner mentioned in their content. You can learn more about this here.

The Privacy Policy

Providing our Service requires collecting and using your information. The Privacy Policy explains how we collect, use, and share information across the Meta Products. It also explains the many ways you can control your information, including in the Instagram Privacy and Security Settings. You must agree to the Privacy Policy to use Instagram.

Your Commitments

In return for our commitment to provide the Service, we require you to make the below commitments to us.

Who Can Use Instagram. We want our Service to be as open and inclusive as possible, but we also want it to be safe, secure, and in accordance with the law. So, we need you to commit to a few restrictions in order to be part of the Instagram community.

- You must be at least 13 years old.

- You must not be prohibited from receiving any aspect of our Service under applicable laws or engaging in payments related Services if you are on an applicable denied party listing.

- We must not have previously disabled your account for violation of law or any of our policies.

- You must not be a convicted sex offender.

How You Can't Use Instagram. Providing a safe and open Service for a broad community requires that we all do our part.

- You can't impersonate others or provide inaccurate information.

You don't have to disclose your identity on Instagram, but you must provide us with accurate and up to date information (including registration information), which may include providing personal data. Also, you may not impersonate someone or something you aren't, and you can't create an account for someone else unless you have their express permission.

- You can't do anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose.

- You can't violate (or help or encourage others to violate) these Terms or our policies, including in particular the Instagram Community Guidelines, Meta Platform Terms and Developer Policies, and Music Guidelines.
  If you post branded content, you must comply with our Branded Content Policies, which require you to use our branded content tool. Learn how to report conduct or content in our Help Center.

- You can't do anything to interfere with or impair the intended operation of the Service.
  This includes misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals.

- You can't attempt to create accounts or access or collect information in unauthorized ways.
  This includes creating accounts or collecting information in an automated way without our express permission.

- You can't sell, license, or purchase any account or data obtained from us or our Service.
  This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

- You can't post someone else's private or confidential information without permission or do anything that violates someone else's rights, including intellectual property rights (e.g., copyright infringement, trademark infringement, counterfeit, or pirated goods). You may use someone else's works under exceptions or limitations to copyright and related rights under applicable law. You represent you own or have obtained all necessary rights to the content you post or share. Learn more, including how to report content that you think infringes your intellectual property rights, here.

- You can't modify, translate, create derivative works of, or reverse engineer our products or their components.

- You can't use a domain name or URL in your username without our prior written consent.

Permissions You Give to Us. As part of our agreement, you also give us permissions that we need to provide the Service.

- We do not claim ownership of your content, but you grant us a license to use it.
  Nothing is changing about your rights in your content. We do not claim ownership of your content that you post on or through the Service and you are free to share your content with anyone else, wherever you want. However, we need certain legal permissions from you (known as a "license") to provide the Service. When you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Service, you hereby grant to us a non-exclusive, royalty-free, transferable, sub-licensable, worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This license will end when your content is deleted from our systems. You can delete content individually or all at once by deleting your account. To learn more about how we use information, and how to control or delete your content, review the Data Policy and visit the Instagram Help Center.

- Permission to use your username, profile picture, and information about your relationships and actions with accounts, ads, and sponsored content.
  You give us permission to show your username, profile picture, and information about your actions (such as likes) or relationships (such as follows) next to or in connection with accounts, ads, offers, and other sponsored content that you follow or engage with that are displayed on Meta Products, without any compensation to you. For example, we may show that you liked a sponsored post created by a brand that has paid us to display its ads on Instagram. As with actions on other content and follows of other accounts, actions on sponsored content and follows of sponsored accounts can be seen only by people who have permission to see that content or follow. We will also respect your ad settings. You can learn more here about your ad settings.

- You agree that we can download and install updates to the Service on your device.

Additional Rights We Retain

- If you select a username or similar identifier for your account, we may change it if we believe it is appropriate or necessary (for example, if it infringes someone's intellectual property or impersonates another user).

