UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____ / | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | Adv. Pro. No. 23-01051 (PDR) |
| Defendants. | |
| _____ / | |

**DEBTORS' SUPPLEMENTAL DESIGNATIONS OF RECORD**

Pursuant to Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the South District of Florida, Debtor Vital Pharmaceuticals, Inc., and its affiliated debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), as debtors and debtors in possession (the "Debtors" or the "Plaintiffs"), by and through undersigned counsel, hereby designate the following supplemental items to be included in the designation of those portions of the case that will reasonably be necessary or pertinent to the district court's consideration of Defendants' *Motion to Withdraw Reference, Designation of Record and Demand for Jury Trial* [Adv. Proc. Docket No.

---

[1] The Debtors ("Debtors") include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12177954-1

88] (the "Motion"), in which Defendants designated Adv. Proc. Docket Nos. 1, 4, 5, 20–22, 40–42, 49-50, and 52.

| Item | Date Filed/Entered | Adv. Proc. Docket No. | Description |
|---|---|---|---|
| 1. | March 14, 2023 | 2 | Emergency Motion for Temporary Restraining Order and Incorporated Memorandum of Law |
| 2. | March 14, 2023 | 3 | Declaration of John C. DiDonato in Support of Debtors' Emergency Motion for Temporary Restraining Order |
| 3. | March 14, 2023 | 7 | Certificate of Service of Summons |
| 4. | March 16, 2023 | 9 | Stipulation Regarding Debtors' Motion for Temporary Restraining Order |
| 5. | March 16, 2023 | 10 | Order Approving Stipulation Regarding Debtors' Motion for Temporary Restraining Order |
| 6. | March 22, 2023 | 13 | Emergency Motion for an Order (I) Holding Defendants in Contempt of Court, (II) Imposing Sanctions, (III) Setting Hearing on Debtors Motion for Temporary Restraining Order, and (IV) Establishing Briefing Schedule on Motion for Summary Judgment |
| 7. | April 11, 2023 | 28 | Emergency Motion for an Order (I) Holding Defendants in Contempt of Court, (II) Imposing Sanctions, and (III) Setting Hearing on Debtors' Motion for Temporary Restraining Order |
| 8. | April 14, 2023 | 38 | Debtors' Supplemental Memorandum of Law in Support of Their Emergency Motion for an Order Holding Defendants in Contempt of Court |
| 9. | April 16, 2023 | 43 | Defendants' Statement of Material Facts |
| 10. | April 19, 2023 | 46 | Supplemental Memorandum of John H. Owoc in Opposition to Emergency Motion for Contempt |
| 11. | April 20, 2023 | 47 | Transcript of 4/12/2023 Hearing |
| 12. | April 21, 2023 | 51 | Plaintiffs' Objections to Evidence Offered by Defendants in Support of Their Response to Motion for Summary Judgment |
| 13. | April 25, 2023 | 55 | Owocs' Emergency Motion for Relief from Unauthorized Stipulated TRO [ECF Nos 9 and 10] |
| 14. | April 25, 2023 | 56 | Declaration of John H. Owoc in Support of Emergency Motion for Relief from Unauthorized Stipulated TRO [ECF Nos 9 and 10] |
| 15. | April 25, 2023 | 57 | Declaration of Megan E. Owoc in Support of Emergency Motion for Relief from Unauthorized Stipulated TRO [ECF Nos 9 and 10] |

2

12177954-1

| Item | Date Filed/Entered | Adv. Proc. Docket No. | Description |
|---|---|---|---|
| 16. | April 25, 2023 | 61 | Order Granting Plaintiffs' Emergency Motion for Contempt |
| 17. | May 2, 2023 | 69 | Transcript of 3/23/2023 Hearing |
| 18. | May 2, 2023 | 70 | Transcript of 2/28/2023 Hearing |
| 19. | May 2, 2023 | 71 | Transcript of 4/25/2023 Hearing |
| 20. | May 10, 2023 | 75 | Transcript of 5/1/2023 Hearing |
| 21. | May 10, 2023 | 77 | Emergency Motion to Allow Debtors to Post "Corrective Statement" on the CEO Accounts |
| 22. | May 11, 2023 | 80 | Order Holding Defendant, John H. Owoc, in Contempt of Court for Failure to Comply with Order Granting Plaintiffs' Emergency Motion for Contempt [ECF No. 61] |
| 23. | May 11, 2023 | 81 | Order Denying Emergency Motion for Relief from Unauthorized Stipulation and Extending Temporary Restraining Order |
| 24. | May 12, 2023 | 84 | Motion for Preliminary Injunction and Incorporated Memorandum of Law |
| 25. | May 12, 2023 | 85 | Declaration of John C. DiDonato in Support of Debtors' Motion for Preliminary Injunction |
| 26. | May 15, 2023 | 89 | Objection to Entry of Final Orders and Motion Requesting that Bankruptcy Court Determine Whether this Adversary Proceeding is Subject to the Entry of Final Orders and Judgments by the Bankruptcy Court |
| 27. | May 15, 2023 | 90 | Demand for Jury Trial |
| 28. | May 17, 2023 | 95 | Transcript of 5/11/2023 Hearing |
| 29. | May 19, 2023 | 102 | Order Granting Emergency Motion to Allow the Debtors to Post "Corrective Statement" on the CEO Accounts |
| 30. | May 23, 2023 | 110 | Response in Opposition to Motion for Preliminary Injunction and Incorporated Memorandum of Law |
| 31. | May 24, 2023 | 112 | Reply in Support of Motion for Preliminary Injunction |
| 32. | May 24, 2023 | 114 | Supplemental Declaration of John H. Owoc in Support of Response to Motion for Preliminary Injunction [ECF No. 110] |
| 33. | May 26, 2023 | 124 | Reply in Support of Motion for Preliminary Injunction |
| 34. | May 26, 2023 | 125 | Supplemental Brief in Support of Opposition to Motion for Preliminary Injunction |
| 35. | May 26, 2023 | 127 | Order Granting Plaintiffs' Motion for Preliminary Injunction |

12177954-1

| Item | Date Filed/Entered | Adv. Proc. Docket No. | Description |
|---|---|---|---|
| 36. | May 30, 2023 | 131 | Debtors' Objection to Defendants' Objection to Entry of Final Orders and Motion Requesting that Bankruptcy Court Determine Whether this Adversary Proceeding is Subject to the Entry of Final Orders and Judgments by the Bankruptcy Court |

12177954-1

| | |
|---|---|
| Dated: May 30, 2023<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)  
Hugh K. Murtagh (admitted *pro hac vice*)  
Brian S. Rosen (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone:  (212) 906-1200  
Email:  george.davis@lw.com  
hugh.murtagh@lw.com  
tj.li@lw.com  
brian.rosen@lw.com  
jon.weichselbaum@lw.com  

Jordi Guso  
Florida Bar No. 863580  
Michael J. Niles  
Florida Bar No. 107203  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone:  (305) 755-9500  
Email:  jguso@bergersingerman.com  
Email:  mniles@bergersingerman.com  

- and -

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 2004  
Telephone:  (202) 637-2200  
Email:  andrew.sorkin@lw.com  

– and –

Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email:  whit.morley@lw.com  

*Co-Counsel for the Plaintiffs/Debtors*

12177954-1