

**ORDERED in the Southern District of Florida on June 6, 2023.**



                    **Peter D. Russin, Judge**
                    **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,   Case No.: 22-17842-PDR

    Debtors.

Chapter 11
(Jointly Administered)

_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.                                                                                  Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.

_____/

### ORDER GRANTING FOURTH MOTION
### TO EXTEND DEADLINE TO PROVIDE DEBTORS
### WITH ACCESS TO SOCIAL MEDIA ACCOUNTS

**THIS MATTER** came before the Court for hearing on May 25, 2023, upon the *Fourth Motion to Extend Deadline to Provide Debtors With Access to Social Media Accounts* (the

"Motion"), filed by Defendants, John H. Owoc and Megan E. Owoc (the "Owocs"). ECF No. 111. With the Court having reviewed the Motion and being otherwise advised in the premises, upon the agreement of the Owocs and Plaintiffs, Vital Pharmaceuticals, Inc., *et al.* (the "Debtors"), and for the reasons stated in the record, which are incorporated herein by reference, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 111] is **GRANTED**.

2. The deadline for the Owocs to provide the Debtors with full access to the Accounts is extended through June 6, 2023.[1]

3. The Owocs shall immediately upon receipt turn over to the Debtors any documents that are received in response to the subpoena referenced in the Motion.

4. The entry of this order is without prejudice to the Owocs requesting additional extensions from the Court as circumstances may warrant.

# # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.