UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | Adv. Pro. No. 23-01051 (PDR) |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |
| _____/ | |

**APPELLEES' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD OF APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Vital Pharmaceuticals, Inc. and its affiliated appellees in the above-captioned case (collectively, the "Appellees"), by and through undersigned counsel, designate the following additional items to be included in the record on appeal from the *Order Granting Plaintiffs' Emergency Motion for Contempt* [Bankr. Adv. Pro. D.I. 61] (the "Contempt Order") entered on April 25, 2023, by the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") in the adversary proceeding captioned Bankruptcy Adv. No. 23-01051-PDR (the "Adversary

---

[1] The Debtors ("Debtors") include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12192611-1

Proceeding") as designated by Appellant, John H. Owoc, in *Appellant, John H. Owoc's, Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal* [Bankr. Adv. Pro. D.I. 108]:

| Docket Entry | Description |
| --- | --- |
| 3 | Declaration of John C. DiDonato in Support of Debtors' Motion for Temporary Restraining Order |
| 8 | Notice of Appearance and Request for Service by Justin M. Luna |
| 13 | Emergency Motion for an Order (I) Holding Defendants In Contempt of Court, (II) Imposing Sanctions, (III) Setting Hearing on Debtors' Motion for Temporary Restraining Order, and (IV) Establishing Briefing Schedule on Motion for Summary Judgment |
| 17 | Unopposed Motion to Withdraw as Attorney of Record |
| 20 | Motion for Summary Judgment and Incorporated Memorandum of Law |
| 21 | Declaration of John C. DiDonato in Support of Plaintiffs' Motion for Summary Judgment and Incorporated Memorandum of Law |
| 22 | Plaintiffs' Statement of Undisputed Material Facts |
| 35 | Notice of Withdrawal of Unopposed Motion to Withdraw as Counsel |
| 49 | Debtors' Reply in Support of Their Motion for Summary Judgment and Incorporated Memorandum of Law |
| 50 | Plaintiffs' Reply Statement of Material Facts |
| 51 | Plaintiffs' Objections to Evidence Offered by Defendants in Support of Their Response to Motion for Summary Judgment |
| 58 | Proposed Exhibits for Plaintiffs (1 of 2) |
| 59 | Proposed Exhibits for Plaintiffs (2 of 2) |

This counter-designation is without waiver of any arguments on appeal, and Appellees reserve the right to supplement this counter-designation and the record on appeal with any relevant materials from the Adversary Proceeding.

*[Remainder of page left intentionally blank.]*

12192611-1

| | |
|---|---|
| Dated: June 6, 2023<br>Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
       hugh.murtagh@lw.com
       tj.li@lw.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

- and -

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*Co-Counsel for the Appellees*

12192611-1