CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**In re:** Vital Pharmaceuticals, Inc. et al v. Owoc et al    **Adversary Case Number:** 23–01051–PDR
(Related Bankruptcy Case Number: 22–17842–PDR )
County of Residence or Place of Business: Fort Lauderdale
U.S. District Court Case Number: 23–60869–AHS

## TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 5/9/2023
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** John H. Owoc, Megan E. Owoc
**Attorney:** Bradley Shraiberg
2385 NW Executive Center Dr #300
Boca Raton, FL 33431
**Attorney:**

**Appellee/Respondent:** Vital Pharmaceuticals Inc, Bang Energy Canada, Inc, JHO Intellectual Property Holdings LLC, JHO Real Estate Investment LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales Inc
**Attorney:** Jordi Guso
1450 Brickell Avenue #1900
Miami, FL 33131
**Attorney:** Michal J Niles
1450 Brickell Avenue #1900
Miami, FL 33131

**Title and Date of Order Appealed**, if applicable: ORDER GRANTING PLAINTIFFS EMERGENCY MOTION FOR CONTEMPT

**Entered on Docket Date:** 4/25/2023    **Docket Number:** 61

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: 4/12/2023
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** <u>6/7/23</u>                                                              **CLERK OF COURT**
By:<u> Magali Ferere</u>
Deputy Clerk   (954) 769–5700