United States Bankruptcy Court

Southern District of Florida

Vital Pharmaceuticals, Inc.,
    Plaintiff

Owoc,
    Defendant

Adv. Proc. No. 23-01051-PDR

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 3
Date Rcvd: Jun 06, 2023      Form ID: pdf004      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | | Karina Montalvo, DOJ-Ust, 500 Tanca Street Ochoa Building, Suite 301, San Juan, PR 00901 |
| ust | + | Roslyn Tompkins, DOJ-Ust, 75 Ted Turner Dr, SW, Ste 362, Atlanta, GA 30303-3330 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 06 2023 23:10:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 06 2023 23:10:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 06 2023 23:10:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2023 23:10:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 06 2023 23:10:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2023 | Form ID: pdf004 | Total Noticed: 15 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | | Jun 06 2023 23:10:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Jun 06 2023 23:10:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sorkin | on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |
| Andrew Sorkin | on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com |

District/off: 113C-0                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 06, 2023                       Form ID: pdf004                                Total Noticed: 15

| | |
|---|---|
| Bradley S Shraiberg | on behalf of Defendant John H. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Bradley S Shraiberg | on behalf of Defendant Megan E. Owoc bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Eric S Pendergraft | on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S Pendergraft | on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Irwin R Gilbert | on behalf of Defendant John H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Irwin R Gilbert | on behalf of Defendant Megan E. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Patrick R Dorsey | on behalf of Defendant John H. Owoc pdorsey@slp.law dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com |
| Patrick R Dorsey | on behalf of Defendant Megan E. Owoc pdorsey@slp.law dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com |

TOTAL: 23



**ORDERED in the Southern District of Florida on June 6, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,     Case No.: 22-17842-PDR

    Debtors.                                                            Chapter 11
_____/         (Jointly Administered)

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.                                                                              Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.
_____/

**ORDER GRANTING FOURTH MOTION
TO EXTEND DEADLINE TO PROVIDE DEBTORS
WITH ACCESS TO SOCIAL MEDIA ACCOUNTS**

**THIS MATTER** came before the Court for hearing on May 25, 2023, upon the *Fourth Motion to Extend Deadline to Provide Debtors With Access to Social Media Accounts* (the

"Motion"), filed by Defendants, John H. Owoc and Megan E. Owoc (the "Owocs"). ECF No. 111. With the Court having reviewed the Motion and being otherwise advised in the premises, upon the agreement of the Owocs and Plaintiffs, Vital Pharmaceuticals, Inc., *et al.* (the "Debtors"), and for the reasons stated in the record, which are incorporated herein by reference, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 111] is **GRANTED**.

2. The deadline for the Owocs to provide the Debtors with full access to the Accounts is extended through June 6, 2023.[1]

3. The Owocs shall immediately upon receipt turn over to the Debtors any documents that are received in response to the subpoena referenced in the Motion.

4. The entry of this order is without prejudice to the Owocs requesting additional extensions from the Court as circumstances may warrant.

# # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.