CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**In re:** Vital Pharmaceuticals, Inc. et al v. Owoc et al    **Adversary Case Number:** 23–01051–PDR

(Related Bankruptcy Case Number: 22–17842–PDR )

County of Residence or Place of Business: Fort Lauderdale

U.S. District Court Case Number:

## TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 6/9/2023
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** John H. Owoc, Megan E. Owoc

**Attorney:** Bradley Shraiberg
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431

**Attorney:**

**Appellee/Respondent:** Vital Pharmaceuticals, Inc.; Bang Energy Canada, Inc.; JHO Intellectual Property Holdings, LLC; JHO Real Estate Investment, LLC; Quash Seltzer, LLC; Rainbow Unicorn Bev LLC; and Vital Pharmaceuticals International Sales, Inc.

**Attorney:** Jordi Guso
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

**Attorney:** Michael J. Niles
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

**Title and Date of Order Appealed**, if applicable: Order Granting Plaintiffs' Motion for Preliminary Injuction 5/26/2023

**Entered on Docket Date:** 5/26/2023    **Docket Number:** 127

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☐ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** <u>6/12/23</u>                                                          **CLERK OF COURT**
                                                                                  By:<u> Magali Ferere</u>
                                                                                  Deputy Clerk   (954) 769–5700