**CGFD71** (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Vital Pharmaceuticals, Inc. et al v. Owoc et al

**Adversary Case Number:** 23–01051–PDR
(Related Bankruptcy Case Number:  22–17842–PDR )
County of Residence or Place of Business:  Fort Lauderdale
U.S. District Court Case Number:

# TRANSMITTAL TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☑ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☑ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** John H. Owoc and Megan Owoc

**Attorney:** Patrick R Dorsey

2385 NW Executive Ctr Dr # 300

Boca Raton, FL 33431

**Attorney:**

**Appellee/Respondent:** Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC, Vital Pharmaceuticals International Sales, Inc., Vital Pharmaceuticals, Inc.

**Attorney:** Jordi Guso, Esq.

1450 Brickell Ave #1900

Miami, FL 33131

**Attorney:**

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**                    **Docket Number:**

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: Locked Transcripts 3/23/23, 3/28/23, 4/12/23, 4/25/23, 5/1/23, 5/11/23
- ☑ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 6/12/23                    **CLERK OF COURT**

By: Tanesha Graster–Thomas
Deputy Clerk   (954) 769–5700