UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,　　　　　　　Case No.: 22-17842-PDR

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　Debtors.　　　　　　　　　　　　　　　　　　　(Jointly Administered)
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　Adv. Proc. No. 23-01051-PDR

JOHN H. OWOC AND MEGAN E. OWOC,

　　Defendants.
_____/

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO WITHDRAW REFERENCE**

　　Defendants, John H. Owoc and Megan Owoc (together, the "Owocs"), Fed. R. Bankr. P. 9006(b), respectfully request that the Court extend the deadline to file a reply brief as set forth *infra*. In support of this request the Owocs state:

　　1.　On May 15, 2023, the Owocs filed a motion to withdraw the reference (the "Motion"). ECF No. 88.

　　2.　On May 30, 2023, Vital Pharmaceuticals, Inc. *et al.* (together, the "Debtors") filed a response to the Motion (the "Response"). ECF No. 130.

　　3.　Under Local Rule 5011-1, the deadline to file a reply brief in support of the Motion is June 13, 2023, i.e. 14 days after service of the Response. Local Rule 5011-1(B)(2).

{2467/000/00557358}

4. The Owocs respectfully request that this Court extend the deadline for 14 days, i.e. through and including June 27, 2023. The cause for the request consists of various emergency hearings in the main bankruptcy case that occurred subsequent to the filing of the Response. *See, e.g.*, ECF Nos. 1431–1432 (scheduling emergency hearings for June 7, 2023) and 1450 (scheduling emergency hearing for June 13, 2023) in Case No. 22-17842-PDR. By necessity, these hearings limited the amount of time that could be expended preparing a reply brief.

5. This extension is not being sought for purposes of delay and will not prejudice any interested party.

6. The undersigned avers that counsel for the Debtors does not oppose this request and is uploading a proposed order to the Court.

[Remainder of Page Intentionally Left Blank]

**WHEREFORE**, the Owocs respectfully request the entry of an order extending the deadline to file a reply in support of the Motion [ECF No. 88] through June 27, 2023, and granting such other relief as the Court deems just and proper.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on June 13, 2023.

Respectfully submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for the Owocs
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law
pdorsey@slp.law

By:   /s/ Patrick Dorsey
     Bradley S. Shraiberg, Esq.
     Florida Bar No. 121622
     Patrick Dorsey, Esq.
     Florida Bar No. 0085841
     Eric Pendergraft
     Florida Bar No. 91927

{2467/000/00557358}