

## ORDERED in the Southern District of Florida on June 14, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No.: 22-17842-PDR |
| Debtors. | Chapter 11 (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-01051-PDR |
| JOHN H. OWOC AND MEGAN E. OWOC, | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE REPLY IN SUPPORT
OF MOTION TO WITHDRAW REFERENCE**

**THIS MATTER** came before the Court without hearing, upon the *Unopposed Motion to Extend Deadline to File Reply in Support of Motion to Withdraw Reference* (the "Motion"), filed

{2467/000/00557360}

by Defendants, John H. Owoc and Megan E. Owoc (the "Owocs").  ECF No. 154.  With the Court having reviewed the Motion and being otherwise advised in the premises, and upon the agreement of the Owocs and Plaintiffs, Vital Pharmaceuticals, Inc., *et al.* (the "Debtors"), it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 154] is **GRANTED**.

2. The deadline for the Owocs to file a reply brief in support of the *Motion to Withdraw Reference, Designation of Record and Demand for Jury Trial* [ECF No. 88] is **EXTENDED** through and including June 27, 2023.

# # #

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2467/000/00557360}