UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.

_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

VITAL PHARMACEUTICALS, INC. *et al.,*

    Plaintiffs,

v.

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.

_____/

Adv. Proc. No. 23-01051-PDR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Agreed Order Granting Fifth Motion to Extend Deadline to Provide Debtors with Access to Social Media Accounts* **[ECF No. 159]** was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on June 16, 2023.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

{2467/000/00557522}

SHRAIBERG PAGE, P.A.
Attorney for Defendants
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law


By:  */s/ Bradley S. Shraiberg*
       Bradley Shraiberg
       Florida Bar No. 121622


## Service List
## Adv. Proc. No. 23-01051-PDR


**Served via CM/ECF:**

Patrick R Dorsey on behalf of Defendant John H. Owoc
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Defendant Megan E. Owoc
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Irwin R Gilbert on behalf of Defendant John H. Owoc
igilbert@conradscherer.com, agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert on behalf of Defendant Megan E. Owoc
igilbert@conradscherer.com, agebert@conradscherer.com;ogonzalez@conradscherer.com

Jordi Guso, Esq. on behalf of Plaintiff Bang Energy Canada, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff JHO Real Estate Investment, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Quash Seltzer, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Rainbow Unicorn Bev LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals International Sales, Inc.

jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq. on behalf of Plaintiff Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Jordan Niles on behalf of Plaintiff Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Eric S Pendergraft on behalf of Defendant John H. Owoc
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Defendant Megan E. Owoc
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Defendant John H. Owoc
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Defendant Megan E. Owoc
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Andrew Sorkin on behalf of Plaintiff Bang Energy Canada, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin on behalf of Plaintiff JHO Intellectual Property Holdings, LLC
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin on behalf of Plaintiff JHO Real Estate Investment, LLC
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin on behalf of Plaintiff Quash Seltzer, LLC
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin on behalf of Plaintiff Rainbow Unicorn Bev LLC
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin on behalf of Plaintiff Vital Pharmaceuticals International Sales, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin on behalf of Plaintiff Vital Pharmaceuticals, Inc.
andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

{2467/000/00557522}