

**ORDERED in the Southern District of Florida on July 5, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842-PDR (Jointly Administered) |
| Debtors.[1] _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | Adv. Pro. No. 23-01051-PDR |
| v. | |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. _____/ | |

**FINAL JUDGMENT IN FAVOR OF PLAINTIFFS**

Pursuant to and for the reasons stated in this Court's *Memorandum Opinion Granting Plaintiffs' Motion for Summary Judgment* dated June 16, 2023 [ECF No. 161, the "Memorandum

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12217221-3

Opinion"], the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Final Summary Judgment is entered in favor of the above captioned Plaintiffs ("Plaintiffs"), on Count I and Count II of the *Debtors' Adversary Complaint for Declaratory Judgment and Turnover of Estate Property* [ECF. No. 1].

2. The CEO Accounts[2] are the sole property of the Plaintiffs' estates.

3. The preliminary injunction granted pursuant to the *Order Granting Plaintiff's Motion For Preliminary Injunction* [ECF No. 127] is DISSOLVED. The Debtors shall maintain exclusive ownership and control of the CEO Accounts.

4. All pending motions are DENIED as moot.

5. The Court retains jurisdiction for the purposes of interpreting and enforcing this Final Judgment and to consider motions for attorney's fees, costs, and sanctions against the Defendants.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone (305) 755-9500
Facsimile: (305) 714-4340
E-mail: jguso@bergersingerman.com
E-mail: mniles@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Memorandum Opinion.

12217221-3