- If you use content covered by intellectual property rights that we have and make available in our Service (for example, images, designs, videos, or sounds we provide that you add to content you create or share), we retain all rights to our content (but not yours).

You can only use our intellectual property and trademarks or similar marks as expressly permitted by our Brand Guidelines or with our prior written permission.

- You must obtain written permission from us or under an open source license to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

Content Removal and Disabling or Terminating Your Account

- We can remove any content or information you share on the Service if we believe that it violates these Terms of Use, our policies (including our Instagram Community Guidelines), or we are permitted or required to do so by law. We can refuse to provide or stop providing all or part of the Service to you (including terminating or disabling your access to the Meta Products and Meta Company Products) immediately to protect our community or services, or if you create risk or legal exposure for us, violate these Terms of Use or our policies (including our Instagram Community Guidelines), if you repeatedly infringe other people's intellectual property rights, or where we are permitted or required to do so by law. We can also terminate or change the Service, remove or block content or information shared on our Service, or stop providing all or part of the Service if we determine that doing so is reasonably necessary to avoid or mitigate adverse legal or regulatory impacts on us. If you believe your account has been terminated in error, or you want to disable or permanently delete your account, consult our Help Center. When you request to delete content or your account, the deletion process will automatically begin no more than 30 days after your request. It may take up to 90 days to delete content after the deletion process begins. While the deletion process for such content is being undertaken, the content is no longer visible to other users, but remains subject to these Terms of Use and our Data Policy. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

- Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

  - where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted); or

  - where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or

  - where deletion would restrict our ability to:

    - investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our products or systems);

    - protect the safety and security of our products, systems, and users;

    - comply with a legal obligation, such as the preservation of evidence; or

    - comply with a request of a judicial or administrative authority, law enforcement, or a government agency;

  - in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

- If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but this section and the section below called "Our Agreement and What Happens if We Disagree" will still apply even after your account is terminated, disabled, or deleted.

Our Agreement and What Happens if We Disagree

Our Agreement.

- Your use of music on the Service is also subject to our Music Guidelines, and your use of our API is subject to our Meta Platform Terms and Developer Policies. If you use certain other features or related services, you will be provided with an opportunity to agree to additional terms that will also become a part of our agreement. For example, if you use payment features, you will be asked to agree to the Community Payment Terms. If any of those terms conflict with this agreement, those other terms will govern.

- If any aspect of this agreement is unenforceable, the rest will remain in effect.

- Any amendment or waiver to our agreement must be in writing and signed by us. If we fail to enforce any aspect of this agreement, it will not be a waiver.

- We reserve all rights not expressly granted to you.

Who Has Rights Under this Agreement.

- Our past, present, and future affiliates and agents, including Instagram LLC, can invoke our rights under this agreement in the event they become involved in a dispute. Otherwise, this agreement does not give rights to any third parties.

- You cannot transfer your rights or obligations under this agreement without our consent.

- Our rights and obligations can be assigned to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law.

Who Is Responsible if Something Happens.

- Our Service is provided "as is," and we can't guarantee it will be safe and secure or will work perfectly all the time. TO THE EXTENT PERMITTED BY LAW, WE ALSO DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

- We also don't control what people and others do or say, and we aren't responsible for their (or your) actions or conduct (whether online or offline) or content (including unlawful or objectionable content). We also aren't responsible for services and features offered by other people or companies, even if you access them through our Service.

- Our responsibility for anything that happens on the Service (also called "liability") is limited as much as the law will allow. If there is an issue with our Service, we can't know what all the possible impacts might be. You agree that we won't be responsible ("liable") for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms, even if we know they are possible. This includes when we delete your content, information, or account. Our aggregate liability arising out of or relating to these Terms will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

- You agree to defend (at our request), indemnify and hold us harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation, reasonable attorney's fees and costs, arising out of or in any way connected with these Terms or your use of the Service. You will cooperate as required by us in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without our prior written consent.

How We Will Handle Disputes.

- Except as provided below, you and we agree that any cause of action, legal claim, or dispute between you and us arising out of or related to these Terms or Instagram ("claim(s)") must be resolved by arbitration on an individual basis. Class actions and class arbitrations are not permitted; you and we may bring a claim only on your own behalf and cannot seek relief that would affect other Instagram users. If there is a final judicial determination that any particular claim (or a request for particular relief) cannot be arbitrated in accordance with this provision's limitations, then only that claim (or only that request for relief) may be brought in court. All other claims (or requests for relief) remain subject to this provision.

- Instead of using arbitration, you or we can bring claims in your local "small claims" court, if the rules of that court will allow it. If you don't bring your claims in small claims court (or if you or we appeal a small claims court judgment to a court of general jurisdiction), then the claims must be resolved by binding, individual arbitration. The American Arbitration Association will administer all arbitrations under its Consumer Arbitration Rules. You and we expressly waive a trial by jury.

  The following claims don't have to be arbitrated and may be brought in court: disputes related to intellectual property (like copyrights and trademarks), violations of our Platform Policy, or efforts to interfere with the Service or engage with the Service in unauthorized ways (for example, automated ways). In addition, issues relating to the scope and enforceability of the arbitration provision are for a court to decide.

  This arbitration provision is governed by the Federal Arbitration Act.

  You can opt out of this provision within 30 days of the date that you agreed to these Terms. To opt out, you must send your name, residence address, username, email address or phone number you use for your Instagram account, and a clear statement that you want to opt out of this arbitration agreement, and you must send them here: Meta Platforms, Inc. ATTN: Instagram Arbitration Opt-out, 1601 Willow Rd., Menlo Park, CA 94025.

- Before you commence arbitration of a claim, you must provide us with a written Notice of Dispute that includes your name, residence address, username, email address or phone number you use for your Instagram account, a detailed description of the dispute, and the

relief you seek. Any Notice of Dispute you send to us should be mailed to Meta Platforms, Inc., ATTN: Instagram Arbitration Filing, 1601 Willow Rd. Menlo Park, CA 94025. Before we commence arbitration, we will send you a Notice of Dispute to the email address you use with your Instagram account, or other appropriate means. If we are unable to resolve a dispute within thirty (30) days after the Notice of Dispute is received, you or we may commence arbitration.

- We will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute. For all other claims, the costs and fees of arbitration shall be allocated in accordance with the arbitration provider's rules, including rules regarding frivolous or improper claims.

- For any claim that is not arbitrated or resolved in small claims court, you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim.

- The laws of the State of California, to the extent not preempted by or inconsistent with federal law, will govern these Terms and any claim, without regard to conflict of law provisions.

Unsolicited Material.

We always appreciate feedback or other suggestions, but may use them without any restrictions or obligation to compensate you for them, and are under no obligation to keep them confidential.

Updating These Terms

We may change our Service and policies, and we may need to make changes to these Terms so that they accurately reflect our Service and policies. Unless otherwise required by law, we will notify you (for example, through our Service) before we make changes to these Terms and give you an opportunity to review them before they go into effect. Then, if you continue to use the Service, you will be bound by the updated Terms. If you do not want to agree to these or any updated Terms, you can delete your account, here.

Revised: 26 July 2022

Related Articles

Instagram Badges Purchase Terms

Accessibility

How can I make sure the content I post to Instagram doesn't violate trademark law?

Commerce Eligibility Requirements

Branded Content Discovery Feature Terms for Brands

About Advertiser-Friendly Content

EXHIBIT "B"

Instagram Features
Your Profile

Editing Your Profile

Update Instagram profile information like your name, username and email

You'll need to log into your account before you're able to update your profile information.

Update your profile information in Accounts Center

In Accounts Center, you can update your Instagram profile information including your name, username and profile picture. You can also choose to sync your profile info with your Facebook profile, if both accounts are added to the same Accounts Center.

To update your profile information:

1. Click ☰ More in the bottom left, then click Settings ⚙.

2. Click See more in Accounts Center, then click Profiles.

3. Click the profile you'd like to update.

4. Click the profile information you'd like to update (name, username or profile picture), then make the updates you'd like to make.

5. Click Save.

Update your profile information from your profile

To update your profile information:

1. Click your profile picture on the left to go to your profile.

2. Click Edit Profile.

3. Type in your information and click Submit.

Keep in mind

- If your account reaches a lot of people, your username change may need to be reviewed. If so, you'll be notified when we've completed a review. If not, your username will change immediately if available.

- Your followers may be notified of your username change.

- Some profile information isn't visible to anyone but you. This includes your email address, phone number and gender.

Learn what you can do if you forgot your password or lost access to the email or phone number you used to sign up with on Instagram.

If you think your account has been hacked, learn more about what you should do.

Was this helpful?


Yes

No

View Full Article

Add a profile picture or change your current picture on Instagram

To add or change your Instagram profile picture:

1. Click your profile picture on the left to go to your profile.

2. Click Edit Profile.

3. Click Change profile photo.

4. Click Upload Photo, then select your picture to import.

To add or change your Instagram profile picture in Accounts Center:

1. Click  More in the bottom left, then click Settings ⚙.

2. Click See more in Accounts Center, then click Profiles.

3. Click on the profile for which you'd like to add or change your profile picture.

4. Click Profile picture.

5. Click Upload new photo.

6. From here, you can upload a new photo.

7. Follow the instructions on the screen to save your changes.

You can take a new photo or add a photo from your phone's photo library or Facebook. If you choose to import from Facebook, Instagram will use the same picture you're already using for your Facebook profile.

Learn how to also add your avatar to your profile picture.

Was this helpful?


Yes


No

View Full Article

∏

Make your Instagram account private

Add a website to your Instagram profile

Add a bio to your Instagram profile

Change your Instagram password

Your Instagram account settings

Securing your Instagram account with two-factor authentication

How you can use a backup code on Instagram

How to log out of Instagram

Clear your Instagram search history

Customize your QR code on Instagram

Scan a QR code on Instagram

EXHIBIT "C"

About eligibility for Meta Verified on Instagram


Copy link

This feature may not be available in your location at this time.

To be eligible for a Meta Verified subscription on Instagram, you must be at least 18 years old.

Only individual profiles are eligible for Meta Verified subscriptions at this time. Business profiles are not eligible for Meta Verified subscriptions.

Access to Meta Verified subscriptions benefits may be disabled or canceled at any time if you violate our Terms of Use or Community Guidelines.

Your Instagram profile must meet these minimum eligibility requirements:

- Be a public or private profile, associated with your full name, align with naming standards, and have a profile picture that includes your face

- Have two-factor authentication enabled which may be completed after payment.

- Must meet minimum activity requirements, such as prior posting history.

- Have a government-issued ID that matches the name on your profile and profile photo.

- Meet our Terms of Use and Community Guidelines.

Note: At this time, Meta Verified subscriptions only support your real name on your profile. Once your profile is verified, you can't change the username, profile name, date of birth or photo on your profile without going through the Meta Verified subscription and verification process again.

Note: If you verify one account but own other accounts that have the same name and profile photo, they may be disabled through impersonation monitoring. To prevent this from happening, make sure your accounts are added to the same Accounts Center.

Learn how to subscribe to Meta Verified. Log into the Instagram mobile app to check if Meta Verified is available to you or to join the waitlist.

As we test and learn, there will be no immediate changes to accounts on Instagram that are already verified based on prior requirements.

Related Articles

Meta Verified on Instagram

Confirm your Meta Verified subscription on Instagram

About Meta Verified on Instagram

Request a verified badge for your Instagram profile

Subscribe to Meta Verified on Instagram

EXHIBIT "D"

Manage Your Account

Verified Badges

Verified badges help people more easily find the public figures, celebrities and brands they want to follow. Learn more:

Verified badges on Instagram

The meaning of the verified badge has been updated to represent authenticity.

An Instagram account with a verified badge  next to its name now means that Instagram has confirmed that it is the authentic presence for that person or brand. Previously, the verified badge also required the person or brand to be notable and unique. You may still see users with a verified badge that represents our previous eligibility requirements.

The verified badge  is a tool to help people find the real accounts of people and brands. If an account has the verified badge, we've confirmed that it represents who it says it does. A verified badge is not a symbol to show importance, authority or subject matter expertise. We don't use the verified badge  to endorse or recognize public figures or brands.

Once verified, public figures, celebrities and brands that meet certain account and eligibility requirements may not change their username on their account. Verification cannot be transferred to a different account. Instagram accounts that impersonate public figures or other people go against our Community Guidelines and aren't allowed on Instagram.

Note: While many public figures verify their account on Instagram, not all public figures have verified badges . As we test and learn, there will be no immediate changes to accounts on Instagram or Facebook that are already verified based on prior requirements.

If you already have a notable profile and an existing verified badge, you can still apply for a Meta Verified subscription. Learn more about Meta Verified subscriptions.

Was this helpful?

Yes

No

View Full Article

Request a verified badge for your Instagram profile

This feature isn't available on Computer Help, but it is available on these devices. Select a device to learn more about this feature.

Android App Help

Instagram Lite App Help

iPhone App Help

Requirements to apply for a verified badge on Instagram

◢

There are two ways to get the verified badge:

1. Subscribe to Meta Verified. Learn more about the eligibility criteria.

2. Apply for the verified badge if you are a public figure, celebrity or brand and meet the account and eligibility requirements outlined below.

For accounts not subscribed to Meta Verified, we look at a number of factors when evaluating Instagram accounts to determine if they meet our verification criteria.

In addition to following Instagram's Terms of Use and Community Guidelines, your account also needs to be:

- Authentic: Represent a real person, registered business or entity.

- Unique: Represent the unique presence of the person or business. Only one account per person or business may be verified, with exceptions for language-specific accounts. We don't verify general interest accounts (example: @puppymemes).

- Complete: Your account must be public and have a bio, profile photo and be active when you apply.

- Notable: Your account must represent a well-known, highly searched for person, brand or entity. We review accounts that are featured in multiple news sources, and we don't consider paid or sponsored media content as sources for review.

Learn more about how to apply for a verified badge if you meet the above account and eligibility requirements.

Note:

- Make sure your username is what you'd like it to be before you apply for a verified badge. Once verified, you may not change the username on your account.

- If you receive a verified badge using false or misleading information during the verification process, we will remove your verified badge and may take additional action to disable your account.

If your account is verified by Instagram for notability, you may want to enable additional security tools like two-factor authentication. Learn about other security tips on Instagram.

Was this helpful?


Yes


No

View Full Article



What happens when you apply for a verified badge on Instagram

◢

If you are a Meta Verified subscriber, your verification process may be different.

Once we review your request, you'll receive a notification in Activity up to 30 days after applying letting you know if your account has been verified or not. You can tap ♡ in the top right to see notifications in Activity.

If your request is denied, you can submit a new request again in 30 days. Note that applying for a verified badge multiple times before receiving a decision will cancel your application.

Keep in mind that Instagram can remove verified badges at any time, and may take away your badge or disable your account if you:

- Advertise, transfer or sell your verified badge.

- Use your profile picture, bio or name section to promote other services or activities that violate our Community Guidelines or Terms of Use.

- Attempt to verify your account through a third party.

- Switch your account from public to private too many times.

If your account doesn't have a verified badge, there are other ways to let people know you're authentic. For example, you can link to your Instagram account from your official website, Facebook Page, YouTube or Twitter account. You can also subscribe to Meta Verified to get a verified badge.

Note:

- If you provide false or misleading information during the verification process, we will remove your verified badge and may take additional action to disable your account.

- Facebook or Instagram may reach out to you for verification. Learn more about how to make sure this outreach is authentic.

Verifying your account on Instagram will not verify your account on Facebook. Visit the Facebook Help Center to learn how to verify your Facebook account.

Was this helpful?

Yes

No

View Full Article

I have a verified badge on Facebook, why don't I have one on Instagram?